Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION; and HTC AMERICA, INC., <br><br> Defendants. | Civil Action No. 17-cv-932JLR <br><br> STIPULATION AND ~~PROPOSED~~ ORDER |

The parties stipulate and agree, subject to the approval of the Court, that the time for Defendants HTC Corporation and HTC America, Inc. (the "HTC Defendants") to respond to the Complaint shall be extended to September 26, 2017. Pursuant to an agreement between the parties, HTC America, Inc., has agreed to accept service of process in this matter for its Taiwanese parent company, HTC Corporation, in exchange for this extension. This extension is not meant for improper delay of this proceeding. The HTC Defendants will use the additional time to retain outside counsel, to review the allegations in the Complaint, and to draft the appropriate response. Further, the parties will explore whether early resolution is possible.

STIPULATION AND ORDER - 1
Civil Action No. 17-cv-932JLR
CYWE-6-0001P04 StipExt

LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| | |
|---|---|
| Date: June 28, 2017 | Respectfully submitted, |
| s/David A. Lowe WSBA No. 24,453<br>Lowe@LoweGrahamJones.com<br>Tim Billick, WSBA No. 46,690<br>Billick@LoweGrahamJones.com<br>LOWE GRAHAM JONES$^{PLLC}$<br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>T: 206.381.3300<br>F: 206.381.3301 | s/Owais Siddiqui (CA Bar No. 230004)<br>owais_siddiqui@htc.com<br>Executive Patent Litigation Director<br>HTC AMERICA, INC.<br>308 Occidental Ave. S., Floor 3<br>Seattle, WA 98104<br>T: 858.480.1804<br><br>*Attorney for Defendants* |

Michael W. Shore (*Pro Hac Vice*)
Alfonso G. Chan (*Pro Hac Vice*)
Christopher Evans (*Pro Hac Vice*)
Ari B. Rafilson (*Pro Hac Vice*)
Paul T. Beeler (*Pro Hac Vice*)
SHORE CHANE DEPUMPO$^{LLP}$
901 Main Street, Suite 3300
Dallas, Texas 75202
T: 214.593.9110
F: 214.593.9111

*Attorneys for Plaintiff*

## [PROPOSED] ORDER

The Court having considered the Stipulation of the parties, HEREBY ORDERS that the deadline for HTC Corporation and HTC America, Inc., to answer, move or otherwise respond to the Complaint is extended to September 26, 2017.

DATED this 29th day of June, 2017.

_____
United States District Court Judge

STIPULATION AND ORDER - 2
Civil Action No. 17-cv-932JLR
CYWB-6-0001P04 StipExt

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301