# EXHIBIT A

# U.S. Patent No. 8,441,438

---

## HTC One M9

SUBJECT TO CHANGE

1

| Claim 14 | |
|---|---|
| A method for obtaining a resulting deviation including resultant angles in a **spatial pointer reference frame** of a **three-dimensional (3D) pointing device** utilizing a six-axis motion sensor module therein and subject to movements and rotations in dynamic environments in said **spatial pointer reference frame**, comprising the steps of: | |



**Source**: http://developer.android.com/guide/topics/sensors/sensors_overview.html#sensors-coords

U.S. Patent No. 8,441,438 – HTC One M9

| Claim 14 | |
|---|---|
| A method for obtaining a resulting deviation including resultant angles in a spatial pointer reference frame of a three-dimensional (3D) pointing device utilizing a **six-axis motion sensor module** therein and subject to movements and rotations in dynamic environments in said spatial pointer reference frame, comprising the steps of: | |

**six-axis motion sensor module**

### Technical Specifications

**Size**
144.6 x 69.7 x 9.61 mm

**CPU Speed**
Qualcomm® Snapdragon™ 810
octa core 64-bit
4 x 2.0GHz + 4 x 1.5GHz

**Network**[1]
2G/2.5G/GSM/GPRS/EDGE - 850/900/1800/1900 MHz
3G UMTS - 850/900/1900/2100 MHz
4G LTE - FDD: Bands 1,3,5,7,8,20,28
TDD: Bands 38, 40, 41

**Connectivity**
NFC
Bluetooth® 4.1
Wi-Fi®: 802.11 a/b/g/n/ac (2.4 & 5 GHz)
DLNA®
HDMI MHL 3.0
CIR
3.5 mm stereo audio jack
micro-USB 2.0 (5-pin) port

**Additional Features**
Dual-tone metal unibody, Themes, HTC Sense™ Home,
One Gallery, >Photo Editor

**Weight**
157g

**Platform Android**
Android™ with HTC Sense™

**Memory**[2]
ROM: 32GB / RAM: 3GB
**Extended memory**: microSD™ up to 2TB

**Sound**
HTC BoomSound™ with Dolby Audio™

**Battery**[3]
Capacity: 2840 mAh
**Talk time:**
Up to 25.4 hours for 2G
21.7 hours for 3G

**Standby time:**
Up to 391 hours for 2G
402 hours for 3G

**Multimedia**
Audio supported formats:
**Playback**: .aac, .amr, .ogg, .m4a, .mid, .mp3, .wav, .wma, .flac, ac3, ec3, eac3
**Recording**: .aac
Video supported formats:
**Playback**: .3gp, .3g2, .mp4, .wmv, .avi, .mkv
**Recording**: .mp4

**Display**
5.0 inch, Full HD 1080p
Corning® Gorilla® Glass

**SIM card Type**
nano SIM

**Sensors**
Ambient light sensor
Proximity sensor
Accelerometer
Compass sensor
Gyro sensor
Magnetic sensor
Sensor Hub

**Camera**
**Main camera:**
20MP with sapphire cover lens
auto-focus, BSI sensor
f/2.2, 27.8mm lens
4K video recording

**Front camera:**
HTC UltraPixel™
BSI sensor
f/2.0
26.8mm lens
1080p video recording

**Source**: http://www.htc.com/us/smartphones/htc-one-m9/buy-b/#!carrier=spr&color=silver

SUBJECT TO CHANGE

3

Claim 14

obtaining a **previous state** of the six-axis motion sensor module; wherein the **previous state** includes an initial-value set associated with **previous angular velocities** gained from the motion sensor signals of the six-axis motion sensor module at a previous time T−1;

The previous state is obtained through an update program that includes a `predict()` function and an `update()` function. Those functions that are used to update the global variable x0 based on x0 (the **previous state**) associated with **previous angular velocities** w gained at a previous time T-1 to obtain an updated state x0. The updated state x0 becomes the previous state x0 at time T (the next iteration) of the update program to obtain the updated state x0 at time T.

```
430    void Fusion::predict(const vec3_t& w, float dT) {
431        const vec4_t q  = x0;           ← previous state
```

```
485        x0 = O*q;
```

```
495    void Fusion::update(const vec3_t& z, const vec3_t& Bi, float sigma) {
496        vec4_t q(x0);
```

```
529        const vec3_t e(z - Bb);
530        const vec3_t dq(K[0]*e);
531
532        q += getF(q)*(0.5f*dq);
533        x0 = normalize_quat(q);
```

next iteration

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

| Claim 14 | |
|---|---|
| obtaining a **current state** of the six-axis motion sensor module by obtaining **measured angular velocities** $\omega_x$, $\omega_y$, $\omega_z$ gained from the motion sensor signals of the six-axis motion sensor module at a current time T; | |

```
313   void Fusion::handleGyro(const vec3_t& w, float dT) {
314       if (!checkInitComplete(GYRO, w, dT))
315           return;
```

