1

THE HONORABLE JAMES L. ROBART

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

| | |
|---|---|
| CYWEE GROUP LTD., | CASE NO.: 2:17-cv-00932-JLR |
| Plaintiffs, <br> v. <br> HTC CORPORATION; and HTC AMERICA, INC., <br> Defendants. | **STIPULATED MOTION AND [PROPOSED] ORDER APPROVING EXTENSION TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: <br> September 15, 2017 |

10

11

12

13

14

15     Plaintiff CyWee Group Ltd. ("CyWee") and Defendants HTC Corporation and HTC

16 America, Inc. (collectively, "HTC") hereby stipulate:

17     WHEREAS, on June 16, 2017, CyWee filed a complaint in this action, which alleges

18 patent infringement ("Complaint");

19     WHEREAS, on June 30, 2017, this Court approved the parties' June 28, 2017 stipulation

20 whereby the parties requested an extension for HTC's deadline to answer or otherwise respond to

21 the Complaint to September 26, 2017;

22     WHEREAS, on July 6, 2017, CyWee filed a first amended complaint in this action (First

23 Amended Complaint); and

24     WHEREAS, since the Court's June 30, 2017 Order and the July 6, 2017 First Amended

25 Complaint, the parties have engaged in negotiations and discussions to resolve their dispute, and

26

27

1

STIPULATED MOTION AND [PROPOSED] ORDER
APPROVING EXTENSION TO RESPOND TO FIRST
AMENDED COMPLAINT
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1   the parties seek to undertake these negotiations and discussions without the expense and

2   disruptive impacts of active litigation.

3        NOW THEREFORE, the parties to this stipulation agree, subject to the Court's approval,

4   as follows:

5        1.    HTC Corporation and HTC America Inc.'s deadline to move, answer, or otherwise

6   respond to the First Amended Complaint is October 26, 2017.

7        2.    By entering this stipulation, no party is waiving any argument, right or defense.

8

9   Dated: September 15, 2017               Respectfully submitted,

10

11                            s/ Gregory L. Watts

                         Gregory L. Watts, WSBA #43995

12                            **WILSON SONSINI GOODRICH & ROSATI**

                         Professional Corporation

13                            701 Fifth Avenue, Suite 5100

                         Seattle, WA  98104-7036

14                            Telephone: (206) 883-2500

                         Facsimile: (206) 883-2699

15                            Email: gwatts@wsgr.com

16                            James C. Yoon, CA Bar #177155

                         *(pro hac vice application pending)*

17                            **WILSON SONSINI GOODRICH & ROSATI**

                         Professional Corporation

18                            650 Page Mill Road

                         Palo Alto, CA 94304-1050

19                            Telephone: (650) 493-9300

                         Facsimile: (650) 565-5100

20                            Email: jyoon@wsgr.com

                              dbish@wsgr.com

21

22                            *Attorneys for Defendants*

                         *HTC Corporation and HTC America, Inc.*

23

24   Dated: September 15, 2017               s/ David A. Lowe

                         David A. Lowe WSBA No. 24453

25                            Lowe@LoweGrahamJones.com

                         Tim Billick, WSBA No. 46690

26                            Billick@LoweGrahamJones.com

                         Lowe Graham Jones PLLC

27                            701 Fifth Avenue, Suite 4800

2

STIPULATED MOTION AND [PROPOSED] ORDER
APPROVING EXTENSION TO RESPOND TO FIRST
AMENDED COMPLAINT
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1

2
Seattle, WA 98104
Telephone: (206) 381-3300
Facscimile: (206) 381-3301

3
*Attorneys for Plaintiff CyWee Group Ltd.*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

3

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1

### CERTIFICATE OF SERVICE

2      I hereby certify that on September 15, 2017, I filed the foregoing with the Clerk of the

3   Court using the CM/ECF system, and served all parties via ECF.

4

5   Dated: September 15, 2017

6

7                                                      *s/ Gregory L. Watts*
                                                       Gregory L. Watts

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND [PROPOSED] ORDER
APPROVING EXTENSION TO RESPOND TO FIRST
AMENDED COMPLAINT
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

### [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that:

1.     HTC Corporation and HTC America Inc.'s deadline to move, answer, or otherwise respond to the First Amended Complaint is October 26, 2017.

2.     Nothing in this Order shall be construed as a waiver of any argument, right or defense of any party.

**IT IS SO ORDERED.**

Dated this 15th day of Sept., 2017.

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com
*Attorneys for Defendants*
*HTC Corporation and HTC America, Inc.*

David A. Lowe WSBA No. 24453
Lowe@LoweGrahamJones.com
Tim Billick, WSBA No. 46690
Billick@LoweGrahamJones.com
Lowe Graham Jones PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
Telephone: (206) 381-3300
Facscimile: (206) 381-3301

*Attorneys for Plaintiff*
*CyWee Group Ltd.*

STIPULATED MOTION AND [PROPOSED] ORDER
APPROVING EXTENSION TO RESPOND TO FIRST
AMENDED COMPLAINT
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699