THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD.,<br><br>　　　　Plaintiffs,<br>　　v.<br>HTC CORPORATION; and HTC AMERICA, INC.,<br><br>　　　　Defendants. | CASE NO.: 2:17-cv-00932-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER APPROVING AMENDMENT TO INITIAL SCHEDULING DATES**<br><br>NOTE ON MOTION CALENDAR:<br>September 22, 2017 |

Plaintiff CyWee Group Ltd. ("CyWee") and Defendants HTC Corporation and HTC America, Inc. (collectively, "HTC") hereby stipulate:

WHEREAS, on June 16, 2017, CyWee filed a complaint in this action, which alleges patent infringement ("Complaint");

WHEREAS, on June 30, 2017, this Court approved the parties' June 28, 2017 stipulation whereby the parties requested an extension for HTC's deadline to answer or otherwise respond to the Complaint to September 26, 2017;

WHEREAS, on July 6, 2017, CyWee filed a first amended complaint in this action (First Amended Complaint);

WHEREAS, since the Court's June 30, 2017 Order and the July 6, 2017 First Amended Complaint, the parties have engaged in negotiations and discussions to resolve their dispute;

1

STIPULATED MOTION AND [PROPOSED] ORDER
APPROVING AMENDMENT TO
INITIAL SCHEDULING DATES
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

WHEREAS, on September 15, 2017, this Court approved the parties' September 15, 2017 stipulation whereby the parties requested an extension for HTC's deadline to answer or otherwise respond to the Complaint to October 26, 2017;

WHEREAS, on September 18, 2017, this Court issued the following Initial Scheduling Dates:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 10/2/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 10/16/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 10/23/2017 |

WHEREAS, the parties seek to continue diligently engaging in negotiations and discussions to resolve their dispute without the expense and disruptive impacts of active litigation.

NOW THEREFORE, the parties to this stipulation request that the Court amend the dates for initial disclosure and submission of the Joint Status Report and Discovery Plan to the following dates:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 11/2/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 11/16/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 11/23/2017 |

Dated: September 22, 2017                    Respectfully submitted,

s/ Gregory L. Watts
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

2

STIPULATED MOTION AND [PROPOSED] ORDER
APPROVING AMENDMENT TO
INITIAL SCHEDULING DATES
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

|   |   |
|---|---|
| 1 | James C. Yoon, CA Bar #177155 |
| 2 | (*admitted pro hac vice*) |
|   | **WILSON SONSINI GOODRICH & ROSATI** |
| 3 | Professional Corporation |
|   | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
|   | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
|   | Email: jyoon@wsgr.com |

*Attorneys for Defendants HTC Corporation and HTC America, Inc.*

Dated: September 22, 2017

s/ Carmen E. Bremer
Carmen E. Bremer, WSBA 47565
carmen.bremer@bremerlawgroup.com
Bremer Law Group PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 357-8442
Facscimile: (206) 858-9730

*Attorneys for Plaintiff CyWee Group Ltd.*

3

STIPULATED MOTION AND [PROPOSED] ORDER
APPROVING AMENDMENT TO
INITIAL SCHEDULING DATES
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and served all parties via ECF.

Dated: September 22, 2017

                                                     *s/ Gregory L. Watts*
                                                     Gregory L. Watts

STIPULATED MOTION AND [PROPOSED] ORDER
APPROVING AMENDMENT TO THE
INITIAL SCHEDULING DATES
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

# [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the dates for initial disclosure and submission of the Joint Status Report and Discovery Plan shall be amended to the following dates:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 11/2/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 11/16/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 11/23/2017 |

**IT IS SO ORDERED.**

Dated this 24th day of Sept., 2017.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

*Attorneys for Defendant HTC Corporation and HTC America, Inc.*

Carmen E. Bremer, WSBA No. 47565
carmen.bremer@bremerlawgroup.com
Bremer Law Group PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 357-8442
Facscimile: (206) 858-9730

*Attorneys for Plaintiff CyWee Group Ltd.*

[PROPOSED] ORDER APPROVING EXTENSION TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699