THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br>　　　　Plaintiffs, <br>　　v. <br><br>HTC CORPORATION; and HTC AMERICA, INC., <br><br>　　　　Defendants. | CASE NO.: 2:17-cv-00932-JLR <br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** <br><br>**[PROPOSED]** <br><br>NOTE ON MOTION CALENDAR: <br>November 17, 2017 |

THIS MATTER came before the Court on defendants HTC Corporation and HTC America, Inc.'s (together, "HTC" or "Defendants") Motion to Dismiss Pursuant to Rule 12(b)(6). Having considered the motion, the arguments in support thereof, and the pleadings and files on record herein, the Court hereby ORDERS that Defendants' Motion to Dismiss is GRANTED. Plaintiff CyWee Group Ltd.'s claims for indirect infringement are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE JAMES L. ROBART
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1  *Presented by:*
   s/ Gregory L. Watts
2  Gregory L. Watts, WSBA #43995
   **WILSON SONSINI GOODRICH & ROSATI**
3  Professional Corporation
   701 Fifth Avenue, Suite 5100
4  Seattle, WA  98104-7036
   Telephone: (206) 883-2500
5  Facsimile: (206) 883-2699
   Email: gwatts@wsgr.com
6
   s/ James C. Yoon
7  James C. Yoon, CA Bar #177155
   (*pro hac vice*)
8  Ryan R. Smith, CA Bar #229323
   (*pro hac vice*)
9  Albert Shih, CA Bar # 251726
   (*pro hac vice*)
10 Jamie Y. Otto, CA Bar # 295099
   (*pro hac vice*)
11 **WILSON SONSINI GOODRICH & ROSATI**
   Professional Corporation
12 650 Page Mill Road
   Palo Alto, CA 94304-1050
13 Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
14 Email: jyoon@wsgr.com
           rsmith@wsgr.com
15         ashih@wsgr.com
           jotto@wsgr.com
16
   *Attorneys for Defendants*
17 *HTC Corporation and HTC America, Inc.*

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS
2:17-cv-00932-JLR

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and served all parties via ECF.

Dated: October 26, 2017

                                                 *s/ Gregory L. Watts*
                                                 Gregory L. Watts

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
2:17-cv-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699