# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| CYWEE GROUP LTD. <br> *Plaintiff* <br> v. <br> HTC CORPORATION, and HTC AMERICA, INC. <br> *Defendant, Third-party plaintiff* <br> v. <br> STMICROELECTRONICS, INC. <br> *Third-party defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No.  2:17-CV-00932-JLR |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   STMicroElectronics, Inc.
c/o: CT Corp System, Registered Agent
711 Capitol Way South
Suite 204
Olympia, Washington, 98501

A lawsuit has been filed against defendant   STMicroElectronics, Inc.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   CyWee Group Ltd.  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Gregory L. Watts, WSBA #43995, Wilson Sonsini Goodrich & Rosati, 701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036, Telephone: (206) 883-2500, Email: gwatts@wsgr.com

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael W Shore, Shore Chan DePumpo LLP, 901 Main Street, Suite 3300, Dallas, TX 75202,
Telephone: (214) 593-9110 Email: mshore@shorechan.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may — but are not required to — respond to it.

Date:  _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:17-CV-00932-JLR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons and complaint on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons and complaint on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: