AO 441 WAWD Version (Rev. 09/11)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| CYWEE GROUP LTD. <br> *Plaintiff* <br> v. <br> HTC CORPORATION, and HTC AMERICA, INC. <br> *Defendant, Third-party plaintiff* <br> v. <br> STMICROELECTRONICS N.V. <br> *Third-party defendant* | ) <br> ) <br> ) Civil Action No. 2:17-CV-00932-JLR <br> ) <br> ) <br> ) <br> ) <br> ) |

### SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  STMicroElectronics N.V.
WTC Schiphol Airport
Schiphol Boulevard 265
1118 BH Schiphol
The Nethrlands

    A lawsuit has been filed against defendant   STMicroElectronics N.V.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   CyWee Group Ltd.  .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Gregory L. Watts, WSBA #43995, Wilson Sonsini Goodrich & Rosati, 701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036, Telephone: (206) 883-2500, Email: gwatts@wsgr.com

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael W Shore, Shore Chan DePumpo LLP, 901 Main Street, Suite 3300, Dallas, TX 75202, Telephone: (214) 593-9110 Email: mshore@shorechan.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached.  You may — but are not required to — respond to it.

Date:   1/16/2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 09/11)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:17-CV-00932-JLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❒ I personally served the summons and complaint on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons and complaint on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: