THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD.,<br><br>    Plaintiffs,<br>  v.<br><br>HTC CORPORATION, and HTC AMERICA, INC.,<br><br>    Defendants. | CASE NO.: 2:17-cv-00932-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER APPROVING EXTENSION FOR THIRD-PARTY DEFENDANT STMICROELECTRONICS, INC. TO RESPOND TO THIRD-PARTY COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>February 7, 2018 |
| HTC CORPORATION, and HTC AMERICA, INC.,<br><br>    Third-Party Plaintiffs,<br>  v.<br><br>STMicroelectronics N.V., STMicroelectronics, Inc., and CyWee Motion Group Ltd.,<br><br>    Third-Party Defendants. | |

Third-Party Plaintiffs HTC Corporation and HTC America, Inc. (collectively, "HTC")

and Third-Party Defendant STMicroelectronics, Inc. hereby stipulate:

WHEREAS, on June 16, 2017, CyWee Group Ltd. filed a complaint in this action, which

alleges patent infringement;

1

1    WHEREAS, on July 6, 2017, CyWee Group Ltd. filed a first amended complaint in this

2 action;

3    WHEREAS, on January 11, 208, HTC filed a third-party complaint in this action (Third-

4 Party Complaint) against STMicroelectronics N.V., STMicroelectronics, Inc., and CyWee

5 Motion Group Ltd.;

6    WHEREAS, HTC served the summons and Third-Party Complaint on

7 STMicroelectronics, Inc., on January 19, 2018;

8    WHEREAS, STMicroelectronics, Inc.'s current deadline to respond to the Third-Party

9 Complaint is February 9, 2018;

10    WHEREAS, STMicroelectronics, Inc. has requested an extension to prepare its response

11 to the Third-Party Complaint and has not previously requested an extension in this action;

12    NOW THEREFORE, the parties to this stipulation agree, subject to the Court's approval,

13 as follows:

14    1.    STMicroelectronics, Inc.'s deadline to move, answer, or otherwise respond to the

15 Third-Party Complaint is March 26, 2018.

16    2.    By entering this stipulation, no party is waiving any argument, right or defense.

17

18 Dated: February 7, 2018                Respectfully submitted,

19

20                                        s/ Gregory L. Watts
                                          Gregory L. Watts, WSBA #43995
21                                        WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
22                                        701 Fifth Avenue, Suite 5100
                                          Seattle, WA 98104-7036
23                                        Telephone: (206) 883-2500
                                          Facsimile: (206) 883-2699
24                                        Email: gwatts@wsgr.com

25                                        James C. Yoon, CA Bar #177155
                                          (pro hac vice application pending)
26                                        WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

27                                               2

STIPULATED MOTION AND [PROPOSED] ORDER
APPROVING EXTENSION FOR
STMICROELECTRONICS, INC. TO RESPOND TO
THIRD-PARTY COMPLAINT
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1

2

3

4

5

6

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com
          dbish@wsgr.com

*Attorneys for Defendants*
*HTC Corporation and HTC America, Inc.*

7  Dated:  February 7, 2018

8

9

10

11

12

s/ Brian G. Bodine
Brian G. Bodine, WSBA #22414
**LANE POWELL PC**
1420 Fifth Avenue
Suite 4200
Seattle, WA 98101-2375
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
Email: bodineb@lanepowell.com

*Attorney for Third-Party Defendant*
*STMicroelectronics, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

3

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on February 7, 2018, I filed the foregoing with the Clerk of the Court

3  using the CM/ECF system, and served all parties via ECF.

4

5  Dated:  February 7, 2018

6

7                                                           *s/ Gregory L. Watts*
                                                            Gregory L. Watts

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND [PROPOSED] ORDER                    WILSON SONSINI GOODRICH & ROSATI
APPROVING EXTENSION FOR                                        701 Fifth Avenue, Suite 5100
STMICROELECTRONICS, INC. TO RESPOND TO                          Seattle, WA 98104-7036
THIRD-PARTY COMPLAINT                                            Tel: (206) 883-2500
CASE NO. 2:17-CV-00932-JLR                                       Fax: (206) 883-2699

<b>[PROPOSED] ORDER</b>

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that STMicroelectronics, Inc.'s deadline to move, answer, or otherwise respond to the First Amended Complaint is March 26, 2018.

**IT IS SO ORDERED.**

Dated this 11th day of Feb., 2018.

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

*Attorneys for Defendants
HTC Corporation and HTC America, Inc.*

Brian G. Bodine, WSBA #22414
LANE POWELL PC
1420 Fifth Avenue
Suite 4200
Seattle, WA 98101-2375
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
Email: bodineb@lanepowell.com

*Attorney for Third-Party Defendant
STMicroelectronics, Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER
APPROVING EXTENSION FOR
STMICROELECTRONICS, INC. TO RESPOND TO
THIRD-PARTY COMPLAINT
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699