THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., | Civil Action No. 17-cv-932-JLR |
| *Plaintiff,* | |
| v. | SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT |
| HTC CORPORATION; and HTC AMERICA, INC., | |
| *Defendants.* | JURY TRIAL DEMANDED |

Plaintiff CyWee Group Ltd. ("Plaintiff" or "CyWee"), by and through its undersigned counsel, files this Second Amended Complaint against Defendants HTC Corporation and HTC America, Inc. as follows:

## THE PARTIES

1.    CyWee is a corporation existing under the laws of the British Virgin Islands with a principal place of business at 3F, No. 28, Lane 128, Jing Ye 1st Road, Taipei, Taiwan 10462.

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932
- 1 -

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

2.     CyWee is a world-leading technology company that focuses on building products and providing services for consumers and businesses. CyWee has one of the most significant patent portfolios in the industry, and is a market leader in its core development areas of motion processing, wireless high definition video delivery, and facial tracking technology.

3.     On information and belief, Defendant HTC Corporation ("HTC Corp.") is a Taiwanese corporation with a principle place of business at No. 23, Xinghua Road, Taoyuan District, Taoyuan, 330, Taiwan. HTC Corp. manufactures and provides to the United States a wide variety of products and services, including consumer electronics such as mobile phones and tablets.

4.     On information and belief, Defendant HTC America, Inc. ("HTC America") is a Washington corporation with a principal place of business located at 13920 SE Eastgate Way, Suite 400, Bellevue, Washington 98005. Upon information and belief, HTC America is a wholly-owned subsidiary of HTC Corp. Upon information and belief, HTC America is HTC Corp.'s United States business with respect to mobile phones and tablets, and HTC America imports, sells, offers for sale, and markets HTC Corp.'s mobile phones and tablets in the United States.

5.     Defendants HTC Corp. and HTC America are collectively referred to as "Defendants" or "HTC."  HTC is doing business in the United States and, more particularly, in the State of Washington and the Western District of Washington, by designing, marketing, making, using, selling, importing, and/or offering for sale products that infringe the patent claims involved in this action or by transacting other business in this District.

## JURISDICTION AND VENUE

6.     This action arises under the patent laws of the United States, 35 U.S.C.

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

- 2 -

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

§ 1 *et seq.* This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.     This Court has personal jurisdiction over each Defendant. Each Defendant has conducted and does conduct business within the State of Washington. Each Defendant has purposefully and voluntarily availed itself of the privileges of conducting business in the United States, the State of Washington, and the Western District of Washington by continuously and systematically placing goods into the stream of commerce through an established distribution channel with the expectation that they will be purchased by consumers in the Western District of Washington. Additionally, Defendants have previously submitted to this Court's jurisdiction by availing themselves of this court's authority and filing suit in this district. *See HTC Corp. and HTC Am., Inc. v. Telefonaktiebolaget LM Ericsson and Ericsson Inc.*, No. 2:17-cv-00534 (W.D. Wash. Apr. 6, 2017). Plaintiff's causes of action arise directly from Defendants' business contacts and other activities in the State of Washington and the Western District of Washington. Additionally, HTC America is incorporated in Washington. Accordingly, this Court has personal jurisdiction over HTC America in that it resides in this District.

8.     Upon information and belief, each Defendant has committed acts of infringement in this District giving rise to this action and does business in this District, including making sales and/or providing service and support for their respective customers in this District. Defendants purposefully and voluntarily sold one or more of their infringing products with the expectation that they would be purchased by consumers in this District. These infringing products have been and continue to be purchased by consumers in this District. Defendants have committed acts of patent infringement within the United States, the State of Washington, and

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

- 3 -

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

1    the Western District of Washington.

2        9.    Venue is proper as to HTC America under 28 U.S.C. § 1400(b) in that

3    HTC America is incorporated in Washington and, therefore, resides in this District.

4    *TC Heartland LLC v. Kraft Food Grps. Brands LLC*, 581 U.S. ___, 2017 WL

5    2216934, at *8 (2017).

6        10.   Venue is proper as to HTC Corp. under 28 U.S.C. § 1391(c)(3) in that

7    it is not a resident of the United States and may, therefore, be sued in any judicial

8    district. *Brunette Mach. Works, Ltd. v. Kockum Indus., Inc.*, 406 U.S. 706, 714

9    (1972).

10       11.   Upon information and belief, HTC America is an agent of HTC Corp.

11   and is held out to the public as such. *See, e.g.,* http://www.htc.com/us/terms

12   /copyright/ (last visited June 9, 2017) (naming HTC America as HTC Corp.'s

13   "Copyright Agent"); https://www.theverge.com/2013/9/13/4728670/layoffs-hit-htc-

14   america-as-the-company-struggles-to-turn-itself-around (last visited June 9, 2017)

15   (describing layoff at HTC's America division with statement from HTC Corp.

16   regarding its decision as to the layoff).

17       12.   Further, upon information and belief, HTC America operates under the

18   "HTC" trademark; offers, sells, services, and/or distributes only HTC products; and

19   coordinates its policies and operations with those of HTC Corp. to benefit and

20   primarily serve the interests of HTC Corp. Upon information and belief, for

21   consumers of the products accused in this Complaint, there is no substantive

22   difference between HTC America and HTC Corp.

23       13.   Accordingly, venue is further proper as to HTC Corp. under 28 U.S.C.

24   § 1400(b) in that, upon information and belief, HTC Corp. has a regular and

25   established place of business in this District—namely, the place of business of its

26

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932                         - 4 -

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

1    subsidiary/agent, HTC America—and has committed acts of infringement herein.

2    **BACKGROUND**

3    14.    The Industrial Technology Research Institute ("ITRI") is a Taiwanese
4    government- and industry-funded research and development center. In 2007,
5    CyWee, which was started at ITRI, was formed. Its goal was to provide innovative
6    motion-sensing technologies, such as those claimed in the patents-in-suit. Dr. Shun-
7    Nan Liu and Chin-Lung Li, two of the inventors of the patents-in-suit, came to
8    CyWee from ITRI. The third inventor, Zhou "Joe" Ye joined CyWee from private
9    industry as its President and served as CEO from 2006 to 2016.

