THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HTC CORPORATION, and HTC AMERICA, INC., <br><br> Defendants. | Case No.: 2:17-cv-00932-JLR <br><br> **DECLARATION OF KARL STRAATVEIT IN SUPPORT OF STMICROELECTRONICS, INC.'S MOTION TO DISMISS** |
| HTC CORPORATION, and HTC AMERICA, INC., <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., and CYWEE MOTION GROUP LTD., <br><br> Third-Party Defendants. | |

DECLARATION OF KARL STRAATVEIT
CASE NO.: 2:17-CV-00932-JLR

Shearman & Sterling LLP
1460 El Camino Real
Menlo Park, CA 94025
Tel: 650-838-3737

1. My name is Karl Straatveit. I am the Senior Accounting Manager of STMicroelectronics, Inc., ("ST Inc.") a title which I have held for eight years. My responsibilities include oversight of various accounting matters for ST Inc. In total, I have been employed by ST Inc. for 17 years. I have personal knowledge of the facts herein. I am competent to testify to all of the facts herein.

2. ST Inc. is the indirect subsidiary of STMicroelectronics N.V., a Dutch holding company headquartered in the Netherlands that is the ultimate parent to more than 60 companies around the world. ST Inc.'s affiliates in Europe and Asia are engaged in the design, manufacture and sale of semiconductors for use in a wide variety of commercial and consumer products. ST Inc. does not manufacture any semiconductor products. Rather, ST Inc.'s principal business is the sale of semiconductor products to U.S. customers.

3. I understand that HTC Corporation sent a letter to ST Inc. dated October 2, 2017, which referenced the purchase order attached as Exhibit A ("Purchase Order"). The Purchase Order is directed to STMicroelectronics Asia Pacific Pte. Ltd. ("ST Asia") and not ST Inc. The Purchase Order purports to order STM32F411CEY6TR controllers. ST Inc. did not receive, fulfill, or play any role in connection with the Purchase Order. Nor has ST Inc. ever sold or supplied STM32F411CEY6TR controllers to either HTC Corporation or HTC America, Inc. (collectively, "HTC").

4. I further understand that HTC filed a third-party complaint against ST Inc. alleging that ST Inc. sold and supplied "motion sensor devices" to HTC pursuant to a purchase order that requires ST Inc. to defend and indemnify HTC with respect to claims of patent infringement. HTC's allegations are not true. ST Inc. has never sold or supplied any motion sensor devices to HTC, or agreed to defend or indemnify HTC in connection with claims of patent infringement against any motion sensor devices. There are no purchase orders or contracts between HTC and ST Inc. relating to motion sensor devices.

STMICROELECTRONICS INC'S MOTION TO DISMISS
CASE NO.: 2:17-CV-00932-JLR

- 1 -

Shearman & Sterling LLP
1460 El Camino Real
Menlo Park, CA 94025
Tel: 650-838-3737

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this March 26, 2018, at Coppell, Texas.

/s/ *Karl Straatveit*
Karl Straatveit

STMICROELECTRONICS INC'S MOTION TO DISMISS
CASE NO.: 2:17-CV-00932-JLR                    - 2 -

Shearman & Sterling LLP
1460 El Camino Real
Menlo Park, CA 94025
Tel: 650-838-3737

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and served all parties via ECF.

Dated: March 26, 2018

                                                s/ Matt Berkowitz
                                                Matt Berkowitz

DECLARATION OF KARL STRAATVEIT
CASE NO.: 2:17-CV-00932-JLR — - 1 -

Shearman & Sterling LLP
1460 El Camino Real
Menlo Park, CA 94025
Tel: 650-838-3737