# Exhibit A



Owais Siddiqui
Executive Patent Litigation Director
HTC America, Inc.
owais_siddiqui@htc.com

October 2, 2017

***VIA EMAIL*** to gregoire.delongchamps@st.com and andrew.mayo@st.com

Grégoire Barry Delongchamps, Esq.
ST Microelectronics Asia Pacific Pte. Ltd.
5A Serangoon North Avenue 5
554574 Singapore

Andrew Mayo, Esq.
STMicroelectronics, Inc.
750 Canyon Dr., Suite 300
Coppell, TX 75019-4009

Re: *CyWee Group Ltd. v. HTC Corp. and HTC America, Inc.*
Civil Action No. 17-cv-932 (U.S. District Court for the Western District of Washington)

Dear Grégoire and Andrew,

HTC Corporation and its affiliates, predecessors, successors, parents, subsidiaries, partners, employees, agents, heirs, and assigns (collectively, "HTC") hereby provide notice to ST Microelectronics Asia Pacific Pte. Ltd., STMicroelectronics, Inc., and any other entities that provided STM Products (defined below) to HTC (collectively, "STM") of the lawsuit entitled *CyWee Group Ltd. v. HTC Corporation and HTC America, Inc.*, Civil Action No. 17-cv-932, pending in the United States District Court for the Western District of Washington (the "Lawsuit"). For your convenience, I enclose a copy of both the original and amended complaints for patent infringement in the Lawsuit.

In the complaints, CyWee Group alleges that certain HTC devices infringe two U.S. patents related to calculating the movements and rotations of a machine using, in one patent, a six-axis motion sensor module, and in another patent, a nine-axis motion sensor module. *See*, *e.g.*, Complaints at ¶¶ 19-169. HTC uses STM sensor hub chips ("STM Products"), including at least STM32F411CEY6TR, in a number of its devices, including in many of the devices accused in the Complaint, and the allegedly infringing functionality in accused HTC devices appears to be centered around functionality provided by STM Products.

On July 14, 2017, CyWee Group's outside counsel, Ari Rafilson, sent a letter to HTC that, among other things, acknowledged that the 2013 CyWee/STMicro license agreement includes a non-assertion clause covering License Products, as defined in the agreement:

License Product and Licensed Technology are defined in the agreement as follows:

> "Licensed Product" is defined as "any ST product that is sold or distributed with the Licensed Technology." License at 2.
>
> "Licensed Technology" is defined as "the existing firmware described in Annex 1, the firmware resulting from . . .Annex 2 . . . and any firmware that will be provided by CyWee for future porting into additional ST products, all Updates and all Upgrades of the Licensed Technology."

For your convenience, I enclose a copy of Mr. Rafilson's July 14, 2017 letter.

In a follow-up letter sent on September 21, 2017, CyWee Group's counsel further demanded information relating to the identification of products containing ST Micro components and licensed technology. For example, the letter demands information relating to the following:

> Microcontroller: Devices including one or more CPUs along with memory, which are ultimately included in HTC Products, and which, when shipped with said products, include Sensor Fusion Technology and/or CyWee Licensed Technology.
>
> Sensor Fusion Software: Software that combines data from at least an accelerometer and gyroscope to calculate orientation information.
>
> ST Microcontroller: Microcontroller manufactured or sold by STMicroelectronics.
>
> ST Micro: Any STMicroelectronics entity.

For your convenience, I also enclose a copy of the September 21, 2017 letter from CyWee Group's counsel.

HTC requests, therefore, that STM defend, indemnify, and hold HTC harmless in the Lawsuit. STM's obligations stem from, inter alia, the Terms and Conditions of HTC Corporation's purchase of STM Products from STM, a copy of which is enclosed for your convenience. For example, paragraph 6, titled WARRANTY, contains a representation and warranty that "the Products shall not infringe on any patent, trademark, trade secret, or other intellectual property right of HTC or any third party." In addition, paragraph 7, titled INDEMNITY, contains an obligation for STM to

> defend ..., indemnify and hold HTC and HTC Related Parties harmless from and against all proceedings, governmental actions, claims, liabilities, fines, losses, damages, costs and/or expenses (including reasonable attorney's fees), whether direct or indirect, arising from or relating to a claim brought by a third party claiming or alleging that the manufacture, use, sale, and/or distribution of the Products constitutes infringement,

violation or misappropriation [of] an intellectual property right or other proprietary right of such third party.

