THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiffs, <br> v. <br><br> HTC CORPORATION, and HTC AMERICA, INC., <br><br> Defendants. | CASE NO.: 2:17-cv-00932-JLR <br><br> JURY TRIAL DEMANDED <br><br> **THIRD-PARTY PLAINTIFFS HTC CORPORATION AND HTC AMERICA, INC.'S MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** <br><br> **(LETTER ROGATORY)** <br><br> NOTE ON MOTION CALENDAR: <br><br> Friday, April 6, 2018 |
| HTC CORPORATION, and HTC AMERICA, INC., <br><br> Third-Party Plaintiffs, <br> v. <br><br> STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., and CYWEE MOTION GROUP LTD., <br><br> Third-Party Defendants. | |

THIRD-PARTY PLAINTIFFS HTC CORPORATION AND HTC AMERICA, INC.'S MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)
2:17-cv-00932-JLR
- 1 -
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Pursuant to Federal Rule of Civil Procedure 4(h) and 4(f)(2)(B), Third-Party Plaintiff HTC Corporation ("HTC Corp.") and HTC America, Inc. ("HTC America") (collectively, "HTC" or "Third-Party Plaintiffs") respectfully requests that this Court issue Request for International Judicial Assistance (Letter Rogatory) to the courts of Taiwan, in order to effect service of process upon Third-Party Defendant CyWee Motion Group Ltd. ("CyWee Motion").

HTC has attached to this motion a standard Request for International Judicial Assistance for CyWee Motion. HTC respectfully requests that the Court sign and affix its seal to this letter and return the letter with original signatures and seals to HTC's counsel for forwarding, along with the papers to be served and requisite certified translations, to the United States Department of State at the following address:

> ATTN: Judicial Assistance Officer
> U.S. Department of State
> Office of Legal Affairs, (CA/OCS/L)
> SA-17, 10th Floor
> 2201 C Street, NW
> Washington, DC 20522-1710

The U.S. Department of State will oversee transmission of the Requests for International Judicial Assistance to Taiwan through diplomatic channels as provided in 28 U.S.C. § 1781(a)(2), as well as its presentation to the requested court in Taiwan.

HTC has included in the proposed Request an expression by this Court of its willingness to reimburse the courts of Taiwan for costs incurred in executing these Requests, in accordance with the stated requirements of the U.S. Department of State. *See* http://travel.state.gov/law/judicial/judicial_669.html. HTC, by and through its counsel, stands ready to reimburse this Court, the U.S. Department of State, or the courts of Taiwan for any expenses incurred in connection with the execution of these Requests for International Judicial Assistance. HTC will also deposit with the Department of State a certified check payable to the American Institute in Taiwan for the Request in accordance with the schedule of fees at 22 C.F.R. § 22.1.

THIRD-PARTY PLAINTIFFS HTC CORPORATION AND HTC AMERICA, INC.'S MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)
2:17-cv-00932-JLR

- 1 -

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | Dated:  March 29, 2018 |
| 3 |   *s/ Gregory L. Watts*<br>Gregory L. Watts, WSBA #43995 |
| 4 | **WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation |
| 5 | 701 Fifth Avenue, Suite 5100<br>Seattle, WA  98104-7036 |
| 6 | Telephone: (206) 883-2500<br>Facsimile: (206) 883-2699 |
| 7 | Email: gwatts@wsgr.com |

James C. Yoon, CA Bar #177155 (*pro hac vice*)
Ryan R. Smith, CA Bar #229323(*pro hac vice*)
Albert Shih, CA Bar # 251726 (*pro hac vice*)
Jamie Y. Otto, CA Bar # 295099 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:    jyoon@wsgr.com
             rsmith@wsgr.com
             ashih@wsgr.com
             jotto@wsgr.com

Ty W. Callahan, CA Bar # 312548 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email:    tcallahan@wsgr.com

*Attorneys for Defendants*
*HTC Corporation and HTC America, Inc.*

THIRD-PARTY PLAINTIFFS HTC CORPORATION AND HTC AMERICA, INC.'S MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)
2:17-cv-00932-JLR

- 2 -

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699