THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiffs, <br> v. <br><br> HTC CORPORATION, and HTC AMERICA, INC., <br><br> Defendants. <br><br> HTC CORPORATION, and HTC AMERICA, INC., <br><br> Third-Party Plaintiffs, <br> v. <br><br> STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., and CYWEE MOTION GROUP LTD., <br><br> Third-Party Defendants. | CASE NO.: 2:17-cv-00932-JLR <br><br> **REQUEST FOR INTERNATIONAL ASSISTANCE TO EFFECT SERVICE OF PROCESS UPON CYWEE MOTION GROUP LTD.** <br><br> **(LETTER ROGATORY)** |

REQUEST FOR INTERNATIONAL ASSISTANCE
TO EFFECT SERVICE OF PROCESS UPON
CYWEE MOTION GROUP LTD.
(LETTER ROGATORY)
2:17-cv-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**TO THE APPROPRIATE JUDICIAL AUTHORITY OF TAIWAN, FOR INTERNATIONAL JUDICIAL ASSISTANCE:**

The United States District Court for the Western District of Washington at Seattle presents its compliments to the appropriate Judicial Authority in Taiwan and requests international judicial assistance to effect Service of Process upon a named defendant in the captioned civil proceeding currently pending before this Court.

Third-Party Plaintiffs HTC Corporation and HTC America, Inc. (together, "Third-Party Plaintiffs" or "HTC") have filed a Third-Party Complaint adding Third-Party Defendant CyWee Motion Group Ltd. ("CyWee Motion") in the above-captioned patent infringement action initiated by Plaintiff CyWee Group Ltd. ("Plaintiff" or "CyWee") and seeks damages for its injuries, including, but not limited to, contribution of any judgment of patent infringement or payment paid in compromise or settlement for infringement allegations made by CyWee Group Ltd.

This Court requests the assistance described herein as necessary in the interests of justice. It has been represented to this Court that Third-Party Defendant CyWee Motion Group Ltd., can presently be served at the following address:

> 114-45 Wenhu Street, 5th Floor, 12-2
> Neihu District, Taipei City, Taiwan

This Court respectfully requests that you cause one copy of the attached documents, the Summons on Third-Party Complaint and the Third-Party Complaint, with Chinese translations thereof, to be served upon Third-Party Defendant CyWee Motion Group Ltd. at the above address by leaving with a director, officer, or other entity authorized to accept the service of civil process in the manner prescribed for service of similar documents under the laws of Taiwan.

This Court further requests that, after service has been made, you cause the person who serves the documents upon CyWee Motion Group Ltd. to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

REQUEST FOR INTERNATIONAL ASSISTANCE
TO EFFECT SERVICE OF PROCESS UPON
CYWEE MOTION GROUP LTD.
(LETTER ROGATORY)
2:17-cv-00932-JLR

- 1 -

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

HTC's counsel, Wilson Sonsini Goodrich & Rosati PC, located at 650 Page Mill Road, Palo Alto, California 94304, United States, as the requesting party, is ready and willing to reimburse the Judicial Authorities of Taiwan for costs incurred in executing this request for judicial assistance.

This Court expresses its willingness to provide similar assistance to Judicial Authorities of Taiwan.

Dated this ____ day of _____, 2018.

[Court Seal]

Hon. James L. Robart
United States District Judge
United States District Court for
Western District of Washington
700 Stewart Street
Seattle, WA  98101
(206) 370-8830

Requesting Party:

WILSON SONSINI GOODRICH & ROSATI, PC

By:  *s/ Gregory L. Watts*
Gregory L. Watts, WSBA #43995
Wilson Sonsini Goodrich & Rosati
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

*Attorneys for HTC Corporation and HTC America, Inc.*

REQUEST FOR INTERNATIONAL ASSISTANCE TO EFFECT SERVICE OF PROCESS UPON CYWEE MOTION GROUP LTD.
(Letter Rogatory)
2:17-cv-00932-JLR

- 2 -

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699