THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., | CASE NO.:  2:17-cv-00932-JLR |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER GRANTING THIRD-PARTY PLAINTIFFS HTC CORPORATION AND HTC AMERICA, INC.'S MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE |
| HTC CORPORATION, and HTC AMERICA, INC., | |
| Defendants. | |
| HTC CORPORATION, and HTC AMERICA, INC., | (LETTER ROGATORY) |
| Third-Party Plaintiffs, | |
| v. | |
| STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., and CYWEE MOTION GROUP LTD., | |
| Third-Party Defendants. | |

THIS MATTER came before the Court on Third-Party Plaintiffs HTC Corporation and HTC America, Inc.'s Motion for Issuance of a Letter of Request (Letter Rogatory). (Mot. (Dkt. # 67).) This Court, having reviewed the relevant motions, pleadings, and papers on file, hereby enters the following ORDER:

[PROPOSED] ORDER GRANTING THIRD-PARTY   - 1 -
PLAINTIFFS HTC CORPORATION AND HTC
AMERICA, INC.'S MOTION FOR ISSUANCE OF
REQUEST FOR INTERNATIONAL JUDICIAL
ASSISTANCE (LETTER ROGATORY)
2:17-cv-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1       Third-Party Plaintiffs' Motion for Issuance of a Letter of Request (Letter Rogatory) is

2  GRANTED in its entirety.

3     **IT IS SO ORDERED.**

4

5  Dated this 10ᵗʰ day of _____April_____ , 2018.

6

7

8              THE HONORABLE JAMES L. ROBART
                  UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [PROPOSED] ORDER GRANTING THIRD-PARTY  - 2 -
     PLAINTIFFS HTC CORPORATION AND HTC
     AMERICA, INC.'S MOTION FOR ISSUANCE OF
     REQUEST FOR INTERNATIONAL JUDICIAL
     ASSISTANCE (LETTER ROGATORY)
     2:17-cv-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699