THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br> v. <br><br> HTC CORPORATION, and HTC AMERICA, INC., <br><br> Defendants, <br><br> HTC CORPORATION, and HTC AMERICA, INC., <br><br> Third-Party Plaintiffs, <br> v. <br><br> STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., and CYWEE MOTION GROUP LTD., <br><br> Third-Party Defendants. | CASE NO.: 2:17-cv-00932-JLR <br><br> [~~PROPOSED~~] AMENDMENT TO SCHEDULING ORDER |

[~~PROPOSED~~] AMENDMENT TO SCHEDULING ORDER
2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 FIFTH AVENUE, SUITE 5100
SEATTLE, WA 98104-7036
TEL: (206) 883-2500
FAX: (206) 883-2699

This matter comes before the Court on Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc.'s Motion to Amend the Scheduling Order (Dkt. #68) as provided in the December 14, 2017 Minute Order Setting Trial Dates and Related Dates (D.I. 42) ("Scheduling Order"). This Court, having reviewed the relevant motions, pleadings, and papers on file, hereby enters the following ORDER:

Good cause appearing, Defendants and Third-Party Plaintiffs' Motion to Amend the Scheduling Order is GRANTED in its entirety. Accordingly, the Court hereby adopts the following amended case schedule:

| Event | Date |
|---|---|
| HTC's Deadline for Service of Summons and Third-Party Complaint | October 11, 2018 |
| Joint Claim Chart and Prehearing Statement | July 27, 2018 |
| Opening Claim Construction Briefs | August 2, 2018 |
| Responsive Claim Construction Briefs | August 16, 2018 |
| *Markman* Hearing (9:00 AM) | September 21, 2018 (Subject to the Court's availability) |
| Initial Expert Reports | October 23, 2018 |
| Rebuttal Expert Reports | November 8, 2018 |
| Deadline to Amend Pleadings | November 13, 2018 |
| Deadline to Note Discovery Motions | November 16, 2018 [No later than the Friday before discovery closes] |
| Close of Discovery | November 19, 2018 |
| Deadline to File Dispositive Motions | November 20, 2018 |
| Deadline to Note Dispositive Motions | December 14, 2018 [No later than fourth Friday after filing] |

[PROPOSED] AMENDMENT TO SCHEDULING ORDER   - 1 -
2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 FIFTH AVENUE, SUITE 5100
SEATTLE, WA 98104-7036
TEL: (206) 883-2500
FAX: (206) 883-2699

| Event | Date |
|---|---|
| Deadline to hold Settlement Conference per CR 39.1(c)(2) | December 21, 2018 |
| Deadline to File Motions *in Limine* | February 22, 2019 |
| Deadline to Note Motions *in Limine* | March 8, 2019 [No later than second Friday after filing] |
| Pretrial Order | March 7, 2019 |
| Pretrial Conference (2:00 PM) | March 11, 2019 |
| Trial Briefs, Proposed *Voir Dire* Questions and Jury Instructions | March 18, 2019 |
| Trial (7-8 days) | March 25, 2019 |

Except as otherwise specified by this Order, all provisions of the December 14, 2017 Scheduling Order shall remain the same.

**IT IS SO ORDERED.**

Dated this 10th day of April, 2018.

_____
The Honorable James L. Robart
United States District Court Judge

[PROPOSED] AMENDMENT TO SCHEDULING ORDER - 2 -
2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 FIFTH AVENUE, SUITE 5100
SEATTLE, WA 98104-7036
TEL: (206) 883-2500
FAX: (206) 883-2699

*Presented by:*

**WILSON SONSINI GOODRICH & ROSATI, PC**

By: /s/ *Gregory L. Watts*
Gregory L. Watts, WSBA # 43995
Wilson Sonsini Goodrich & Rosati
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

James C. Yoon, CA Bar #177155 (*pro hac vice*)
Ryan R. Smith, CA Bar #229323(*pro hac vice*)
Albert Shih, CA Bar # 251726 (*pro hac vice*)
Jamie Y. Otto, CA Bar # 295099 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com
       rsmith@wsgr.com
       ashih@wsgr.com
       jotto@wsgr.com

Ty W. Callahan, CA Bar # 312548 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: tcallahan@wsgr.com

*Attorneys for Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc.*