THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., | CASE NO. 2:17-cv-00932-JLR |
| *Plaintiff,* | |
| HTC CORPORATION and HTC AMERICA, INC., | JURY TRIAL DEMANDED |
| *Defendants.* | |

## PLAINTIFF'S ANSWER TO DEFENDANTS' COUNTERCLAIMS

Plaintiff and Counterclaim-Defendant CyWee Group Ltd. ("CyWee") answers herein HTC Corporation and HTC America, Inc.'s (collectively "HTC") counterclaims ("Counterclaims") in HTC's Answer to Plaintiff's Second Amended Complaint for Patent Infringement (Dkt. 62) with numbered paragraphs corresponding to like-numbered paragraphs of the Counterclaims as follows. Unless expressly admitted all averments asserted by HTC in its Counterclaims are denied.

PLAINTIFF CYWEE GROUP LTD.'S ANSWER
TO DEFENDANTS' COUNTERCLAIMS
CASE NO. 2:17-cv-932-JLR– 1

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

## ANSWER TO COUNTERCLAIMS

1. CyWee admits the allegations in Paragraph 1.

2. CyWee admits the allegations in Paragraph 2.

3. CyWee admits the allegations in Paragraph 3.

4. CyWee admits the allegations in Paragraph 4.

5. CyWee admits that it is affiliated with Cywee Motion Group Ltd.

6. CyWee admits that this Court has subject matter jurisdiction over this dispute and HTC's counterclaims.

7. CyWee admits that it has submitted to personal jurisdiction of the Court for purposes of this litigation.

8. CyWee admits that venue is proper for these Counterclaims.

9. CyWee lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 9.

10. CyWee admits the allegations in Paragraph 10.

11. CyWee denies the allegations in Paragraph 11.

12. CyWee lacks information sufficient to admit or deny the allegations in Paragraph 12. HTC alleged that it uses other software or a modified version of the accused software, but CyWee has not been able to inspect HTC's source code at this time.

13. CyWee admits that six-axis and nine-axis motion sensors for wireless devices are referenced in CyWee's infringement allegations. In all other respects, CyWee denies the allegations in Paragraph 13.

14. CyWee lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14.

PLAINTIFF CYWEE GROUP LTD.'S ANSWER
TO DEFENDANTS' COUNTERCLAIMS
CASE NO. 2:17-cv-932-JLR– 2

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

15. CyWee lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15.

16. CyWee denies the allegations in Paragraph 16.

17. CyWee denies the allegations in Paragraph 17.

18. CyWee lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18.

19. CyWee lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19.

20. CyWee lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20.

21. CyWee admits to the existence of the press release as described, but otherwise denies the allegations in Paragraph 21.

22. CyWee admits the allegations in Paragraph 22.

23. CyWee lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 23.

24. CyWee denies the allegations in Paragraph 24.

25. CyWee denies the allegations in Paragraph 25.

## FIRST COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement of U.S. Patent No. 8,441,438)**

26. Paragraph 26 restates and incorporates by reference the allegations contained in Paragraphs 1-25 of the Counterclaims. In response, CyWee incorporates by reference its answers to those paragraphs.

27. CyWee denies the allegations in Paragraph 27.

28. CyWee admits the allegations in Paragraph 28.

PLAINTIFF CYWEE GROUP LTD.'S ANSWER
TO DEFENDANTS' COUNTERCLAIMS
CASE NO. 2:17-cv-932-JLR– 3

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

29. CyWee admits that HTC seeks entry of a declaratory judgment that it does not infringe any claim of the '438 Patent but denies that HTC is entitled to judgment in its favor.

## SECOND COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement of U.S. Patent No. 8,552,978)**

30. Paragraph 30 restates and incorporates by reference the allegations contained in Paragraphs 1-29 of the Counterclaims. In response, CyWee incorporates by reference its answers to those paragraphs.

31. CyWee denies the allegations in Paragraph 31.

32. CyWee admits the allegations in Paragraph 32.

33. CyWee admits that HTC seeks entry of a declaratory judgment that it does not infringe any claim of the '978 Patent but denies that HTC is entitled to judgment in its favor.

