UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br> v. <br><br> HTC CORPORATION, et al., <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> STMICROELECTRONICS N.V., et al., <br><br> Third-Party Defendants. | CASE NO. C17-0932JLR <br><br> ORDER AFFIRMING AMENDMENT TO SCHEDULING ORDER |

Before the court are Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc.'s (collectively, "HTC") motion to amend the scheduling order. (Mot. (Dkt. # 68).) Plaintiff CyWee Group Ltd. ("CyWee") opposes the motion. (Resp. (Dkt. # 74).) The court has reviewed both parties' pleadings, the relevant portions of the

ORDER - 1

record, and the applicable law. Being fully advised, the court GRANTS HTC's motion to amend and REAFFIRMS the amended scheduling order entered on April 10, 2018. (*See* Am. Sched. Order (Dkt. # 73).)

The Federal Rules of Civil Procedure provide that a schedule may be modified only for good cause and with the court's consent. Fed. R. Civ. P. 16(b)(4). Here, HTC has established good cause, namely that it will be unable to effectuate service on third-party defendants located overseas until several of the previously set deadlines have passed. (Mot. at 1-3.) Although CyWee contends that HTC has not been diligent (*see* Resp. at 3-5), the court does not find that HTC has been careless in bringing its third-party claims or in attempting to serve the international parties. Because the court finds that HTC cannot reasonably meet the previous pretrial schedule despite its diligence, the court finds good cause to modify the scheduling order. The court, therefore, GRANTS HTC's request to amend the scheduling order (Dkt. # 68). The new deadlines, as proposed by HTC, can be found at docket entry # 73.

Dated this 19th day of April, 2018.

JAMES L. ROBART
United States District Judge