THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HTC CORPORATION, and HTC AMERICA, INC., <br><br> Defendants. | Case No.: 2:17-cv-00932-JLR <br><br> **ORDER GRANTING THIRD-PARTY DEFENDANT STMICROELECTRONICS, INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** <br><br> [~~PROPOSED~~] <br><br> NOTE ON MOTION CALENDAR: APRIL 20, 2018 |
| HTC CORPORATION, and HTC AMERICA, INC., <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., and CYWEE MOTION GROUP LTD., <br><br> Third-Party Defendants. | |

[~~PROPOSED~~] ORDER GRANTING
STMICROELECTRONICS INC'S MOTION TO DISMISS
CASE NO.: 2:17-CV-00932-JLR

Shearman & Sterling LLP
1460 El Camino Real
Menlo Park, CA 94025
Tel: 650-838-3737

This matter CAME BEFORE THE Court on third-party defendant STMicroelectronics, Inc.'s ("ST Inc.") Motion to Dismiss Pursuant to Rule 12(b)(6). [*Defendants and Third-Party Plaintiffs do not oppose the motion. (Resp. (Dkt # 77).)*] Having considered the motion, the arguments in support thereof, and the pleadings and files on record herein, the Court hereby ORDERS that ST Inc.'s Motion to Dismiss is GRANTED. Third-party plaintiffs HTC Corporation's and HTC America, Inc.'s claims against ST Inc. are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated this 23rd day of April, 2018.

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Brian G. Bodine
Brian G. Bodine, WSBA No. 22414
Lane Powell PC
1420 Fifth Avenue
Suite 4200
Seattle, WA 98111-9402
Tel.: (206) 223-7000
Fax: (206) 223-7107
Email: BodineB@LanePowell.com

s/ Matt Berkowitz
Matt Berkowitz, CA Bar No. 310426
*(pro hac vice)*
Shearman & Sterling LLP
1460 El Camino Real
2nd Floor
Menlo Park, CA 94025
Tel.: (650) 838-3737
Fax: (650) 644-0318
Email: matt.berkowitz@shearman.com

*Attorneys for Defendant STMicroelectronics, Inc.*

[PROPOSED] ORDER GRANTING
STMICROELECTRONICS INC'S MOTION TO DISMISS
CASE NO.: 2:17-CV-00932-JLR
- 1 -
Shearman & Sterling LLP
1460 El Camino Real
Menlo Park, CA 94025
Tel: 650-838-3737

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and served all parties via ECF.

Dated: March 26, 2018

                                        s/ Matt Berkowitz
                                        Matt Berkowitz

[PROPOSED] ORDER GRANTING
STMICROELECTRONICS INC'S MOTION TO DISMISS
CASE NO.: 2:17-CV-00932-JLR — - 2 -

Shearman & Sterling LLP
1460 El Camino Real
Menlo Park, CA 94025
Tel: 650-838-3737