THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYWEE GROUP LTD.,

Plaintiffs,

v.

HTC CORPORATION; and HTC AMERICA, INC.,

Defendants.

CASE NO.: 2:17-cv-00932-JLR

**ORDER GRANTING HTC'S MOTION TO FILE UNDER SEAL**

~~[PROPOSED]~~

**NOTE ON MOTION CALENDAR: May 25, 2018**

Having considered Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc.'s (together, "HTC" or "Defendants") Motion to File Documents Under Seal, and all other papers filed in support of the Motion, the Court finds that good cause exists to file the requested materials under seal.

IT IS HEREBY ORDERED THAT that HTC's Motion to File Documents Under Seal is GRANTED. Accordingly, the materials listed below shall be filed under seal as follows:

| Document | Page: Line |
|---|---|
| Exhibit A to the Yoon Declaration in Support of HTC's Motion for Leave to File First Amended Complaint (Copy of Proposed First Amended Complaint) | 5:13-15; 5:18; 5:19-20; 5:21; 5:22-25; 6:4-5; and 6:6-8. |
| Exhibit B to the Yoon Declaration in Support of HTC's Motion for Leave to File First Amended Complaint (Redline Copy of Proposed First Amended Complaint) | 6:5-7; 6:10; 6:11-12; 6:13; 6:14-17; 6:21-22; and 6:23-25. |

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

| Document | Page: Line |
|---|---|
| Exhibit C to the Yoon Declaration in Support of HTC's Motion for Leave to File First Amended Complaint | Entire Document |
| Exhibit D to the Yoon Declaration in Support of HTC's Motion for Leave to File First Amended Complaint | Entire Document |
| Exhibit E to the Yoon Declaration in Support of HTC's Motion for Leave to File First Amended Complaint | Entire Document |

**IT IS SO ORDERED.**

Dated this 25th day of May, 2018.

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

*Presented by:*

By: *s/ Gregory L. Watts*
Gregory L. Watts, WSBA # 43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

By: *s/ James C. Yoon*
James C. Yoon, CA Bar #177155 (*pro hac vice*)
Ryan R. Smith, CA Bar #229323(*pro hac vice*)
Albert Shih, CA Bar # 251726 (*pro hac vice*)
Jamie Y. Otto, CA Bar # 295099 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com
rsmith@wsgr.com
ashih@wsgr.com
jotto@wsgr.com

~~[PROPOSED]~~ ORDER GRANTING HTC'S MOTION TO FILE UNDER SEAL
CASE NO. 2:17-CV-00932-JLR

2

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Ty W. Callahan, CA Bar # 312548 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: tcallahan@wsgr.com

*Attorneys for Defendants and Third-Party Plaintiffs*
*HTC Corporation and HTC America, Inc.*

~~[PROPOSED]~~ **ORDER GRANTING HTC'S MOTION TO FILE UNDER SEAL**
CASE NO. 2:17-CV-00932-JLR

3

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699