THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD.,<br><br>　　　　Plaintiff,<br>　　v.<br>HTC CORPORATION, and HTC AMERICA, INC.,<br><br>　　　　Defendants.<br><br>---<br><br>HTC CORPORATION, and HTC AMERICA, INC.,<br><br>　　　　Third-Party Plaintiffs,<br>　　v.<br>STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., and CYWEE MOTION GROUP LTD.,<br><br>　　　　Third-Party Defendants. | CASE NO.: 2:17-cv-00932-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST STMICROELECTRONICS N.V., STMICROELECTRONICS, INC., AND STMICROELECTRONICS ASIA PACIFIC PTE. LTD. WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR:<br>May 31, 2018 |

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

HTC Corporation and HTC America, Inc. (collectively, "HTC") and STMicroelectronics, Inc. ("ST Inc.") hereby stipulate:

WHEREAS, on January 11, 2018, HTC filed a Third-Party Complaint (Dkt. # 43) against STMicroelectronics N.V. ("ST N.V.") and ST Inc. for (1) Indemnity, (2) Breach of Warranty, and (3) Contribution;

WHEREAS, on March 26, 2018, ST Inc. filed a Motion to Dismiss Pursuant to Rule 12(b)(6) (Dkt. # 64);

WHEREAS, on April 23, 2018, in light of HTC's Statement of Non-Opposition (Dkt. # 77), this Court granted ST Inc.'s Motion to Dismiss Pursuant to 12(b)(6) and dismissed all claims against ST Inc. with prejudice (Dkt. # 79);

WHEREAS, on May 15, 2018, HTC filed its pending Motion for Leave to File First Amended Third-Party Complaint (Dkt. # 87), whereby the proposed First Amended Third-Party Complaint (Dkt. # 88-1) replaces ST Inc. with STMicroelectronics Asia Pacific Ltd. ("ST Asia") (collectively, with ST Inc. and ST N.V., "ST Entities");

WHEREAS, on May 23, 2018, ST Inc. filed its pending Motion for Sanctions Pursuant to RCW 4.84.185 (Dkt. #90); and

WHEREAS, HTC and the ST Entities have resolved their differences regarding this litigation;

NOW THEREFORE, HTC and ST Inc. stipulate and agree, subject to the Court's approval, as follows:

1. All claims against ST N.V., ST Inc., and ST Asia asserted by HTC in the Third-Party Complaint (Dkt. # 43) and proposed First Amended Third-Party Complaint (Dkt. #88-1) are dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c).

2. HTC's Motion for Leave to File First Amended Third-Party Complaint (Dkt. # 87) is withdrawn.

3. ST Inc.'s Motion for Sanctions Pursuant to RCW 4.84.185 (Dkt. #90) is withdrawn.

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
2:17-cv-00932-JLR

2

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1    4.    Each party shall bear its own fees and costs.

Respectfully submitted,

Dated: May 31, 2018    WILSON SONSINI GOODRICH & ROSATI

By: *s/ Gregory L. Watts*
Gregory L. Watts, WSBA # 43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

James C. Yoon, CA Bar #177155 (*pro hac vice*)
Ryan R. Smith, CA Bar #229323 (*pro hac vice*)
Albert Shih, CA Bar # 251726 (*pro hac vice*)
Jamie Y. Otto, CA Bar # 295099 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com, rsmith@wsgr.com
       ashih@wsgr.com, jotto@wsgr.com

Ty W. Callahan, CA Bar # 312548 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: tcallahan@wsgr.com

*Attorneys for Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc.*

Dated: May 31, 2018    s/ Brian G. Bodine
Brian G. Bodine, WSBA #22414
**LANE POWELL PC**
1420 Fifth Avenue
Suite 4200
Seattle, WA 98101-2375
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
Email: bodineb@lanepowell.com

---

**STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
2:17-cv-00932-JLR

3

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

s/ Matt Berkowitz
Matt Berkowitz, CA Bar No. 310426
(pro hac vice)
Shearman & Sterling LLP
1460 El Camino Real
2nd Floor
Menlo Park, CA 94025
Tel.: (650) 838-3737
Fax: (650) 644-0318
Email: matt.berkowitz@shearman.com

*Attorney for Third-Party Defendant
STMicroelectronics, Inc.*

**STIPULATED MOTION AND [PROPOSED]**
**ORDER OF DISMISSAL WITH PREJUDICE**
2:17-cv-00932-JLR

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and served all parties via ECF.

Dated: May 31. 2018

                                                *s/Gregory L. Watts*
                                                Gregory L. Watts

STIPULATED MOTION AND [~~PROPOSED~~]
ORDER OF DISMISSAL WITH PREJUDICE
2:17-cv-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

# [~~PROPOSED~~] ORDER

The Court, having considered the Stipulated Motion for Dismissal with Prejudice submitted by HTC Corporation and HTC America, Inc. (collectively, "HTC") and STMicroelectronics, Inc. ("ST Inc."), hereby ORDERS that the parties' Stipulated Motion for Dismissal is GRANTED as follows:

1. All claims against STMicroelectronics N.V., ST Inc., and STMicroelectronics Asia Pacific Pte. Ltd. asserted by HTC in the Third-Party Complaint (Dkt. # 43) and proposed First Amended Third-Party Complaint (Dkt. # 88-1) are DISMISSED WITH PREJUDICE.

2. HTC's Motion for Leave to File First Amended Third-Party Complaint (Dkt. # 87) is WITHDRAWN.

3. ST Inc.'s Motion for Sanctions Pursuant to RCW 4.84.185 (Dkt. # 90) is WITHDRAWN.

4. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated this 1st day of June, 2018.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI PC
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

*Attorneys for Defendants*
*HTC Corporation and HTC America, Inc.*

Brian G. Bodine, WSBA #22414
**LANE POWELL PC**
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2375
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
Email: bodineb@lanepowell.com

*Attorney for Third-Party Defendant STMicroelectronics, Inc.*

**STIPULATED MOTION AND [~~PROPOSED~~]**
**ORDER OF DISMISSAL WITH PREJUDICE**
2:17-cv-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699