# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., | CASE NO. C17-0932JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HTC CORPORATION, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the parties' stipulation to amend the remaining dates in the current scheduling order. (Stip. (Dkt. # 97).) The court GRANTS the parties' request and thus VACATES the current schedule. (*See* Am. Sched. Order (Dkt. # 73).)

//

//

//

However, the court declines to adopt the dates proposed by the parties in their stipulation. (*See* Stip.) Accordingly, the court will issue a second amended case schedule.

Filed and entered this 17th day of July, 2018.

                              WILLIAM M. MCCOOL
                              Clerk of Court

                              s/ Ashleigh Drecktrah
                              Deputy Clerk