THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br> v. <br> HTC CORPORATION, and HTC AMERICA, INC., <br><br> Defendants. | CASE NO.: 2:17-cv-00932-JLR <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND SCHEDULING ORDER <br><br> NOTE ON MOTION CALENDAR: AUGUST 7, 2018 |
| HTC CORPORATION, and HTC AMERICA, INC., <br><br> Third-Party Plaintiffs, <br> v. <br> CYWEE MOTION GROUP LTD., <br><br> Third-Party Defendant. | JURY TRIAL DEMANDED |

5STIPULATION AND [~~PROPOSED~~] ORDER TO
AMEND SCHEDULING ORDER
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

      Plaintiff and Defendants, through their respective undersigned counsel, hereby stipulate and agree as follows:

      1.    The Court entered a Minute Order Setting Trial Dates and Related Dates on December 14, 2017 (Doc. No. 42). The Court entered an order amending its December 14, 2017 scheduling order on April 10, 2018 (Doc. No. 73) and an order affirming its amendments to the scheduling order on April 19, 2018 (Doc. No. 78). The Court further entered an order amending the schedule on July 18, 2018 (Doc. No. 99).

      2.    Since the previous Stipulation and Proposed Order to Amend Scheduling Order, Third-Party Defendant CyWee Motion Group Ltd ("CyWee Motion") accepted service of the Third-Party Complaint on Monday, August 6, 2018. CyWee Motion is expected to answer or otherwise respond to the Third-Party Complaint by August 27, 2018. Thereafter, the parties expect to conduct discovery, including inspection of CyWee Motion's source code.

      3.    Once the parties inspect the CyWee Motion source code, they expect to amend their infringement contentions and non-infringement contentions, which were served on December 29, 2017, and January 29, 2018, respectively. Accordingly, Plaintiff and Defendants have agreed to revise the remaining pretrial deadlines in this case to accommodate the new party and new discovery in this case.

      4.    Plaintiff and Defendants therefore request that the Court enter a further amendment to its Scheduling Order containing the following revised deadlines:

STIPULATION AND [PROPOSED] ORDER TO
AMEND SCHEDULING ORDER
2:17-cv-00932-JLR

1

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

| Event | Current Deadline | First Proposal | |
|---|---|---|---|
| Amended Infringement Contentions | --- | ~~November 12, 2018~~ | Nov. 5, 2018 |
| Amended Non-Infringement Contentions | --- | ~~December 3, 2018~~ | Nov. 26, 2018 |
| Amended Invalidity Contentions for Any New Claims | --- | ~~December 17, 2018~~ | Dec. 10, 2018 |
| Joint Claim Chart and Prehearing Statement | August 10, 2018 | ~~January 12, 2019~~ | Jan. 4, 2019 |
| Opening Claim Construction Briefs | August 28, 2018 | ~~February 7, 2019~~ | Jan. 31, 2019 |
| Responsive Claim Construction Briefs | September 25, 2018 | ~~March 7, 2019~~ | Feb. 28, 2019 |
| *Markman* Hearing (9:00 AM) | November 8, 2018 | ~~April 4, 2019~~ (Subject to the Court's availability) | March 29, 2019 at 9:00 am |
| Deadline for Amended Pleadings | February 11, 2019 | May 9, 2019 | |
| Initial Expert Reports | March 22, 2019 | May 21, 2019 | |
| Rebuttal Expert Reports | April 19, 2019 | June 6, 2019 | |
| Close of Discovery | May 10, 2019 | June 18, 2019 | |
| Deadline to File Dispositive Motions | June 18, 2019 | July 2, 2019 | |
| Deadline to hold Settlement Conference per LCR 39.1(c)(2) | July 19, 2019 | No Change | |
| Deadline to File Motions *in Limine* | September 20, 2019 | No Change | |
| Pretrial Order | October 3, 2019 | No Change | |
| Pretrial Conference (2:00 PM) | October 7, 2019 | No Change | |
| Trial Briefs, Proposed Voir Dire Questions and Jury Instructions | October 15, 2019 | No Change | |
| Trial (7-8 days) | October 21, 2019 | No Change | |

STIPULATION AND [~~PROPOSED~~] ORDER TO
AMEND SCHEDULING ORDER
2:17-cv-00932-JLR

2

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3  Dated: August 7, 2018                     WILSON SONSINI GOODRICH & ROSATI

4                                            By:  /s/ Gregory L. Watts
                                             Gregory L. Watts, WSBA #43995
5                                            **WILSON SONSINI GOODRICH & ROSATI**
                                             Professional Corporation
6                                            701 Fifth Avenue, Suite 5100
                                             Seattle, WA 98104-7036
7                                            Telephone: (206) 883-2500
                                             Facsimile: (206) 883-2699
8                                            Email: gwatts@wsgr.com

9
                                             James C. Yoon, CA Bar #177155 (*pro hac vice*)
10                                           Ryan R. Smith, CA Bar #229323 (*pro hac vice*)
                                             Albert Shih, CA Bar #251726 (*pro hac vice*)
11                                           Jamie Y. Otto, CA Bar #295099 (*pro hac vice*)
12                                           **WILSON SONSINI GOODRICH & ROSATI**
                                             Professional Corporation
13                                           650 Page Mill Road
                                             Palo Alto, CA 94304-1050
14                                           Telephone: (650) 493-9300
                                             Facsimile: (650) 565-5100
15                                           Email: jyoon@wsgr.com
                                                    rsmith@wsgr.com
16                                                  ashih@wsgr.com
                                                    jotto@wsgr.com
17

18
                                             Ty W. Callahan, CA Bar # 312548 (*pro hac vice*)
19                                           **WILSON SONSINI GOODRICH & ROSATI**
                                             Professional Corporation
20                                           633 West Fifth Street, Suite 1550
                                             Los Angeles, CA 90071-2027
21                                           Telephone: (323) 210-2900
                                             Facsimile: (866) 974-7329
22                                           Email: tcallahan@wsgr.com

23
                                             *Attorneys for Defendants*
24                                           *HTC Corporation and HTC America, Inc.*

25

26

27

DATED: August 7, 2018

/s/ Carmen E. Bremer
Carmen E. Bremer, WSBA 47,565
carmen.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 357-8442
F: (206) 858-9730

Michael W. Shore* (mshore@shorechan.com)
Alfonso G. Chan* (achan@shorechan.com)
Christopher Evans* (cevans@shorechan.com)
Ari B. Rafilson* (arafilson@shorechan.com)
William D. Ellerman (wellerman@shorechan.com)
Paul T. Beeler* (pbeeler@shorechan.com)
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
T: (214) 593-9110
F: (214) 593-9111

* Admitted pro hac vice

*Attorneys for Plaintiff CyWee Group Ltd.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7th Day of August, 2018

_____
JAMES L. ROBART
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO
AMEND SCHEDULING ORDER
2:17-cv-00932-JLR

4

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and served all parties via ECF.

Dated: August 7, 2018

*s/ Gregory L. Watts*
Gregory L. Watts

5STIPULATION AND [PROPOSED] ORDER TO
AMEND SCHEDULING ORDER
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699