THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> HTC CORPORATION and HTC AMERICA, INC., <br><br> *Defendants.* | CASE NO. 2:17-cv-00932-JLR <br><br><br> JURY TRIAL DEMANDED |
| HTC CORPORATION and HTC AMERICA, INC. <br><br> *Third-Party Plaintiffs,* <br> v. <br><br> CYWEE MOTION GROUP LTD., <br><br> *Third-Party Defendant* | **ORDER GRANTING MOTION TO FILE UNDER SEAL** <br><br> [PROPOSED] |

Having considered Third-Party Defendant CyWee Motion Group Ltd.'s ("CyWee") Motion to File Under Seal, and all other papers filed in support of the Motion, the Court finds that good cause exists to file the requested materials under seal.

IT IS HEREBY ORDERED that CyWee's Motion to File Under Seal is GRANTED. Accordingly, <u>Exhibit A</u> to the Declaration of Michael Shore in support CyWee's Motion for Summary Judgment shall be filed under seal.

[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL
CASE NO. 2:17-CV-932-JLR

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

**IT IS SO ORDERED.**

Dated this 21ST day of Dec., 2018.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL
CASE NO. 2:17-CV-932-JLR

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110