THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

# SEATTLE DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., <br><br>*Plaintiff,*<br><br>v.<br><br>HTC CORPORATION and<br>HTC AMERICA, INC.,<br><br>*Defendants.*<br><br>HTC CORPORATION and<br>HTC AMERICA, INC.<br><br>*Third-Party Plaintiffs,*<br><br>v.<br><br>CYWEE MOTION GROUP LTD.,<br><br>*Third-Party Defendant.* | CASE NO. 2:17-cv-00932-JLR<br><br>JURY TRIAL DEMANDED<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**<br><br>NOTE ON MOTION CALENDAR:<br>DECEMBER 27, 2018 |

STIPULATED MOTION FOR EXTENSION OF TIME.
CASE NO. 2:17-CV-932-JLR– 1

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

Third-Party Defendant CyWee Motion Group Ltd. ("CyWee Motion") and Third-Party Plaintiffs HTC Corporation and HTC America, Inc. (collectively "HTC") respectfully submit the following Stipulated Motion for Extension of Time, and in support thereof, state as follows:

1. On November 28, 2018, CyWee Motion filed a Motion for Summary Judgment.

2. Pursuant to LCR 7(d)(3), HTC filed a Response in Opposition on December 24, 2018 and CyWee Motion's Reply Brief is currently on December 28, 2018.

3. On December 27, 2018, counsel for the parties conferred and agreed to a one-week of extension of CyWee Motion's deadline to file a Reply Brief in support of its Summary Judgment Motion. CyWee Motion requests the extension due to the fact that HTC's Response in Opposition was filed the day before the Christmas holiday, and counsel for CyWee Motion are traveling and/or on vacation due to the holidays and do not have sufficient time this week to prepare a Reply in advance of the current December 28 deadline. CyWee Motion requests that the deadline be extended an extra week due to counsel's unavailability for these reasons and because of the upcoming January 1, 2019 holiday.

4. Counsel for the parties called the Court's chambers to request the relief sought herein pursuant to LCR 7(i). The parties spoke with a clerk who advised that Your Honor and the clerk assigned to this case will not be in chambers today or tomorrow. The clerk further advised filing a motion requesting the extension sought herein.

5. This Motion is made for good cause and not for purposes of undue delay.

6. Accordingly, CyWee Motion respectfully requests that the Court grant the Motion and order that the deadline for CyWee Motion's Reply be extended to January 4, 2019.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

STIPULATED MOTION FOR EXTENSION OF TIME.
CASE NO. 2:17-CV-932-JLR– 2

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

| | |
|---|---|
| Dated this 27th day of December, 2018. | Respectfully submitted,<br>/s/Carmen E. Bremer<br>Carmen E. Bremer, WSBA 47,565<br>carmen.bremer@bremerlawgroup.com<br>BREMER LAW GROUP PLLC<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br>T: (206) 357-8442<br>F: (206) 858-9730<br><br>Michael W. Shore* (mshore@shorechan.com)<br>Alfonso G. Chan* (achan@shorechan.com)<br>Christopher Evans* (cevans@shorechan.com)<br>Ari B. Rafilson* (arafilson@shorechan.com)<br>William D. Ellerman (wellerman@shorechan.com)<br>Paul T. Beeler* (pbeeler@shorechan.com)<br>SHORE CHAN DEPUMPO LLP<br>901 Main Street, Suite 3300<br>Dallas, Texas 75202<br>T: (214) 593-9110<br>F: (214) 593-9111<br><br>* Admitted *pro hac vice*<br><br>*Attorneys for Third-Party Defendant CyWee Motion Group Ltd.* |

STIPULATED MOTION FOR EXTENSION OF TIME.
CASE NO. 2:17-CV-932-JLR– 3

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

DATED: December 27, 2018

WILSON SONSINI GOODRICH & ROSATI

By: *s/ Gregory L. Watts*
Gregory L. Watts, WSBA # 43995
**WILSON SONSINI GOODRICH &ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

James C. Yoon, CA Bar #177155 (*pro hac vice*)
Ryan R. Smith, CA Bar #229323(*pro hac vice*)
Albert Shih, CA Bar # 251726 (*pro hac vice*)
Jamie Y. Otto, CA Bar # 295099 (*pro hac vice*)
**WILSON SONSINI GOODRICH &ROSATI**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com, rsmith@wsgr.com
ashih@wsgr.com, jotto@wsgr.com

Ty W. Callahan, CA Bar # 312548 (*pro hac vice*)
**WILSON SONSINI GOODRICH &ROSATI**
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: tcallahan@wsgr.com

*Attorneys for Defendants and Third-Party Plaintiffs
HTC Corporation and HTC America, Inc.*

STIPULATED MOTION FOR EXTENSION OF TIME.
CASE NO. 2:17-CV-932-JLR– 4

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: December 27, 2018

/s/ *Carmen E. Bremer*
Carmen E. Bremer

STIPULATED MOTION FOR EXTENSION OF TIME.
CASE NO. 2:17-CV-932-JLR– 5

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: December 27, 2018

_____
The Honorable James L. Robart United States District Court Judge

STIPULATED MOTION FOR EXTENSION OF TIME.
CASE NO. 2:17-CV-932-JLR– 6

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110