THE HONORABLE JAMES L. ROBART

1
2
3
4
5

6                   UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
7                            AT SEATTLE

8

9   CYWEE GROUP LTD.,                          CASE NO.: 2:17-cv-00932-JLR

10                 Plaintiff,                   [PROPOSED] ORDER GRANTING
            v.                                  HTC'S MOTION TO FILE
11                                              UNDER SEAL
    HTC CORPORATION; and HTC AMERICA,
12  INC.,                                       NOTE ON MOTION CALENDAR:
                                                January 11, 2019
13                 Defendants.
                                                JURY TRIAL DEMANDED
14
   ─────────────────────────────────
15  HTC CORPORATION, and HTC AMERICA,
16  INC.,

17                 Third-Party Plaintiffs,
            v.
18
    CYWEE MOTION GROUP LTD.,
19
                   Third-Party Defendant.
20

21        Having considered Defendants and Third-Party Plaintiffs HTC Corporation and HTC

22  America, Inc.'s (together, "HTC" or "Defendants") Motion to File Under Seal, and all other

23  papers filed in support of the Motion, the Court finds that good cause exists to file the requested

24  materials under seal.
                                                        (Dkt. # 111)
25        IT IS HEREBY ORDERED that HTC's Motion to File Under Seal is GRANTED.

26  Accordingly, the materials listed below shall be filed under seal as follows:

27

1.  An unredacted version of HTC's Opposition to CyWee Motion's Motion for
    Summary Judgment ("HTC's Opposition");   DKT # 113

2.  Exhibit 2 to the Declaration of James C. Yoon (the "Yoon Declaration") in
    Support of HTC's Opposition;

3.  Exhibit 3 to the Yoon Declaration in Support of HTC's Opposition;

4.  Exhibit 4 to the Yoon Declaration in Support of HTC's Opposition;

5.  Exhibit 5 to the Yoon Declaration in Support of HTC's Opposition;

6.  Exhibit 6 to the Yoon Declaration in Support of HTC's Opposition;

7.  Exhibit 7 to the Yoon Declaration in Support of HTC's Opposition;

8.  Exhibit 8 to the Yoon Declaration in Support of HTC's Opposition;   DKT #113 -3
    Exhibits 2-13

9.  Exhibit 9 to the Yoon Declaration in Support of HTC's Opposition;

10. Exhibit 10 to the Yoon Declaration in Support of HTC's Opposition;

11. Exhibit 11 to the Yoon Declaration in Support of HTC's Opposition;

12. Exhibit 12 to the Yoon Declaration in Support of HTC's Opposition;

13. Exhibit 13 to the Yoon Declaration in Support of HTC's Opposition;

14. Exhibit 16 to the Yoon Declaration in Support of HTC's Opposition;   DKT #113-4
    Exh. 16 & 17

15. Exhibit 17 to the Yoon Declaration in Support of HTC's Opposition;

16. Declaration of Mellow Pan in Support of HTC's Opposition; and   DKT #113-1

17. Declaration of Owais Siddiqui in Support of HTC's Opposition.   DKT #113-2

**IT IS SO ORDERED.**

Dated this 2ND day of  JAN. , 2019.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
HTC'S MOTION TO FILE UNDER SEAL
CASE NO. 2:17-CV-00932-JLR

2

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1  *Presented by:*

2  By:  */s/ Gregory L. Watts*
Gregory L. Watts, WSBA # 43995
3  **WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
4  701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
5  Telephone: (206) 883-2500
Facsimile:  (206) 883-2699
6  Email: gwatts@wsgr.com

7  James C. Yoon, CA Bar #177155 (*pro hac vice*)
Ryan R. Smith, CA Bar #229323(*pro hac vice*)
8  Albert Shih, CA Bar # 251726 (*pro hac vice*)
Jamie Y. Otto, CA Bar # 295099 (*pro hac vice*)
9  **WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
10  650 Page Mill Road
Palo Alto, CA 94304-1050
11  Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
12  Email: jyoon@wsgr.com
       rsmith@wsgr.com
13        ashih@wsgr.com
       jotto@wsgr.com
14
Ty W. Callahan, CA Bar # 312548 (*pro hac vice*)
15  **WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
16  633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
17  Telephone: (323) 210-2900
Facsimile:  (866) 974-7329
18  Email:  tcallahan@wsgr.com

19  *Attorneys for Defendants and Third-Party Plaintiffs*
*HTC Corporation and HTC America, Inc.*

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING
HTC'S MOTION TO FILE UNDER SEAL
CASE NO. 2:17-CV-00932-JLR

3

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699