UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, et al., <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> CYWEE MOTION GROUP LTD., <br><br> Third-Party Defendant. | CASE NO. C17-0932JLR <br><br> ORDER |

The court is in receipt of the parties' stipulated motion for an extension of time to submit responsive claim construction briefs. (Stip. Mot. (Dkt. # 121).) The court GRANTS the parties' request to extend the deadline to submit responsive claim construction briefs to March 15, 2019. The court further RESCHEDULES the *Markman* hearing to April 19, 2019, at 9:00 a.m. The post-*Markman* deadlines set forth in the

ORDER - 1

court's August 7, 2018, amended scheduling order remain unchanged. (*See* Am. Sched. Order (Dkt. # 101).)

Dated this 8th day of February, 2019.

The Honorable James L. Robart
U.S. District Court Judge