UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD.,<br><br>                  Plaintiff,<br>    v.<br><br>HTC CORPORATION, et al.,<br><br>    Defendants/Third-Party Plaintiffs,<br>    v.<br><br>CYWEE MOTION GROUP LTD.,<br><br>    Third-Party Defendant. | CASE NO. C17-0932JLR<br><br>ORDER ON STIPULATED MOTION |

The court is in receipt of the parties' stipulated motion to postpone claim construction dates. (Stip. Mot. (Dkt. # 124).) The parties represent that they have "agreed to postpone . . . the remaining claim construction deadlines" in view of Plaintiff CyWee Group Ltd. and Third-Party Defendant CyWee Motion Group Ltd.'s motion for a partial stay pending *inter partes* review proceedings and Defendant/Third-Party Plaintiffs

HTC Corporation and HTC America, Inc.'s "expected opposition and cross-motion for a complete stay." (*Id.* at 1; *see also* Mot. for Stay (Dkt. # 123).) The court GRANTS the stipulated motion, VACATES the deadline to submit responsive claim construction briefs, and STRIKES the *Markman* hearing, currently scheduled for April 19, 2019. The court will reset the remaining claim construction deadlines, if necessary, after ruling on the motion for a partial stay pending *inter partes* review proceedings. (*See* Mot. for Stay.)

Dated this 6th day of March, 2019.

The Honorable James L. Robart
U.S. District Court Judge