THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

### SEATTLE DIVISION

1

2

3

4

5

6

7   CYWEE GROUP LTD.,

8          *Plaintiff,*

9

     v.

10

11   HTC CORPORATION and
     HTC AMERICA, INC.,

12

          *Defendants.*

13

14   HTC CORPORATION and
     HTC AMERICA, INC.

15
          *Third-Party Plaintiffs,*

16   v.

17   CYWEE MOTION GROUP LTD.,

18          *Third-Party Defendant.*

19

20

21

22

23

24

25

26

CASE NO. 2:17-cv-00932-JLR

JURY TRIAL DEMANDED

STIPULATION AND [~~PROPOSED~~]
ORDER REGARDING COMBINED
AND EXTENDED BRIEFING
SCHEDULE

NOTE ON MOTION CALENDAR:
MARCH 21, 2019

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

1    Plaintiff CyWee Motion Group Ltd. and Third-Party Defendant CyWee Motion Group

2 Ltd. (collectively "CyWee") and Defendants and Third-Party Plaintiffs HTC Corporation and

3 HTC America, Inc. (collectively "HTC") respectfully submit the following Stipulation and

4 [Proposed] Order Regarding Combined and Extended Briefing Schedule, and in support thereof,

5 state as follows:

6    1.    On March 4, 2019, CyWee filed a motion for a partial stay of the case. Dkt. 123.

7 The noting date for that motion is March 22, 2019.

8    2.    On March 18, 2019, HTC filed a combined opposition to CyWee's motion and

9 cross-motion requesting a complete stay of the case. Dkt. 126. The noting date for that motion is

10 April 5, 2019.

11    3.    Currently, CyWee's reply in support of its motion is due on March 22, 2019,

12 CyWee's opposition to HTC's cross-motion is due on April 1, 2019, and HTC's reply in support

13 of its cross-motion is due on April 5, 2019.

14    4.    So that the competing motions are taken under consideration on the same noting

15 date, and in order to reduce redundant briefing and simplify matters before the Court, the parties

16 stipulate and agree that a single additional submission from each party is appropriate. Therefore,

17 subject to approval from the Court, the parties stipulate and propose that CyWee submit a single

18 combined opposition and reply on or before April 1, 2019 and that HTC serve its reply on April

19 5, 2019.

20    5.    This Motion is made for good cause and not for purposes of undue delay.

21    6.    Accordingly, CyWee and HTC respectfully request that the Court grant the

22 Motion and order that CyWee's combined opposition and reply is due by April 1, 2019, and

23 HTC's reply in support of its cross-motion is due on April 5, 2019, and that the Court consider

24 both motions as of the noting date of April 5, 2019.

25    IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

26

STIPULATION AND [PROPOSED] ORDER REGARDING
COMBINED AND EXTENDED BRIEFING SCHEDULE
CASE NO. 2:17-CV-932-JLR– 2

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

Dated this 21st day of March, 2019.          Respectfully submitted,

/s/Carmen E. Bremer
Carmen E. Bremer, WSBA 47,565
carmen.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 357-8442
F: (206) 858-9730

Michael W. Shore* (mshore@shorechan.com)
Alfonso G. Chan* (achan@shorechan.com)
Christopher Evans* (cevans@shorechan.com)
Ari B. Rafilson* (arafilson@shorechan.com)
William D. Ellerman* (wellerman@shorechan.com)
Paul T. Beeler* (pbeeler@shorechan.com)
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
T: (214) 593-9110
F: (214) 593-9111

* Admitted *pro hac vice*

*Attorneys for Third-Party Defendant CyWee Motion Group Ltd.*

Dated: March 21, 2019          Respectfully submitted,

/s/ Gregory L. Watts
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

James C. Yoon, CA Bar #177155 (*pro hac vice*)
Ryan R. Smith, CA Bar #229323 (*pro hac vice*)
Albert Shih, CA Bar #251726 (*pro hac vice*)

STIPULATION AND [PROPOSED] ORDER REGARDING
COMBINED AND EXTENDED BRIEFING SCHEDULE
CASE NO. 2:17-CV-932-JLR– 3

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Jamie Y. Otto, CA Bar #295099 (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com
    rsmith@wsgr.com
    ashih@wsgr.com
    jotto@wsgr.com

Ty W. Callahan, CA Bar #312548 (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90017-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: tcallahan@wsgr.com

*Attorneys for Defendants and Third-Party Plaintiffs
HTC Corporation and HTC America, Inc.*

STIPULATION AND [PROPOSED] ORDER REGARDING
COMBINED AND EXTENDED BRIEFING SCHEDULE
CASE NO. 2:17-CV-932-JLR– 4

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Carmen E. Bremer*

STIPULATION AND [PROPOSED] ORDER REGARDING
COMBINED AND EXTENDED BRIEFING SCHEDULE
CASE NO. 2:17-CV-932-JLR– 5

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED: ___21 March 2019___

4

5                                        The Honorable James L. Robart
6                                        United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER REGARDING        SHORE CHAN DEPUMPO LLP
COMBINED AND EXTENDED BRIEFING SCHEDULE           901 MAIN STREET, SUITE 3300
CASE NO. 2:17-CV-932-JLR– 6                        DALLAS, TX 75202
                                                  TELEPHONE: 214-593-9110