THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD.,<br><br>    Plaintiff,<br>v.<br><br>HTC CORPORATION; and HTC AMERICA, INC.,<br><br>    Defendants. | CASE NO.: 2:17-cv-00932-JLR<br><br>[PROPOSED] ORDER GRANTING HTC'S UNOPPOSED MOTION TO FILE UNDER SEAL<br><br>NOTE ON MOTION CALENDAR:<br>August 9, 2019<br><br>JURY TRIAL DEMANDED |
| HTC CORPORATION, and HTC AMERICA, INC.,<br><br>    Third-Party Plaintiffs,<br>v.<br><br>CYWEE MOTION GROUP LTD.,<br><br>    Third-Party Defendant. | |

Having considered Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc.'s (together, "HTC" or "Defendants") Motion to File Under Seal, and all other papers filed in support of the Motion, the Court finds that good cause exists to file the requested materials under seal.

IT IS HEREBY ORDERED that HTC's Motion to File Under Seal is GRANTED. Accordingly, the materials listed below shall be filed under seal as follows:

[PROPOSED] ORDER GRANTING
HTC'S MOTION TO FILE UNDER SEAL
CASE NO. 2:17-CV-00932-JLR

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1. An unredacted version of HTC's Opposition to CyWee Motion's Renewed Motion for Summary Judgment ("HTC's Opposition");
2. Exhibit 2 to the Declaration of James C. Yoon (the "Yoon Declaration") in Support of HTC's Opposition;
3. Exhibit 3 to the Yoon Declaration in Support of HTC's Opposition;
4. Exhibit 4 to the Yoon Declaration in Support of HTC's Opposition;
5. Exhibit 5 to the Yoon Declaration in Support of HTC's Opposition;
6. Exhibit 6 to the Yoon Declaration in Support of HTC's Opposition;
7. Exhibit 7 to the Yoon Declaration in Support of HTC's Opposition;
8. Exhibit 8 to the Yoon Declaration in Support of HTC's Opposition;
9. Exhibit 9 to the Yoon Declaration in Support of HTC's Opposition;
10. Exhibit 10 to the Yoon Declaration in Support of HTC's Opposition;
11. Exhibit 11 to the Yoon Declaration in Support of HTC's Opposition;
12. Exhibit 12 to the Yoon Declaration in Support of HTC's Opposition;
13. Exhibit 13 to the Yoon Declaration in Support of HTC's Opposition;
14. Exhibit 16 to the Yoon Declaration in Support of HTC's Opposition;
15. Exhibit 17 to the Yoon Declaration in Support of HTC's Opposition;
16. Exhibit 19 to the Yoon Declaration in Support of HTC's Opposition;
17. Exhibit 20 to the Yoon Declaration in Support of HTC's Opposition; and
18. Declaration of Mellow Pan in Support of HTC's Opposition;

**IT IS SO ORDERED.**

Dated this 16th day of Aug, 2019.

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

*Presented by:*

By: */s/ Gregory L. Watts*
Gregory L. Watts, WSBA # 43995

[PROPOSED] ORDER GRANTING
HTC'S MOTION TO FILE UNDER SEAL
CASE NO. 2:17-CV-00932-JLR

2

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1  **WILSON SONSINI GOODRICH & ROSATI**
   Professional Corporation
2  701 Fifth Avenue, Suite 5100
   Seattle, WA 98104-7036
3  Telephone: (206) 883-2500
   Facsimile: (206) 883-2699
4  Email: gwatts@wsgr.com

5  James C. Yoon, CA Bar #177155 (*pro hac vice*)
   Ryan R. Smith, CA Bar #229323(*pro hac vice*)
6  Albert Shih, CA Bar # 251726 (*pro hac vice*)
   Jamie Y. Otto, CA Bar # 295099 (*pro hac vice*)
7  **WILSON SONSINI GOODRICH & ROSATI**
   Professional Corporation
8  650 Page Mill Road
   Palo Alto, CA 94304-1050
9  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
10 Email: jyoon@wsgr.com
           rsmith@wsgr.com
11         ashih@wsgr.com
           jotto@wsgr.com
12
   Ty W. Callahan, CA Bar # 312548 (*pro hac vice*)
13 **WILSON SONSINI GOODRICH & ROSATI**
   Professional Corporation
14 633 West Fifth Street, Suite 1550
   Los Angeles, CA 90071-2027
15 Telephone: (323) 210-2900
   Facsimile: (866) 974-7329
16 Email: tcallahan@wsgr.com

17 *Attorneys for Defendants and Third-Party Plaintiffs*
   *HTC Corporation and HTC America, Inc.*

18

19

20

21

22

23

24

25

26

27