THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> HTC CORPORATION and HTC AMERICA, INC., <br><br> *Defendants.* <br><br> HTC CORPORATION and HTC AMERICA, INC. <br><br> *Third-Party Plaintiffs,* <br><br> v. <br><br> CYWEE MOTION GROUP LTD., <br><br> *Third-Party Defendant* | CASE NO. 2:17-cv-00932-JLR <br><br> JURY TRIAL DEMANDED <br><br> **ORDER GRANTING MOTION TO FILE UNDER SEAL** <br><br> [PROPOSED] |



Having considered Third-Party Defendant CyWee Motion Group Ltd.'s ("CyWee") Motion to File Under Seal, and all other papers filed in support of the Motion, the Court finds that good cause exists to file the requested materials under seal.

IT IS HEREBY ORDERED that CyWee's Motion to File Under Seal is GRANTED. Accordingly, CyWee's Reply in Support of Its Motion for Summary Judgment shall be filed under seal.

[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL
CASE NO. 2:17-CV-932-JLR

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

**IT IS SO ORDERED.**

Dated this 16th day of Aug, 2019.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO FILE
UNDER SEAL
CASE NO. 2:17-CV-932-JLR

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110