THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br>  Plaintiff, <br>  v. <br><br> HTC CORPORATION; and HTC AMERICA, INC., <br><br>  Defendants. | CASE NO.: 2:17-cv-00932-JLR <br><br> JURY TRIAL DEMANDED <br><br> **AMENDED JOINT STATUS REPORT** |
| HTC CORPORATION, and HTC AMERICA, INC., <br><br>  Third-Party Plaintiffs, <br>  v. <br><br> CYWEE MOTION GROUP LTD., <br><br>  Third-Party Defendant. | |

**AMENDED JOINT STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR

SHORE CHAN DEPUMPO LLP
901 MAIN STREET
DALLAS, TX 75202
TELEPHONE: (214) 593-9110

Pursuant to the Court's August 19, 2019 Order (ECF No. 146), Plaintiff CyWee Group Ltd. ("CyWee Group"), Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc., and Third-Party Defendant CyWeeMotion Group Ltd. respectfully submit the following amended joint status report. This report amends and replaces the joint status report filed on January 13, 2020 (ECF No. 152).

As shown in the table below, on January 9, 2020, the PTAB held that the claims subject to two IPRs filed by Google (the "Google IPRs") are invalid:

| Asserted Patent | IPR Case No. | Original Claims Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2018-01258 | 1, 3–5 | 20, 21 (corresponding to original claims 1 and 3) |
| 8,552,978 | IPR2018-01257 | 10, 12 | 19, 20 (corresponding to original claims 10 and 12) |

In the instant case, CyWee asserts infringement of claims 1, 3–5, 14–17, and 19 of the '438 patent, and claims 10 and 12 of the '978 patent. Asserted claims 14–17 and 19 of the '438 patent are not subject to the Google IPRs.

Those claims are however subject to an IPR filed by ZTE (the "ZTE IPR") as shown in the table below:

| Asserted Patent | IPR Case No. | Instituted Claims | Proposed Contingent Amended Claims Preliminarily Held Valid | Proposed Contingent Amended Claims Preliminary Held Invalid |
|---|---|---|---|---|
| 8,441,438 | IPR2019-00143 | 1, 4, 5, 14–17, 19 | 20, 21, 22 (corresponding to original claims 1, 5, 14) | 23 and 24 (corresponding to original claims 15 and 19) |

Unlike the proposed amendments in the Google IPRs, the proposed amendments in the ZTE IPR are subject to the PTAB's pilot program concerning motions to amend, as provided for in 84 Fed. Reg. 9,497 (Mar. 15, 2019). On December 5, 2019 the PTAB issued Preliminary Guidance on Patent Owner's Motion to Amend (the "Guidance"). In the Guidance, the PTAB preliminarily held that proposed amended claims 20 and 22 (corresponding to original claims 1

**AMENDED JOINT STATUS REPORT**  
CASE NO. 2:17-cv-00932-JLR

- 1 -

SHORE CHAN DEPUMPO LLP  
901 MAIN STREET  
DALLAS, TX 75202  
TELEPHONE: (214) 593-9110

1  and 14) are valid. If and when these claims are ultimately held valid, amended versions of claims
2  asserted in the instant case, namely 1 and 14, and unamended claims depending from those
3  claims, namely 4 and 16–17, will be litigated in the instant case.
4        Because CyWee intends to appeal the PTAB's final written decision in the Google IPRs,
5  and because the ZTE IPR will affect claims asserted in this case, neither party requests lifting the
6  stay at this time. The PTAB is expected to issue a final written decision in the ZTE IPR on or
7  before May 17, 2020.

9  Dated January 14, 2020　　　　　　　　　　Respectfully submitted,

10  　　　　　　　　　　　　　　　　　　　　/s/ Carmen E. Bremer
11  　　　　　　　　　　　　　　　　　　　　Carmen E. Bremer, WSBA 47,565
　　　　　　　　　　　　　　　　　　　　　　Carmen.bremer@bremerlawgroup.com
12  　　　　　　　　　　　　　　　　　　　　BREMER LAW GROUP PLLC
　　　　　　　　　　　　　　　　　　　　　　1700 Seventh Avenue, Suite 2100
13  　　　　　　　　　　　　　　　　　　　　Seattle, WA  98101
　　　　　　　　　　　　　　　　　　　　　　T: (206) 357-8442
14  　　　　　　　　　　　　　　　　　　　　F: (206) 858-9730

15  　　　　　　　　　　　　　　　　　　　　Michael W. Shore* (mshore@shorechan.com)
16  　　　　　　　　　　　　　　　　　　　　Alfonso G. Chan* (achan@shorechan.com)
　　　　　　　　　　　　　　　　　　　　　　Ari B. Rafilson* (arafilson@shorechan.com)
17  　　　　　　　　　　　　　　　　　　　　William Ellerman* (wellerman@shorechan.com)
　　　　　　　　　　　　　　　　　　　　　　Paul T. Beeler* (pbeeler@shorechan.com)
18  　　　　　　　　　　　　　　　　　　　　SHORE CHAN DEPUMPO LLP
　　　　　　　　　　　　　　　　　　　　　　901 Main Street, Suite 3300
19  　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75202
20  　　　　　　　　　　　　　　　　　　　　T: (214) 593-9110
　　　　　　　　　　　　　　　　　　　　　　F: (214) 593-9111
21
22  　　　　　　　　　　　　　　　　　　　　*Admitted pro hac vice

23  　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff CyWee Group Ltd. and
　　　　　　　　　　　　　　　　　　　　　　Third-Party Defendant CyWee Motion Group Ltd.*
24  Dated: January 14, 2020　　　　　　　　　/s/  Albert Shih
25  　　　　　　　　　　　　　　　　　　　　James C. Yoon, CA Bar #177155 (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Ryan R. Smith, CA Bar #229323 (*pro hac vice*)
26  　　　　　　　　　　　　　　　　　　　　Albert Shih, CA Bar #251726 (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Jamie Y. Otto, CA Bar #295099 (*pro hac vice*)
27  　　　　　　　　　　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI

```
                    Professional Corporation
                    650 Page Mill Road
                    Palo Alto, CA 94304-1050
                    Telephone: (650) 493-9300
                    Facsimile: (650) 565-5100
                    Email: jyoon@wsgr.com, rsmith@wsgr.com
                           ashih@wsgr.com, jotto@wsgr.com

                    Gregory L. Watts, WSBA #43995
                    **WILSON SONSINI GOODRICH & ROSATI**
                    Professional Corporation
                    701 Fifth Avenue, Suite 5100
                    Seattle, WA  98104-7036
                    Telephone: (206) 883-2500
                    Facsimile: (206) 883-2699
                    Email: gwatts@wsgr.com

                    Ty W. Callahan, CA Bar #312548 (*pro hac vice*)
                    **WILSON SONSINI GOODRICH & ROSATI**
                    Professional Corporation
                    633 West Fifth Street, Suite 1550
                    Los Angeles, CA 90017-2027
                    Telephone: (323) 210-2900
                    Facsimile: (866) 974-7329
                    Email: tcallahan@wsgr.com
```

*Attorneys for Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: January 14, 2020                      /s/*Carmen E. Bremer*
                                             Carmen E. Bremer

**AMENDED JOINT STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR
- 3 -
**SHORE CHAN DEPUMPO LLP**
901 MAIN STREET
DALLAS, TX 75202
TELEPHONE: (214) 593-9110