THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br> v. <br><br> HTC CORPORATION; and HTC AMERICA, INC., <br><br> Defendants. | CASE NO.: 2:17-cv-00932-JLR <br><br> JURY TRIAL DEMANDED <br><br> **JOINT STATUS REPORT** |
| HTC CORPORATION, and HTC AMERICA, INC., <br><br> Third-Party Plaintiffs, <br> v. <br><br> CYWEE MOTION GROUP LTD., <br><br> Third-Party Defendant. | |

JOINT STATUS REPORT
CASE NO. 2:17-cv-00932-JLR

SHORE CHAN DEPUMPO LLP
901 MAIN STREET
DALLAS, TX 75202
TELEPHONE: (214) 593-9110

1   Pursuant to the Court's August 19, 2019 Order (ECF No. 146), Plaintiff CyWee Group
2   Ltd. ("CyWee Group"), Defendants and Third-Party Plaintiffs HTC Corporation and HTC
3   America, Inc., and Third-Party Defendant CyWeeMotion Group Ltd. respectfully submit the
4   following joint status report:
5   The parties submitted a Joint Status Report on January 13, 2020 (Dkt. 152) and have
6   nothing additional to report at this time.

Dated February 14, 2020

Respectfully submitted,

/s/ Carmen E. Bremer
Carmen E. Bremer, WSBA 47,565
Carmen.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA  98101
T: (206) 357-8442
F: (206) 858-9730

Michael W. Shore* (mshore@shorechan.com)
Alfonso G. Chan* (achan@shorechan.com)
Ari B. Rafilson* (arafilson@shorechan.com)
William Ellerman* (wellerman@shorechan.com)
Paul T. Beeler* (pbeeler@shorechan.com)
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
T: (214) 593-9110
F: (214) 593-9111

*Admitted pro hac vice

*Attorneys for Plaintiff CyWee Group Ltd. and Third-Party Defendant CyWee Motion Group Ltd.*

Dated: February 14, 2020

/s/  Albert Shih
James C. Yoon, CA Bar #177155 (*pro hac vice*)
Ryan R. Smith, CA Bar #229323 (*pro hac vice*)
Albert Shih, CA Bar #251726 (*pro hac vice*)
Jamie Y. Otto, CA Bar #295099 (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

JOINT STATUS REPORT
CASE NO. 2:17-cv-00932-JLR
- 1 -
SHORE CHAN DEPUMPO LLP
901 MAIN STREET
DALLAS, TX 75202
TELEPHONE: (214) 593-9110

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com, rsmith@wsgr.com
ashih@wsgr.com, jotto@wsgr.com

Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

Ty W. Callahan, CA Bar #312548 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90017-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: tcallahan@wsgr.com

*Attorneys for Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: 2/14/2020                                  /s/*Carmen E. Bremer*
                                                  Carmen E. Bremer

**JOINT STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR

- 2 -

SHORE CHAN DEPUMPO LLP
901 MAIN STREET
DALLAS, TX 75202
TELEPHONE: (214) 593-9110