THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br> v. <br><br> HTC CORPORATION; and HTC AMERICA, INC., <br><br> Defendants. | CASE NO.: 2:17-cv-00932-JLR <br><br> JURY TRIAL DEMANDED <br><br> **90-DAY JOINT STATUS REPORT** |
| HTC CORPORATION, and HTC AMERICA, INC., <br><br> Third-Party Plaintiffs, <br> v. <br><br> CYWEE MOTION GROUP LTD., <br><br> Third-Party Defendant. | |

**JOINT STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR

**SHORE CHAN DEPUMPO LLP**
901 MAIN STREET
DALLAS, TX 75202
TELEPHONE: (214) 593-9110

1  Pursuant to the Court's August 19, 2019 Order (ECF No. 146), Plaintiff CyWee Group Ltd.
2  ("CyWee Group"), Defendants and Third-Party Plaintiffs HTC Corporation and HTC America,
3  Inc., and Third-Party Defendant CyWeeMotion Group Ltd. respectfully submit that they having
4  nothing new to report since their last status report (ECF No. 155).

6  Dated August 17, 2020                     Respectfully submitted,

7                                            /s/ Carmen E. Bremer
8                                            Carmen E. Bremer, WSBA 47,565
                                             Carmen.bremer@bremerlawgroup.com
9                                            BREMER LAW GROUP PLLC
                                             1700 Seventh Avenue, Suite 2100
10                                           Seattle, WA 98101
                                             T: (206) 357-8442
11                                           F: (206) 858-9730

12
                                             Michael W. Shore* (mshore@shorechan.com)
13                                           Alfonso G. Chan* (achan@shorechan.com)
                                             Ari B. Rafilson* (arafilson@shorechan.com)
14                                           William Ellerman* (wellerman@shorechan.com)
                                             Paul T. Beeler* (pbeeler@shorechan.com)
15                                           SHORE CHAN DEPUMPO LLP
                                             901 Main Street, Suite 3300
16                                           Dallas, Texas 75202
                                             T: (214) 593-9110
17                                           F: (214) 593-9111

18
                                             *Admitted pro hac vice
19
                                             *Attorneys for Plaintiff CyWee Group Ltd. and*
20                                           *Third-Party Defendant CyWee Motion Group Ltd.*

21
    Dated: August 17, 2020                   /s/ Albert Shih
22                                           James C. Yoon, CA Bar #177155 (*pro hac vice*)
                                             Ryan R. Smith, CA Bar #229323 (*pro hac vice*)
23                                           Albert Shih, CA Bar #251726 (*pro hac vice*)
                                             Jamie Y. Otto, CA Bar #295099 (*pro hac vice*)
24                                           **WILSON SONSINI GOODRICH & ROSATI**
                                             Professional Corporation
25                                           650 Page Mill Road
                                             Palo Alto, CA 94304-1050
26                                           Telephone: (650) 493-9300
                                             Facsimile: (650) 565-5100
27                                           Email: jyoon@wsgr.com, rsmith@wsgr.com

ashih@wsgr.com, jotto@wsgr.com

Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

Ty W. Callahan, CA Bar #312548 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90017-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: tcallahan@wsgr.com

*Attorneys for Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: 8/17/2020

/s/*Carmen E. Bremer*
Carmen E. Bremer

**JOINT STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR
- 2 -
SHORE CHAN DEPUMPO LLP
901 MAIN STREET
DALLAS, TX 75202
TELEPHONE: (214) 593-9110