THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br> v. <br><br> HTC CORPORATION; and HTC AMERICA, INC., <br><br> Defendants. | CASE NO.: 2:17-cv-00932-JLR <br><br> JURY TRIAL DEMANDED <br><br> **90-DAY JOINT STATUS REPORT** |
| HTC CORPORATION, and HTC AMERICA, INC., <br><br> Third-Party Plaintiffs, <br> v. <br><br> CYWEE MOTION GROUP LTD., <br><br> Third-Party Defendant. | |

**JOINT STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR

**SHORE CHAN DEPUMPO LLP**
901 MAIN STREET
DALLAS, TX 75202
TELEPHONE: (214) 593-9110

Pursuant to the Court's August 19, 2019 Order (ECF No. 146), Plaintiff CyWee Group Ltd. ("CyWee Group"), Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc., and Third-Party Defendant CyWeeMotion Group Ltd. respectfully submit the following joint status report:

As shown in the table below, on January 9, 2020, the PTAB held that the claims subject to two IPRs filed by Google (the "Google IPRs") are invalid:

| Asserted Patent | IPR Case No. | Claims Held Invalid |
|---|---|---|
| 8,441,438 ("'438 patent") | IPR2018-01258 | 1, 3–5 |
| 8,552,978 ("'978 patent") | IPR2018-01257 | 10, 12 |

CyWee appealed the PTAB's final written decisions in the Google IPRs to the Federal Circuit and those appeals (Case Nos. 2020-1565, 2020-1567) are currently pending. Oral argument has been scheduled for January 4, 2021.

In the instant case, CyWee asserts infringement of claims 1, 3–5, 14–17, and 19 of the '438 patent, and claims 10 and 12 of the '978 patent. Asserted claims 14–17 and 19 of the '438 patent are not subject to the Google IPRs.

Those claims are however subject to an IPR filed by ZTE (the "ZTE IPR"), as shown in the table below:

| Asserted Patent | IPR Case No. | Instituted Claims |
|---|---|---|
| 8,441,438 | IPR2019-00143 | 1, 4, 5, 14–17, 19 |

Unlike the proposed amendments in the Google IPRs, the proposed amendments in the ZTE IPR are subject to the PTAB's pilot program concerning motions to amend, as provided for in 84 Fed. Reg. 9,497 (Mar. 15, 2019). On December 5, 2019 the PTAB issued Preliminary Guidance on Patent Owner's Motion to Amend (the "Guidance"). In the Guidance, the PTAB preliminarily held that proposed amended claims 20, 21, and 22 (corresponding to original claims 1, 5, and 14) are valid. On December 20, 2019, CyWee filed a revised motion to amend, proposing amendments to claims 20, 21, 22, 23, and 24 (corresponding to original claims 1, 5, 14, 15, and 19). Oral argument took place on November 18, 2020. On November 4, 2020, the PTAB issued an order in the ZTE IPR, which adjusted the due date for it to issue a final written decision to January

18, 2021.

Dated December 4, 2020      Respectfully submitted,

/s/ Carmen E. Bremer
Carmen E. Bremer, WSBA 47,565
Carmen.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 357-8442
F: (206) 858-9730

Michael W. Shore* (mshore@shorechan.com)
Alfonso G. Chan* (achan@shorechan.com)
Ari B. Rafilson* (arafilson@shorechan.com)
William Ellerman* (wellerman@shorechan.com)
Paul T. Beeler* (pbeeler@shorechan.com)
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
T: (214) 593-9110
F: (214) 593-9111

*Admitted pro hac vice

*Attorneys for Plaintiff CyWee Group Ltd. and Third-Party Defendant CyWee Motion Group Ltd.*

Dated: December 4, 2020      /s/ Albert Shih
James C. Yoon, CA Bar #177155 (*pro hac vice*)
Ryan R. Smith, CA Bar #229323 (*pro hac vice*)
Albert Shih, CA Bar #251726 (*pro hac vice*)
Jamie Y. Otto, CA Bar #295099 (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com, rsmith@wsgr.com
        ashih@wsgr.com, jotto@wsgr.com

JOINT STATUS REPORT
CASE NO. 2:17-cv-00932-JLR
- 2 -
SHORE CHAN DEPUMPO LLP
901 MAIN STREET
DALLAS, TX 75202
TELEPHONE: (214) 593-9110

Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

Ty W. Callahan, CA Bar #312548 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90017-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: tcallahan@wsgr.com

*Attorneys for Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: 12/4/2020                              /s/*Carmen E. Bremer*
                                              Carmen E. Bremer

**JOINT STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR

- 3 -

**SHORE CHAN DEPUMPO LLP**
901 MAIN STREET
DALLAS, TX 75202
TELEPHONE: (214) 593-9110