**measured angular velocities**

```
430   void Fusion::predict(const vec3_t& w, float dT) {
431       const vec4_t q  = x0;

485       x0 = O*q;
```

**current state**

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

SUBJECT TO CHANGE

5

Claim 14

obtaining a **measured state** of the six-axis motion sensor module by obtaining **measured axial accelerations** Ax, Ay, Az gained from the motion sensor signals of the six-axis motion sensor module at the current time T and calculating **predicted axial accelerations** Ax′, Ay′, Az′ based on the **measured angular velocities** $\omega_x$, $\omega_y$, $\omega_z$ of the current state of the six-axis motion sensor module **without using any derivatives of the measured angular velocities** ωx, ωy, ωz;



As shown in the code above, the predicted measurement is obtained based on the first signal set **without using any derivatives of the measured angular velocities**.

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

| Claim 14 | |
|---|---|
| said **current state** of the six-axis motion sensor module is a second quaternion with respect to said current time T; | |

As shown in the examples provided, the **current state** is represented by the global state variable $x0$, which is a quaternion with respect to the current time T.

```
404    vec4_t Fusion::getAttitude() const {
405         return x0;
406    }
```

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

| Claim 14 |
| --- |
| comparing the second quaternion in relation to the **measured angular velocities** $\omega_x$, $\omega_y$, $\omega_z$ of the **current state** at current time T with the **measured axial accelerations** Ax, Ay, Az and the **predicted axial accelerations** Ax′, Ay′, Az′ also at current time T; obtaining an **updated state** of the six-axis motion sensor module by comparing the **current state** with the **measured state** of the six-axis motion sensor module; and |

For example, as previously shown, the **measured state**, e, is obtained using the `update()` function, which combines the **measured axial accelerations**, z, and the **predicted axial accelerations**, Bb. Moreover, the **predicted axial accelerations** are determined based on the **measured angular velocities** of the **current state** at the current time T. The update() function further compares the **measured state**, e, and the **current state** to obtain the **updated state**, x0.



**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

SUBJECT TO CHANGE

8

| Claim 14 | |
|---|---|
| calculating and converting the **updated state** of the six axis motion sensor module to said **resulting deviation comprising said resultant angles** in said spatial pointer reference frame of the 3D pointing device. | |
| The **updated state** x0 is in quaternion form, and can easily be converted to resultant angles. According to Android's developer library, the `getOrientation()` function "computes the device's orientation based on the rotation matrix," and returns **resultant angles** including the Azimuth, Pitch, and Roll angles. <br><br> **getOrientation** — Added in API level 3 <br><br> `float[] getOrientation (float[] R, float[] values)` <br><br> Computes the device's orientation based on the rotation matrix. <br><br> When it returns, the array values are as follows: <br><br> • values[0]: *Azimuth*, angle of rotation about the -z axis. This value represents the angle between the device's y axis and the magnetic north pole. When facing north, this angle is 0, when facing south, this angle is π. Likewise, when facing east, this angle is π/2, and when facing west, this angle is -π/2. The range of values is -π to π. <br><br> • values[1]: *Pitch*, angle of rotation about the x axis. This value represents the angle between a plane parallel to the device's screen and a plane parallel to the ground. Assuming that the bottom edge of the device faces the user and that the screen is face-up, tilting the top edge of the device toward the ground creates a positive pitch angle. The range of values is -π to π. <br><br> • values[2]: *Roll*, angle of rotation about the y axis. This value represents the angle between a plane perpendicular to the device's screen and a plane perpendicular to the ground. Assuming that the bottom edge of the device faces the user and that the screen is face-up, tilting the left edge of the device toward the ground creates a positive roll angle. The range of values is -π/2 to π/2. <br><br> The `getRotationMatrixFromVector()` function "convert[s] a rotation vector to a rotation matrix," and the `getQuaternionFromVector()` function "convert[s] a rotation vector to a normalized quaternion." Therefore, the quaternion, x0, can be easily converted to its mathematically equivalent form, rotation matrix, and used by `getOrientation()` function to compute the orientation in its angular form. <br><br> **Source**: https://android.googlesource.com/platform/frameworks/base/+/b267554/core/java/android/hardware/SensorManager.java | |