10   15.    The inventors, Zhou Ye, Chin-Lung Li, and Shun-Nan Liou, conceived
11   of the claims of the patents-in-suit—U.S. Patent No. 8,441,438 (the "'438 Patent")
12   and U.S. Patent No. 8,552,978 (the "'978 Patent")—at CyWee Group Ltd., located
13   at 3F, No. 28, Lane 128, Jing Ye Road, Taipei.

14   16.    Several claims of the patents-in-suit are entitled to a priority date of at
15   least January 6, 2010 based on U.S. Provisional Application Serial No. 61/292,558,
16   filed January 6, 2010 ("Provisional Application").

17   17.    Before May 22, 2009, CyWee began working on the "JIL Game Phone
18   Project" or "JIL Phone." Before July 29, 2009, CyWee developed a solution for the
19   JIL Phone that practiced several claims of the '438 Patent. Those claims were
20   diligently and constructively reduced to practice thereafter through the filing of the
21   Provisional Application and were diligently and actually reduced to practice as
22   discussed below. Accordingly, CyWee is entitled to a priority date of at least July
23   29, 2009 for several claims of the '438 Patent.

24   18.    The JIL Phone was reduced to practice by at least September 25, 2009.
25   The JIL Phone practiced several claims of both patents-in-suit. Accordingly, CyWee

26

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932
- 5 -
SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

1   is entitled to a priority date of at least September 25, 2009 for several claims of the

2   patents-in-suit.

3               **PATENT INFRINGEMENT OF U.S. PATENT NO. 8,441,438**

4          19.     Plaintiff repeats and re-alleges each and every allegation of paragraphs

5   1-18 as though fully set forth herein.

6          20.     The '438 Patent, titled "3D Pointing Device and Method for

7   Compensating Movement Thereof," was duly and legally issued by the United States

8   Patent and Trademark Office on May 14, 2013 to CyWee Group Limited, as assignee

9   of named inventors Zhou Ye, Chin-Lung Li, and Shun-Nan Liou.

10         21.     CyWee is the owner of all right, title, and interest in and to the '438

11  Patent with full right to bring suit to enforce the patent, including the right to recover

12  for past infringement damages.

13         22.     The '438 Patent claims, *inter alia*, a machine capable of detecting,

14  measuring, and calculating the movements and rotations of the machine—utilizing,

15  *inter alia*, a six-axis motion sensor module, a data transmitting unit, and a computing

16  processor in one or more claimed configurations—and methods for measuring and

17  calculating the movements and rotations of a device within a spatial reference frame.

18  The Declaration of Nicholas Gans, Ph.D. (the "Gans Decl.") regarding the nature of

19  the '438 Patent and the '978 Patent and the technologies claimed therein is attached

20  hereto as "Exhibit C" and is incorporated by reference as if fully set forth herein.

21         23.     The '438 Patent is directed to useful and novel particular embodiments

22  and methods for detecting, measuring, and calculating motion within a spatial

23  reference frame. *See* Gans. Decl. ¶ 16. Specifically, the '438 Patent claims a novel

24  system involving multiple sensor types and a novel method for using those sensors

25  to overcome the limitations of the individual sensor types in accurately determining

26

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932                    - 6 -

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

the orientation of a device. *See id.* ¶¶ 13-26. The '438 Patent is not intended to, and does not, claim every possible means of detecting, measuring, and calculating motion within a spatial reference frame. There are alternative methods to determining orientation within a spatial reference frame, such as systems and methods utilizing computer vision algorithms and/or cameras. *See id.* ¶¶ 23-26. Accordingly, the '438 Patent is not directed to, and does not claim, the mere concept of motion sensing or of detecting, measuring, and calculating motion within a spatial reference frame.

24.    Each and every claim of the '438 Patent is valid and enforceable and each enjoys a statutory presumption of validity separate, apart, and in addition to the statutory presumption of validity enjoyed by every other of its claims. 35 U.S.C. § 282.

25.    CyWee is informed and believes, and thereupon alleges, that HTC has been, and is currently, directly and/or indirectly infringing one or more claims of the '438 Patent in violation of 35 U.S.C. § 271, including as stated below.

26.    CyWee is informed and believes, and thereupon alleges, that HTC has directly infringed, literally and/or under the doctrine of equivalents, and will continue to directly infringe claims of the '438 Patent by making, using, selling, offering to sell, and/or importing into the United States products that embody or practice the apparatus and/or method covered by one or more claims of the '438 Patent, including but not limited to Defendants' following devices:

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

- 7 -

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

HTC One M9



HTC One A9



HTC 10



HTC Bolt



HTC U Ultra

27.    The foregoing devices are collectively referred to as the "'438 Accused Products" and include the below specifications and features.

28.    On information and belief, HTC indirectly infringes the '438 Patent by inducing others to infringe one or more claims of the '438 Patent through sale and/or use of the '438 Accused Products. On information and belief, at least as a result of

PLAINTIFF'S SECOND AMENDED COMPLAINT
 FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

- 8 -

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

the filing of this action, HTC is aware of the '438 Patent; is aware that its actions with regards to distributors, resellers, and/or end users of the '438 Accused Products would induce infringement; and despite such awareness will continue to take active steps—such as, creating and disseminating the '438 Accused Products, and product manuals, instructions, promotional and marketing materials, and/or technical materials to distributors, resellers, and end users—encouraging other's infringement of the '438 Patent with the specific intent to induce such infringement.