Please acknowledge your receipt of this letter and acceptance of STM's defense, indemnity, and hold-harmless obligations as soon as possible. We look forward to working with you in addressing these issues in a cooperative and efficient manner. Thank you in advance for your prompt response.

Very truly yours,

Owais Siddiqui
Executive Patent Litigation Director

Enclosures (5)

cc: James Yoon, Esq., HTC's outside counsel (jyoon@wsgr.com)



宏達國際電子股份有限公司
HTC Corporation
電話: +88633753252 傳真: +88633753253

採購單編號 : 3000139791
廠別 : TW10
頁碼 : 1 of 2
日期 : 2017/07/28
版本 : V 0

| 廠商 | 裝運至 |
|---|---|
| STMS<br>STMicroelectronics Asia Pacific Pte Ltd<br>聯絡處:<br><br>電話: 886928298588<br>傳真: | 宏達國際電子股份有限公司<br>No.23, Xinghua Rd., Taoyuan City,<br>330 TAOYUAN COUNTY<br>TAIWAN |

| 採購者 | |
|---|---|
| 採購者 | 黃淑貽_93562 |
| 電話 | |
| 遞送訊息 | |
| 國貿條件 : CIF(成本、保險和運費) /TPE Airport | |
| 付款條件 : End of month 45 days | |
| 貨幣單位 : USD | |
| End of month 45 days | |

| 項次 | 請購單編號 | 料號及品名規格 | 交貨日 | 單位 | 數量 | 單價 | 稅率 | 金額 | 倉庫 | 聯絡處 |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | | 30H80366-00M A<br>Controller,STM32F411CEY6TR,WLCSP,ST,85/- | 1.12.2017 | EA | 45,000.00 | 0.870000 | 0.00 | 39,150.00 | 9000 | 黃淑貽 |
| | | | | | | 未稅價 | | 39150.00 | | |
| | | | | | | 稅 | | 0.00 | | |
| | | | | | | 總額 | | 39150.00 | | |

注 意 事 項：隨貨附發票及送貨單，或未註明本公司訂單號碼及項次，若延誤貴公司貨款本公司不負任何責任。
(1) 發票地址 :
(2) 統一編號 :

## Terms and Conditions of Purchase Order for HTC Corporation

1. The Supplier agrees to accept the terms and conditions of thisPurchase Order by (i) confirming the Purchase Order in two calendar daysvia email, facsimile or other electronic means, (ii) signing back theoriginal copy to HTC Procurement department within seven calendar daysor (iii) shipping the Products to HTC designated place on the shipmentdate stated herein. The terms and conditions of this Purchase Ordershallapply to any and all supply of any kind of product by the Supplier to HTC unless otherwise governed by other written agreement. HTC will onlypayfor the Products in accordance with the payment terms set forth inthe Purchase Order or the applicable supply agreement.
2. The terms and conditions stated herein, including quantity, unitprice, payment terms, payment date, etc. shall not be changed withoutHTC's prior writing consent.
3. In the event that Supplier fails to deliver the quantities ofProducts according to this Purchase Order, Supplier shall pay HTC on adaily basis an amount equal to three (3) percent of total purchase priceof such delayed Products as delay charges and HTC may deduct such amountfrom the purchase price to be paid to Supplier. The Supplier shall alsobe liable to HTC for any possible damages and losses that occur as aresult of such shipment delay.In addition to the damages and losses, HTCshall have the right to cancel the delayed Products, in whole or inpart, without incurring any liability towards the Supplier.
4. Supplier is under obligation to deliver products complying withHTC inspection standard, and HTC reserves the right to perform IncomingQuality Control ("IQC")and/or Outgoing Box Audit ("OBA"). The applicable"Failure Rate" is (i) 100 Defective Parts Per Million ("DPPM") forelectrical engineering (EE) parts, (ii) 600 DPPM for mechanicalengineering (ME) parts, and (iii) 1200 DPPM for ME parts with CNCprocesses.In the event that the HTC IQC and/or HTC OBA failure rate ofthe Products exceeds 50% of the Failure Rate, Supplier shall immediatelyimplement a recovery plan (together with HTC if required) in order toresolve the problems within three (3) working days. If the IQC and/orOBA failure rate of the Products exceeds the Failure Rate, HTC shall beentitled to order Supplier to stop shipments immediately, create ataskforce with both Supplier and HTC experts in order to agree on ashort-term solution within one (1) working day.
5. Epidemic Failure:In the event where the estimated product returnrate exceeds 1% on one (1) single cause ("Epidemic Failure"), HTC shallbe entitled to cancel any or all orders of such Product and return anyor all such purchased Products. In such an event, Supplier shall berequired to pay a breach penalty of 10% of the total retail value ofsuch returned/cancelled Product and shall otherwise compensate HTC forall of its damages and costs incurred as result of or in connection withsuch Epidemic Failure.
6. WARRANTY: Supplier represents and warrants that, for a period asstipulated in this Purchase Order or, in the absence of such stipulation, for a period of one (1) year after the date of HTC's acceptance ofthe Products ("Warranty Period"), each Product supplied hereunder shall(a) be new (except agreed otherwise with HTC), free from epidemic issuesand with a defect rate not higher than the Failure Rate set forthherein, (b) comply with the specification agreed by the Parties, and (c)shall be free from any defect in design, material and workmanship.Inaddition, Supplier represents and warrants that the Products shall notinfringe on any patent, trademark, trade secret, or other intellectualproperty right of HTC or any third party. Supplier