## THIRD COUNTERCLAIM

**(Declaratory Judgment of Invalidity of U.S. Patent No. 8,441,438)**

34. Paragraph 34 restates and incorporates by reference the allegations contained in Paragraphs 1-33 of the Counterclaims. In response, CyWee incorporates by reference its answers to those paragraphs.

35. CyWee denies the allegations in Paragraph 35.

36. CyWee admits the allegation in Paragraph 36.

37. CyWee denies the allegations in Paragraph 37.

## FOURTH COUNTERCLAIM

**(Declaratory Judgment of Invalidity of U.S. Patent No. 8,552,978)**

38. Paragraph 38 restates and incorporates by reference the allegations contained in Paragraphs 1-37 of the Counterclaims. In response, CyWee incorporates by reference its answers to those paragraphs.

39. CyWee denies the allegations in Paragraph 39.

PLAINTIFF CYWEE GROUP LTD.'S ANSWER
TO DEFENDANTS' COUNTERCLAIMS
CASE NO. 2:17-cv-932-JLR– 4

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

40. CyWee admits the allegations in Paragraph 40.

41. CyWee denies the allegation in Paragraph 41.

## HTC'S PRAYER FOR RELIEF

CyWee denies that HTC is entitled to judgment in its favor or to any of the relief it requested. CyWee further denies each and every allegation of the Counterclaims to which CyWee has not specifically admitted, denied, or otherwise responded herein.

PLAINTIFF CYWEE GROUP LTD.'S ANSWER
TO DEFENDANTS' COUNTERCLAIMS
CASE NO. 2:17-CV-932-JLR– 5

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

| | | |
|---|---|---|
| 1 | Dated this 13th day of April, 2018. | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Carmen E. Bremer |
| | | Carmen E. Bremer, WSBA 47,565 |
| 4 | | carmen.bremer@bremerlawgroup.com |
| | | **BREMER LAW GROUP PLLC** |
| 5 | | 1700 Seventh Avenue, Suite 2100 |
| | | Seattle, WA 98101 |
| 6 | | T: (206) 357-8442 |
| 7 | | F: (206) 858-9730 |
| 8 | | David A. Lowe, WSBA 24,453 |
| | | Lowe@LoweGrahamJones.com |
| 9 | | Tim J. Billick, WSBA No. 46,690 |
| | | Billick@LoweGrahamJones.com |
| 10 | | **LOWE GRAHAM JONES PLLC** |
| 11 | | 701 Fifth Avenue, Suite 4800 |
| | | Seattle, WA 98104 |
| 12 | | T: (206) 381-3300 |
| | | F: (206) 381-3301 |
| 13 | | |
| 14 | | Michael W. Shore* (mshore@shorechan.com) |
| | | Alfonso G. Chan* (achan@shorechan.com) |
| 15 | | Christopher Evans* (cevans@shorechan.com) |
| | | Ari B. Rafilson* (arafilson@shorechan.com) |
| 16 | | Paul T. Beeler* (pbeeler@shorechan.com) |
| 17 | | **SHORE CHAN DEPUMPO LLP** |
| | | 901 Main Street, Suite 3300 |
| 18 | | Dallas, Texas 75202 |
| | | T: (214) 593-9110 |
| 19 | | F: (214) 593-9111 |
| 20 | | * Admitted pro hac vice |
| 21 | | *Attorneys for Plaintiff CyWee Group Ltd.* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

PLAINTIFF CYWEE GROUP LTD.'S ANSWER
TO DEFENDANTS' COUNTERCLAIMS
CASE NO. 2:17-CV-932-JLR– 6

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2018, I presented PLAINTIFF CYWEE GROUP, LTD.'S ANSWER TO COUNTERCLAIMS to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: April 13, 2018   /s/ *Carmen E. Bremer*
Carmen E. Bremer

PLAINTIFF CYWEE GROUP LTD.'S ANSWER
TO DEFENDANTS' COUNTERCLAIMS
CASE NO. 2:17-CV-932-JLR– 7

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110