29.    The HTC 10 includes a display screen.

30.    The HTC 10 includes a housing.

31.    The HTC 10 includes a 3-axis accelerometer.

32.    The HTC 10 includes a 3-axis gyroscope.

33.    The HTC 10 includes at least one printed circuit board ("PCB").

34.    The HTC 10 includes a 3-axis accelerometer attached to a PCB.

35.    The HTC 10 includes a 3-axis gyroscope attached to a PCB.

36.    The HTC 10 includes a 3-axis accelerometer that is capable of measuring accelerations.

37.    The HTC 10 includes a 3-axis gyroscope that is capable of measuring rotation rates.

38.    The HTC 10 runs an Android™ operating system.

39.    The HTC 10 includes a 3-axis accelerometer that is capable of measuring accelerations using a "Sensor Coordinate System" as described in the Android™ developer library. *See* https://developer.android.com/guide/topics/sensors/sensors_overview.html (describing "Sensor Coordinate System").

40.    The HTC 10 includes a 3-axis gyroscope that is capable of measuring rotation rates using a "Sensor Coordinate System."

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

- 9 -

1   41.   The HTC 10 includes a processor that is capable of processing data
2   associated with measurement from a 3-axis accelerometer.

3   42.   The HTC 10 includes a processor that is capable of processing data
4   associated with measurement from a 3-axis gyroscope.

5   43.   The Android™ operating system that runs on the HTC 10 uses the
6   measurement from a 3-axis accelerometer included in the device.

7   44.   The Android™ operating system that runs on the HTC 10 uses the
8   measurement from a 3-axis gyroscope included in the device.

9   45.   The Android™ operating system that runs on the HTC 10 uses the
10  measurement from a 3-axis accelerometer and the measurement from a 3-axis
11  gyroscope to calculate an attitude of the device.

12  46.   The HTC One M9 includes a display screen.

13  47.   The HTC One M9 includes a housing.

14  48.   The HTC One M9 includes a 3-axis accelerometer.

15  49.   The HTC One M9 includes a 3-axis gyroscope.

16  50.   The HTC One M9 includes at least one PCB.

17  51.   The HTC One M9 includes a 3-axis accelerometer attached to a PCB.

18  52.   The HTC One M9 includes a 3-axis gyroscope attached to a PCB.

19  53.   The HTC One M9 includes a 3-axis accelerometer that is capable of
20  measuring accelerations.

21  54.   The HTC One M9 includes a 3-axis gyroscope that is capable of
22  measuring rotation rates.

23  55.   The HTC One M9 runs an Android™ operating system.

24  56.   The HTC One M9 includes a 3-axis accelerometer that is capable of
25  measuring accelerations using a "Sensor Coordinate System" as described in the

26

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932
- 10 -

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

1  Android™ developer library. *See* https://developer.android.com/guide/topics
2  /sensors/sensors_overview.html (describing "Sensor Coordinate System").

3  57.  The HTC One M9 includes a 3-axis gyroscope that is capable of
4  measuring rotation rates using a "Sensor Coordinate System."

5  58.  The HTC One M9 includes a processor that is capable of processing
6  data associated with measurement from a 3-axis accelerometer.

7  59.  The HTC One M9 includes a processor that is capable of processing
8  data associated with measurement from a 3-axis gyroscope.

9  60.  The Android™ operating system that runs on the HTC One M9 uses
10  the measurement from a 3-axis accelerometer included in the device.

11  61.  The Android™ operating system that runs on the HTC One M9 uses
12  the measurement from a 3-axis gyroscope included in the device.

13  62.  The Android™ operating system that runs on the HTC One M9 uses
14  the measurement from a 3-axis accelerometer and the measurement from a 3-axis
15  gyroscope to calculate an attitude of the device.

16  63.  The HTC One A9 includes a display screen.

17  64.  The HTC One A9 includes a housing.

18  65.  The HTC One A9 includes a 3-axis accelerometer.

19  66.  The HTC One A9 includes a 3-axis gyroscope.

20  67.  The HTC One A9 includes at least one PCB.

21  68.  The HTC One A9 includes a 3-axis accelerometer attached to a PCB.

22  69.  The HTC One A9 includes a 3-axis gyroscope attached to a PCB.

23  70.  The HTC One A9 includes a 3-axis accelerometer that is capable of
24  measuring accelerations.

25  71.  The HTC One A9 includes a 3-axis gyroscope that is capable of
26

**PLAINTIFF'S SECOND AMENDED COMPLAINT**
**FOR PATENT INFRINGEMENT**
**CIVIL ACTION NO. 17-CV-932**
- 11 -

**SHORE CHAN DEPUMPO LLP**
**901 MAIN ST., STE. 3300**
**DALLAS, TEXAS 75202**
**(T) 214.593.9110**

1  measuring rotation rates.

2      72.    The HTC One A9 runs an Android™ operating system.

3      73.    The HTC One A9 includes a 3-axis accelerometer that is capable of
4  measuring accelerations using a "Sensor Coordinate System" as described in the
5  Android™ developer library. *See* https://developer.android.com/guide/topics
6  /sensors/sensors_overview.html (describing "Sensor Coordinate System").

7      74.    The HTC One A9 includes a 3-axis gyroscope that is capable of
8  measuring rotation rates using a "Sensor Coordinate System."

9      75.    The HTC One A9 includes a processor that is capable of processing
10 data associated with measurement from a 3-axis accelerometer.

11     76.    The HTC One A9 includes a processor that is capable of processing
12 data associated with measurement from a 3-axis gyroscope.

13     77.    The Android™ operating system that runs on the HTC One A9 uses the
14 measurement from a 3-axis accelerometer included in the device.

15     78.    The Android™ operating system that runs on the HTC One A9 uses the
16 measurement from a 3-axis gyroscope included in the device.

17     79.    The Android™ operating system that runs on the HTC One A9 uses the
18 measurement from a 3-axis accelerometer and the measurement from a 3-axis
19 gyroscope to calculate an attitude of the device.

20     80.    The HTC Bolt includes a display screen.

21     81.    The HTC Bolt includes a housing.

22     82.    The HTC Bolt includes a 3-axis accelerometer.

23     83.    The HTC Bolt includes a 3-axis gyroscope.

24     84.    The HTC Bolt includes at least one PCB.