宏達國際電子股份有限公司
HTC Corporation
電話: +88633753252 傳真: +88633753253

採購單編號 : 3000139791
廠別 : TW10

日期 : 2017/07/28
版本 : V 0

## Terms and Conditions of Purchase Order for HTC Corporation

further representsand warrants that its Products and its manufacturing sites shall be incompliance with all applicable laws, rules, orders, and regulations,including but not limited to RoHS, WEEE, SAR and other environmentalprotection rules. Supplier represents and warrants that all Productssupplied to HTC do not contain conflict minerals and their derivativesas defined by the United States, the European Union or other governmentor intergovernmental organization as applicable. In the event anyProduct delivered is not in conformity with any of the warranties,Supplier shall, at HTC's option and at Supplier's expense, repair orreplace the defective Products or return the purchase price plusinterest, and Supplier shall compensate HTC for all expenses or damagesincurred therefrom.

7. INDEMNITY

(a) Supplier agrees to defend (upon HTC's request therefor),indemnify and hold HTC, its affiliates, and each of their respectivedirectors, officers, employees, agents, contractors and customers ("HTCRelated Parties") harmless from and against all proceedings,governmental actions, claims, liabilities, fines, losses, damages, costsand/or expenses (including reasonable attorney's fees), whether director indirect, arising from, related to or in connection with (i) theinaccuracy, misrepresentation or breach of any representation orwarranty made by Supplier hereunder; (ii) any breach of this Agreementby Supplier; (iii) any product liability claim against HTC andattributable to the Products, or (v) the violation of any applicable lawor regulation.

(b) Supplier shall defend (upon HTC's request therefor),indemnify and hold HTC and HTC Related Parties harmless from and againstall proceedings, governmental actions, claims, liabilities, fines,losses, damages, costs and/or expenses (including reasonable attorney'sfees), whether direct or indirect, arising from or relating to a claimbrought by a third party claiming or alleging that the manufacture, use,sale, and/or distribution of the Products constitutes infringement,violation or misappropriation an intellectual property right or otherproprietary right of such third party.

8. Supplier agrees to take responsibility for any damage incurredby the loss or improper transfer of documentation or sample provided byHTC.

9. Supplier is prohibited from subcontracting or selling to othercompanies the tooling, design materials owned by HTC without HTC's priorwritten consent.

10. HTC may reschedule the shipment date or redirect the deliveryaddress of any undelivered Products multiple times without any charge orliability. HTC may cancel all or any part of the Products orderedhereunder at any timewithout any liability.

11. The terms and conditions form part of the purchase order andsupersede any oral purchase agreement previously made.

12. This Purchase Order shall be governed exclusively by thesubstantive laws of Taiwan, Republic of China, regardless if itsconflict of law doctrine. Any dispute or controversy in connection,related to or arising out of this Purchase Order shall be subject to theexclusive jurisdiction of the District of Taipei City, Taiwan, Republicof China.

13. The HTC part number suffixed as "P" or "M" is compliant with HTCHSF(Hazardous Substance Free) requirements. Supplier shall providepart/material in accordance with HTC part number and HTC HSFrequirements.