25     85.    The HTC Bolt includes a 3-axis accelerometer attached to a PCB.

26

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932
- 12 -
SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

1      86.     The HTC Bolt includes a 3-axis gyroscope attached to a PCB.

2      87.     The HTC Bolt includes a 3-axis accelerometer that is capable of

3 measuring accelerations.

4      88.     The HTC Bolt includes a 3-axis gyroscope that is capable of measuring

5 rotation rates.

6      89.     The HTC Bolt runs an Android$^{TM}$ operating system.

7      90.     The HTC Bolt includes a 3-axis accelerometer that is capable of

8 measuring accelerations using a "Sensor Coordinate System" as described in the

9 Android$^{TM}$ developer library. *See* https://developer.android.com/guide/topics

10 /sensors/sensors_overview.html (describing "Sensor Coordinate System").

11      91.     The HTC Bolt includes a 3-axis gyroscope that is capable of measuring

12 rotation rates using a "Sensor Coordinate System."

13      92.     The HTC Bolt includes a processor that is capable of processing data

14 associated with measurement from a 3-axis accelerometer.

15      93.     The HTC Bolt includes a processor that is capable of processing data

16 associated with measurement from a 3-axis gyroscope.

17      94.     The Android$^{TM}$ operating system that runs on the HTC Bolt uses the

18 measurement from a 3-axis accelerometer included in the device.

19      95.     The Android$^{TM}$ operating system that runs on the HTC Bolt uses the

20 measurement from a 3-axis gyroscope included in the device.

21      96.     The Android$^{TM}$ operating system that runs on the HTC Bolt uses the

22 measurement from a 3-axis accelerometer and the measurement from a 3-axis

23 gyroscope to calculate an attitude of the device.

24      97.     The HTC U Ultra includes a display screen.

25      98.     The HTC U Ultra includes a housing.

26

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

- 13 -

99.   The HTC U Ultra includes a 3-axis accelerometer.

100.   The HTC U Ultra includes a 3-axis gyroscope.

101.   The HTC U Ultra includes at least one PCB.

102.   The HTC U Ultra includes a 3-axis accelerometer attached to a PCB.

103.   The HTC U Ultra includes a 3-axis gyroscope attached to a PCB.

104.   The HTC U Ultra includes a 3-axis accelerometer that is capable of measuring accelerations.

105.   The HTC U Ultra includes a 3-axis gyroscope that is capable of measuring rotation rates.

106.   The HTC U Ultra runs an Android™ operating system.

107.   The HTC U Ultra includes a 3-axis accelerometer that is capable of measuring accelerations using a "Sensor Coordinate System" as described in the Android™ developer library. *See* https://developer.android.com /guide/topics/sensors/sensors_overview.html (describing "Sensor Coordinate System").

108.   The HTC U Ultra includes a 3-axis gyroscope that is capable of measuring rotation rates using a "Sensor Coordinate System."

109.   The HTC U Ultra includes a processor that is capable of processing data associated with measurement from a 3-axis accelerometer.

110.   The HTC U Ultra includes a processor that is capable of processing data associated with measurement from a 3-axis gyroscope.

111.   The Android™ operating system that runs on the HTC U Ultra uses the measurement from a 3-axis accelerometer included in the device.

112.   The Android™ operating system that runs on the HTC U Ultra uses the measurement from a 3-axis gyroscope included in the device.

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

- 14 -

113.   The Android[TM] operating system that runs on the HTC U Ultra uses the measurement from a 3-axis accelerometer and the measurement from a 3-axis gyroscope to calculate an attitude of the device.

114.   HTC's actions with regards to distributors, resellers, and/or end users of the '438 Accused Products induce infringement of the patent by others, and HTC is aware that its actions induce infringement. Despite such awareness, HTC continues to take active steps—such as creating and disseminating the '438 Accused Products, and product manuals, instructions, support materials, promotional and marketing materials, and/or technical materials to distributors, resellers, and end users—encouraging others to infringe the '438 Patent with the specific intent to induce such infringement.

115.   HTC provides manuals and instructions for the '438 Accused Products and/or provides instructional and support materials on its website that teach and instruct its customers to operate those products in ways that practice the claimed invention. For instance, HTC provides user guides for each of the Accused Products, and those user guides describe how to use HTC's "Motion Launch" feature, which is a feature that gives users the ability to use motion combined with other gestures to perform various device functions.[1] *See* Exhibit D, p. 40-43 (HTC One M9 User Guide); Exhibit E, p. 42-45 (HTC One A9 User Guide); Exhibit F, p. 36-39 (HTC 10 User Guide); Exhibit G, p. 91-95 (HTC Bolt User Guide); Exhibit H, p. 44-47 (HTC U Ultra User Guide); Exhibit I, p. 45-48 (HTC U11 User Guide); Exhibit J, p. 44-47 (HTC U11 life User Guide). According to HTC's user guides for the Accused

---

[1] Two of the Accused Products were not specifically identified in the non-exclusive list of products in CyWee's original complaint, but CyWee has identified them in its infringement contentions. The first, the HTC U11, was released on June 9, 2017, which was seven days prior to CyWee's original complaint. The second, the HTC U11 Life, was released after CyWee's original complaint was filed.

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932
- 15 -

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

Products, the Motion Launch feature allows for the use of "a combination of simple gestures," including motion gestures, as an alternate means of performing various smartphone functions. *Id.* Among other things, the user guides teach uses of the Motion Launch feature which depend upon device orientation, such as waking up and unlocking the screen by lifting the device to portrait orientation and tapping the screen, waking the device to the home widget panel, raising to wake the device to "HTC BlinkFeed," and using motions to activate the device's camera. *Id.* HTC's manuals also instruct users to troubleshoot Motion Launch errors by using the correct motion gesture to properly orient the device into the appropriate position to launch the desired feature. *Id.*

116.   In addition to the Motion Launch features, HTC's user guides for the Accused Products also teach consumers how to use optional "motion gestures" to control certain functions of each device. *See* Exhibit D, p. 31-32; Exhibit E, p. 33-34; Exhibit F, p. 26-27; Exhibit H, p. 34-35; Exhibit I, p. 35-36 (HTC U11 User Guide); Exhibit J, p. 34-35. For instance, users are instructed on how to utilize a device's orientation to "lift the phone to auto answer a call," and how to "turn the phone over to mute it" if the phone is facing up when a call comes in, and how to use motion gestures to control the ring volume for a call. *Id.* All of these advertised features require determination of the device's orientation and track the claims of the '438 Patent.

117.   HTC's online customer support documents also instruct consumers on methods for using the Motion Launch features as well as motion gestures for the Accused Products. *See* Exhibit K (HTC One M9 Motion Launch); Exhibit L (HTC One M9 Motion Gestures); Exhibit M (HTC One A9 Motion Launch); Exhibit N (HTC One A9 Motion Gestures); Exhibit O (HTC 10 Motion Launch); Exhibit P

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

- 16 -

1  (HTC 10 Motion Gestures); Exhibit Q (HTC Bolt Motion Launch); Exhibit R (HTC

2  Bolt Motion Gestures); Exhibit S (HTC U Ultra Motion Launch); Exhibit T (HTC

3  U Ultra Motion Gestures); Exhibit U (HTC U11 Motion Launch); Exhibit V (HTC

4  U11 Motion Gestures); Exhibit W (HTC U11 life Motion Launch); Exhibit X (HTC

5  U11 life Motion Gestures). The documents describe how Motion Launch enables

6  users to use a device's orientation to wake the device up to the lock screen, to unlock

7  the device, to wake the device to the home widget panel, to wake the device to "HTC

8  BlinkFeed," and to use motion sensing to launch the device camera. *Id.* The

9  documents describe how to use motion sensing technology to lift the device in order

10 to answer a call, to flip the device over to mute a call, and to raise the device in order

11 to lower ring volume. *Id.* HTC has also released a tutorial video, linked to its support

12 page, which demonstrates the functionality of the Motion Launch feature. *See*

13 Exhibit Y (Screenshot of HTC One M8 Motion Launch Tutorial video); *see also*

14 https://www.youtube.com/watch?v=1cXiem8zc-g (last visited Mar. 8, 2018). And

15 HTC's online FAQ page provides instructions to users which confirm that certain

16 motion gestures are required in order to utilize the Motion Launch functionality. *See*

17 Exhibit Z (HTC FAQ – Why is my phone not responding to Motion Launch

18 gestures?). These instructional and support materials, among others, demonstrate

19 that HTC actively induces users to operate their products in ways that practice the

20 claimed invention. Notably, the HTC U11 Life, and its corresponding User Guide

21 and support materials, were not released until November 3, 2017, almost five months

22 *after* the initial filing of this lawsuit. *See* http://bgr.com/2017/11/02/htc-u11-plus-

23 release-date-u11-life-release-date-us/ (last visited Mar. 8, 2018). HTC has continued

24 to instruct end-users of the Accused Products to operate those products in ways that

25 practice the claimed invention even after being put on actual notice of the

26

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

- 17 -

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

infringement of the '438 Patent. CyWee believes that discovery, which is ongoing, will reveal even more facts demonstrating HTC's induced infringement of the '438 Patent.

118.    CyWee adopts, and incorporates by reference, as if fully stated herein, the attached claim chart for claim 14 of the '438 Patent, which is attached hereto as Exhibit A. The claim chart describes and demonstrates how HTC infringes the '438 Patent. In addition, CyWee alleges that HTC infringes one or more additional claims of the '438 Patent in a similar manner.

119.    Defendants' acts of infringement have caused and will continue to cause substantial and irreparable damage to CyWee.

120.    As a result of Defendants' infringement of the '438 Patent, CyWee has been damaged. CyWee is, therefore, entitled to damages pursuant to 35 U.S.C. § 284 in an amount that presently cannot be pled but that will be determined at trial.

## PATENT INFRINGEMENT OF U.S. PATENT NO. 8,552,978

121.    Plaintiff repeats and re-alleges each and every allegation of paragraphs 1-120 as though fully set forth herein.

122.    The '978 Patent, titled "3D Pointing Device and Method for Compensating Rotations of the 3D Pointing Device Thereof," was duly and legally issued by the United States Patent and Trademark Office on October 8, 2013 to CyWee Group Limited, as assignee of named inventors Zhou Ye, Chin-Lung Li, and Shun-Nan Liou.

123.    CyWee is the owner of all right, title, and interest in and to the '978 Patent with full right to bring suit to enforce the patent, including the right to recover for past infringement damages.

124.    The '978 Patent claims, *inter alia*, a machine capable of detecting,

---

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932
- 18 -

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

measuring, and calculating the movements and rotations of the machine—utilizing, *inter alia*, a nine-axes motion sensor module and two computing processors in one or more claimed configurations—and methods for measuring and calculating the movements and rotations of a device within a spatial reference frame. *See, generally,* Gans Decl., p. 2-4, ¶¶ 8-12.

125.   The '978 Patent is directed to useful and novel particular embodiments and methods for detecting, measuring, and calculating motion within a spatial reference frame. *Id.* ¶ 16. Specifically, the '978 Patent claims a novel system involving multiple sensor types and a novel method for using those sensors to overcome the limitations of the individual sensor types in accurately determining the orientation of a device. *See id.* ¶¶ 13-26. The '978 Patent is not intended to, and does not, claim every possible means of detecting, measuring, and calculating motion within a spatial reference frame. There are alternative methods to determining orientation within a spatial reference frame, such as systems and methods utilizing computer vision algorithms and/or cameras. *See id.* ¶¶ 23-26. Accordingly, the '978 Patent is not directed to, and does not claim, the mere concept of motion sensing or of detecting, measuring, and calculating motion within a spatial reference frame.

126.   Each and every claim of the '978 Patent is valid and enforceable and each enjoys a statutory presumption of validity separate, apart, and in addition to the statutory presumption of validity enjoyed by every other of its claims. 35 U.S.C. § 282.

127.   CyWee is informed and believes, and thereupon alleges, that HTC has been, and is currently, directly and/or indirectly infringing one or more claims of the '978 Patent in violation of 35 U.S.C. § 271, including as stated below.

128.   CyWee is informed and believes, and thereupon alleges, that HTC has

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

- 19 -

directly infringed, literally and/or under the doctrine of equivalents, and will continue to directly infringe claims of the '978 Patent by making, using, selling, offering to sell, and/or importing into the United States products that embody or practice the apparatus and/or method covered by one or more claims of the '978 Patent, including but not limited to Defendants' following devices:



HTC One M9                    HTC One A9




HTC 10                        HTC Bolt



HTC U Ultra

PLAINTIFF'S SECOND AMENDED COMPLAINT
 FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
- 20 -                                         (T) 214.593.9110

129.    The foregoing devices are collectively referred to as the "'978 Accused Products" and include the below specifications and features.

130.    On information and belief, HTC indirectly infringes the '978 Patent by inducing others to infringe one or more claims of the '978 Patent through sale and/or use of the '978 Accused Products. On information and belief, at least as a result of the filing of this action, HTC is aware of the '978 Patent; is aware that its actions with regards to distributors, resellers, and/or end users of the '978 Accused Products would induce infringement; and despite such awareness will continue to take active steps—such as, creating and disseminating the '978 Accused Products, and product manuals, instructions, promotional and marketing materials, and/or technical materials to distributors, resellers, and end users—encouraging other's infringement of the '978 Patent with the specific intent to induce such infringement.

131.    The HTC One M9 includes a 3-axis geomagnetic sensor.

132.    The HTC One M9 includes a 3-axis geomagnetic sensor that is capable of measuring a geomagnetic field.

133.    The HTC One M9 includes a 3-axis geomagnetic field sensor to measure a geomagnetic field using a "Sensor Coordinate System." *See* https://developer.android.com/guide/topics/sensors/sensors_overview.html (describing "Sensor Coordinate System").

134.    The Android operating system that runs on the HTC One M9 uses the measurement from a 3-axis geomagnetic sensor included in the device.

135.    The Android operating system that runs on the HTC One M9 uses the measurement from a 3-axis accelerometer, the measurement from a 3-axis geomagnetic field sensor, and the measurement from a 3-axis gyroscope to calculate an attitude of the device.

26

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

- 21 -

1   136.   The Android operating system that runs on the HTC One M9 uses the
2   measurement from a 3-axis accelerometer, the measurement from a 3-axis
3   geomagnetic field sensor, and the measurement from a 3-axis gyroscope to calculate
4   an attitude of the device that can be represented by an azimuth angle, a pitch angle,
5   and a roll angle.

6   137.   The HTC One M9 has the ability to directly control apps by moving or
7   rotating the device (for example, racing game apps).

8   138.   The HTC One M9 has the ability to run apps that can provide
9   information based on the direction your device is facing, such as a map or navigation
10  app.

11  139.   The HTC One A9 includes a 3-axis geomagnetic sensor.

12  140.   The HTC One A9 includes a 3-axis geomagnetic sensor that is capable
13  of measuring a geomagnetic field.

14  141.   The HTC One A9 includes a 3-axis geomagnetic field sensor to
15  measure a geomagnetic field using a "Sensor Coordinate System." *See*
16  https://developer.android.com/guide/topics/sensors/sensors_overview.html
17  (describing "Sensor Coordinate System").

18  142.   The Android operating system that runs on the HTC One A9 uses the
19  measurement from a 3-axis geomagnetic sensor included in the device.

20  143.   The Android operating system that runs on the HTC One A9 uses the
21  measurement from a 3-axis accelerometer, the measurement from a 3-axis
22  geomagnetic field sensor, and the measurement from a 3-axis gyroscope to calculate
23  an attitude of the device.

24  144.   The Android operating system that runs on the HTC One A9 uses the
25  measurement from a 3-axis accelerometer, the measurement from a 3-axis

26

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932
- 22 -

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

geomagnetic field sensor, and the measurement from a 3-axis gyroscope to calculate an attitude of the device that can be represented by an azimuth angle, a pitch angle, and a roll angle.

145.   The HTC One A9 has the ability to directly control apps by moving or rotating the device (for example, racing game apps).

146.   The HTC One A9 has the ability to run apps that can provide information based on the direction your device is facing, such as a map or navigation app.

147.   The HTC 10 includes a 3-axis geomagnetic sensor.

148.   The HTC 10 includes a 3-axis geomagnetic sensor that is capable of measuring a geomagnetic field.

149.   The HTC 10 includes a 3-axis geomagnetic field sensor to measure a geomagnetic field using a "Sensor Coordinate System." *See* https://developer.android.com/guide/topics/sensors/sensors_overview.html (describing "Sensor Coordinate System").

150.   The Android operating system that runs on the HTC 10 uses the measurement from a 3-axis geomagnetic sensor included in the device.

151.   The Android operating system that runs on the HTC 10 uses the measurement from a 3-axis accelerometer, the measurement from a 3-axis geomagnetic field sensor, and the measurement from a 3-axis gyroscope to calculate an attitude of the device.

152.   The Android operating system that runs on the HTC 10 uses the measurement from a 3-axis accelerometer, the measurement from a 3-axis geomagnetic field sensor, and the measurement from a 3-axis gyroscope to calculate an attitude of the device that can be represented by an azimuth angle, a pitch angle,

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932
- 23 -
SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

1  and a roll angle.

2      153.   The HTC 10 has the ability to directly control apps by moving or

3  rotating the device (for example, racing game apps).

4      154.   The HTC 10 has the ability to run apps that can provide information

5  based on the direction your device is facing, such as a map or navigation app.

6      155.   The HTC Bolt includes a 3-axis geomagnetic sensor.

7      156.   The HTC Bolt includes a 3-axis geomagnetic sensor that is capable of

8  measuring a geomagnetic field.

9      157.   The HTC Bolt includes a 3-axis geomagnetic field sensor to measure a

10 geomagnetic    field    using    a    "Sensor    Coordinate    System."   *See*

11 https://developer.android.com/guide/topics/sensors/sensors_overview.html

12 (describing "Sensor Coordinate System").

13     158.   The Android operating system that runs on the HTC Bolt uses the

14 measurement from a 3-axis geomagnetic sensor included in the device.

15     159.   The Android operating system that runs on the HTC Bolt uses the

16 measurement from a 3-axis accelerometer, the measurement from a 3-axis

17 geomagnetic field sensor, and the measurement from a 3-axis gyroscope to calculate

18 an attitude of the device.

19     160.   The Android operating system that runs on the HTC Bolt uses the

20 measurement from a 3-axis accelerometer, the measurement from a 3-axis

21 geomagnetic field sensor, and the measurement from a 3-axis gyroscope to calculate

22 an attitude of the device that can be represented by an azimuth angle, a pitch angle,

23 and a roll angle.

24     161.   The HTC Bolt has the ability to directly control apps by moving or

25 rotating the device (for example, racing game apps).

26

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

- 24 -

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

1    162.   The HTC Bolt has the ability to run apps that can provide information
2   based on the direction your device is facing, such as a map or navigation app.

3    163.   The HTC Ultra U includes a 3-axis geomagnetic sensor.

4    164.   The HTC Ultra U includes a 3-axis geomagnetic sensor that is capable
5   of measuring a geomagnetic field.

6    165.   The HTC Ultra U includes a 3-axis geomagnetic field sensor to measure
7   a    geomagnetic    field    using    a    "Sensor    Coordinate    System."   *See*
8   https://developer.android.com/guide/topics/sensors/sensors_overview.html
9   (describing "Sensor Coordinate System").

10   166.   The Android operating system that runs on the HTC Ultra U uses the
11  measurement from a 3-axis geomagnetic sensor included in the device.

12   167.   The Android operating system that runs on the HTC Ultra U uses the
13  measurement from a 3-axis accelerometer, the measurement from a 3-axis
14  geomagnetic field sensor, and the measurement from a 3-axis gyroscope to calculate
15  an attitude of the device.

16   168.   The Android operating system that runs on the HTC Ultra U uses the
17  measurement from a 3-axis accelerometer, the measurement from a 3-axis
18  geomagnetic field sensor, and the measurement from a 3-axis gyroscope to calculate
19  an attitude of the device that can be represented by an azimuth angle, a pitch angle,
20  and a roll angle.

21   169.   The HTC Ultra U has the ability to directly control apps by moving or
22  rotating the device (for example, racing game apps).

23   170.   The HTC Ultra U has the ability to run apps that can provide
24  information based on the direction your device is facing, such as a map or navigation
25  app.

26

171.   HTC's actions with regards to distributors, resellers, and/or end users of the '978 Accused Products induce infringement of the patent by others, and HTC is aware that its actions induce infringement. Despite such awareness, HTC continues to take active steps—such as creating and disseminating the '978 Accused Products, and product manuals, instructions, support materials, promotional and marketing materials, and/or technical materials to distributors, resellers, and end users—encouraging others to infringe the '978 Patent with the specific intent to induce such infringement.

172.   HTC provides manuals and instructions for the '978 Accused Products and/or provides instructional and support materials on its website that teach and instruct its customers to operate those products in ways that practice the claimed invention. For instance, HTC provides user guides for each of the Accused Products, and those user guides describe how to use HTC's "Motion Launch" feature, which is a feature that gives users the ability to use motion combined with other gestures to perform various device functions.[2] *See* Exhibit D, p. 40-43 (HTC One M9 User Guide); Exhibit E, p. 42-45 (HTC One A9 User Guide); Exhibit F, p. 36-39 (HTC 10 User Guide); Exhibit G, p. 91-95 (HTC Bolt User Guide); Exhibit H, p. 44-47 (HTC U Ultra User Guide); Exhibit I, p. 45-48 (HTC U11 User Guide); Exhibit J, p. 44-47 (HTC U11 life User Guide). According to HTC's user guides for the Accused Products, the Motion Launch feature allows for the use of "a combination of simple gestures," including motion gestures, as an alternate means of performing various smartphone functions. *Id.* Among other things, the user guides teach uses of the

---

[2] Two of the Accused Products were not specifically identified in the non-exclusive list of products in CyWee's original complaint, but CyWee has identified them in its infringement contentions. The first, the HTC U11, was released on June 9, 2017, which was seven days prior to CyWee's original complaint. The second, the HTC U11 Life, was released after CyWee's original complaint was filed.

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

- 26 -

Motion Launch feature which depend upon device orientation, such as waking up and unlocking the screen by lifting the device to portrait orientation and tapping the screen, waking the device to the home widget panel, raising to wake the device to "HTC BlinkFeed," and using motions to activate the device's camera. *Id.* HTC's manuals also instruct users to troubleshoot Motion Launch errors by using the correct motion gesture to properly orient the device into the appropriate position to launch the desired feature. *Id.*

173.    In addition to the Motion Launch features, HTC's user guides for the Accused Products also teach consumers how to use optional "motion gestures" to control certain functions of each device. *See* Exhibit D, p. 31-32; Exhibit E, p. 33-34; Exhibit F, p. 26-27; Exhibit H, p. 34-35; Exhibit I, p. 35-36 (HTC U11 User Guide); Exhibit J, p. 34-35. For instance, users are instructed on how to utilize a device's orientation to "lift the phone to auto answer a call," and how to "turn the phone over to mute it" if the phone is facing up when a call comes in, and how to use motion gestures to control the ring volume for a call. *Id.* All of these advertised features require determination of the device's orientation and track the claims of the '978 Patent.

174.    HTC's online customer support documents also instruct consumers on methods for using the Motion Launch features as well as motion gestures for the Accused Products. *See* Exhibit K (HTC One M9 Motion Launch); Exhibit L (HTC One M9 Motion Gestures); Exhibit M (HTC One A9 Motion Launch); Exhibit N (HTC One A9 Motion Gestures); Exhibit O (HTC 10 Motion Launch); Exhibit P (HTC 10 Motion Gestures); Exhibit Q (HTC Bolt Motion Launch); Exhibit R (HTC Bolt Motion Gestures); Exhibit S (HTC U Ultra Motion Launch); Exhibit T (HTC U Ultra Motion Gestures); Exhibit U (HTC U11 Motion Launch); Exhibit V (HTC

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932
- 27 -
SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

U11 Motion Gestures); Exhibit W (HTC U11 life Motion Launch); Exhibit X (HTC U11 life Motion Gestures). The documents describe how Motion Launch enables users to use a device's orientation to wake the device up to the lock screen, to unlock the device, to wake the device to the home widget panel, to wake the device to "HTC BlinkFeed," and to use motion sensing to launch the device camera. *Id.* The documents describe how to use motion sensing technology to lift the device in order to answer a call, to flip the device over to mute a call, and to raise the device in order to lower ring volume. *Id.* HTC has also released a tutorial video, linked to its support page, which demonstrates the functionality of the Motion Launch feature. *See* Exhibit Y (Screenshot of HTC One M8 Motion Launch Tutorial video); *see also* https://www.youtube.com/watch?v=1cXiem8zc-g (last visited Mar. 8, 2018). And HTC's online FAQ page provides instructions to users which confirm that certain motion gestures are required in order to utilize the Motion Launch functionality. *See* Exhibit Z (HTC FAQ – Why is my phone not responding to Motion Launch gestures?). These instructional and support materials, among others, demonstrate that HTC actively induces users to operate their products in ways that practice the claimed invention. Notably, the HTC U11 Life, and its corresponding User Guide and support materials, were not released until November 3, 2017, almost five months *after* the initial filing of this lawsuit. *See* http://bgr.com/2017/11/02/htc-u11-plus-release-date-u11-life-release-date-us/ (last visited Mar. 8, 2018). HTC has continued to instruct end-users of the Accused Products to operate those products in ways that practice the claimed invention even after being put on actual notice of the infringement of the '978 Patent. CyWee believes that discovery, which is ongoing, will reveal even more facts demonstrating HTC's induced infringement of the '978 Patent.

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

- 28 -

175.   CyWee adopts, and incorporates by reference, as if fully stated herein, the attached claim chart for claim 10 of the '978 Patent, which is attached hereto as <u>Exhibit B</u>. The claim chart describes and demonstrates how HTC infringes the '978 Patent. In addition, CyWee alleges that HTC infringes one or more additional claims of the '978 Patent in a similar manner.

176.   Defendants' acts of infringement have caused and will continue to cause substantial and irreparable damage to CyWee.

177.   As a result of Defendants' infringement of the '978 Patent, CyWee has been damaged. CyWee is, therefore, entitled to damages pursuant to 35 U.S.C. § 284 in an amount that presently cannot be pled but that will be determined at trial.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays for entry of judgment against Defendants as follows:

A.   A judgment that Defendants have infringed and continue to infringe the '438 Patent and '978 Patent, directly and/or indirectly, as alleged herein;

B.   That Defendants provide to CyWee an accounting of all gains, profits, and advantages derived by Defendants' infringement of the '438 Patent and '978 Patent, and that CyWee be awarded damages adequate to compensate them for the wrongful infringement by Defendants, in accordance with 35 U.S.C. § 284;

C.   That CyWee be awarded any other supplemental damages and interest on all damages, including, but not limited to, attorney fees available under 35 U.S.C. § 285;

D.   That the Court permanently enjoin Defendants and all those in privity with Defendants from making, having made, selling, offering for sale, distributing, and/or using products that infringe the '438 Patent and '978 Patent, including the

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932
SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110
- 29 -

1    '438 Accused Products and/or '978 Accused Products, in the United States; and

2         E.      That CyWee be awarded such other and further relief and all remedies

3    available at law.

4                       <u>**DEMAND FOR JURY TRIAL**</u>

5         Pursuant to Federal Rule of Civil Procedure 38(b), CyWee hereby demands a

6    trial by jury on all issues triable to a jury.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1  Dated: March 9, 2018

2

Respectfully submitted,

*/s/ Carmen E. Bremer*

3

Carmen E. Bremer, WSBA 47,565
carmen.bremer@bremerlawgroup.com

4

BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100

5

Seattle, WA 98101

6

T: (206) 357-8442
F: (206) 858-9730

7

8

Michael W. Shore*

9

Alfonso G. Chan*
Christopher Evans*

10

Ari B. Rafilson*

11

William D. Ellerman*
Paul T. Beeler*

12

SHORE CHAN DEPUMPO LLP

13

901 Main Street, Suite 3300
Dallas, Texas 75202

14

Telephone (214) 593-9110

15

Facsimile (214) 593-9111

16

* Admitted *pro hac vice*

17

Counsel for Plaintiff
CYWEE GROUP LTD.

18

19

20

21

22

23

24

25

26

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110

- 31 -

1

## **CERTIFICATE OF SERVICE**

2     I hereby certify that on March 9, 2018, I presented this Plaintiff's Second

3   Amended Complaint for Patent Infringement to the Clerk of the Court for filing and

4   uploading to the CM/ECF system, which will send notification of such filing to all

5   counsel of record.

6     Dated: March 9, 2018

7                                              */s/ Carmen E. Bremer*

8                                              Carmen E. Bremer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR PATENT INFRINGEMENT
CIVIL ACTION NO. 17-CV-932
- 32 -

SHORE CHAN DEPUMPO LLP
901 MAIN ST., STE. 3300
DALLAS, TEXAS 75202
(T) 214.593.9110