THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br> v. <br><br> HTC CORPORATION; and HTC AMERICA, INC., <br><br> Defendants. | CASE NO.: 2:17-cv-00932-JLR <br><br> JURY TRIAL DEMANDED <br><br> **90-DAY JOINT STATUS REPORT** |
| HTC CORPORATION, and HTC AMERICA, INC., <br><br> Third-Party Plaintiffs, <br> v. <br><br> CYWEE MOTION GROUP LTD., <br><br> Third-Party Defendant. | |

**JOINT STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR

SHORE CHAN DEPUMPO LLP
901 MAIN STREET
DALLAS, TX 75202
TELEPHONE: (214) 593-9110

Pursuant to the Court's August 19, 2019 Order (ECF No. 146), Plaintiff CyWee Group Ltd. ("CyWee Group"), Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc., and Third-Party Defendant CyWeeMotion Group Ltd. respectfully submit the following joint status report:

On February 17, 2021, the PTAB held the following claims invalid in an inter partes review proceeding filed by ZTE (the "ZTE IPR"):

| Asserted Patent | IPR Case No. | Original Claim Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2019-00143 | 1, 4, 5, 14–17, 19 | 20-24 |

On January 9, 2020, the PTAB held the following claims invalid in two inter partes review proceedings filed by Google (the "Google IPRs").

| Asserted Patent | IPR Case No. | Original Claims Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2018-01258 | 1, 3–5 | 20, 21 |
| 8,552,978 | IPR2018-01257 | 10, 12 | 19, 20 |

CyWee appealed the PTAB's decision in the Google IPRs. The Federal Circuit has not yet ruled on that appeal.

Because CyWee's appeal of the Google IPRs is pending and because CyWee intends to appeal the PTAB's final written decision in the ZTE IPR, neither party requests lifting the stay at this time.

Dated February 20, 2021

Respectfully submitted,

/s/ Carmen E. Bremer
Carmen E. Bremer, WSBA 47,565
Carmen.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA  98101
T: (206) 357-8442
F: (206) 858-9730

Michael W. Shore* (mshore@shorechan.com)

JOINT STATUS REPORT
CASE NO. 2:17-cv-00932-JLR
- 1 -
SHORE CHAN DEPUMPO LLP
901 MAIN STREET
DALLAS, TX 75202
TELEPHONE: (214) 593-9110

|   |   |
|---|---|
|   | Alfonso G. Chan* (achan@shorechan.com) |
|   | Ari B. Rafilson* (arafilson@shorechan.com) |
|   | William Ellerman* (wellerman@shorechan.com) |
|   | Paul T. Beeler* (pbeeler@shorechan.com) |
|   | SHORE CHAN DEPUMPO LLP |
|   | 901 Main Street, Suite 3300 |
|   | Dallas, Texas 75202 |
|   | T: (214) 593-9110 |
|   | F: (214) 593-9111 |
|   |   |
|   | *Admitted pro hac vice |
|   |   |
|   | *Attorneys for Plaintiff CyWee Group Ltd. and Third-Party Defendant CyWee Motion Group Ltd.* |
| Dated: February 20, 2021 | /s/  Albert Shih |
|   | James C. Yoon, CA Bar #177155 (*pro hac vice*) |
|   | Ryan R. Smith, CA Bar #229323 (*pro hac vice*) |
|   | Albert Shih, CA Bar #251726 (*pro hac vice*) |
|   | Jamie Y. Otto, CA Bar #295099 (*pro hac vice*) |
|   | **WILSON SONSINI GOODRICH & ROSATI** |
|   | Professional Corporation |
|   | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
|   | Telephone: (650) 493-9300 |
|   | Facsimile: (650) 565-5100 |
|   | Email: jyoon@wsgr.com, rsmith@wsgr.com |
|   |            ashih@wsgr.com, jotto@wsgr.com |
|   |   |
|   | Gregory L. Watts, WSBA #43995 |
|   | **WILSON SONSINI GOODRICH & ROSATI** |
|   | Professional Corporation |
|   | 701 Fifth Avenue, Suite 5100 |
|   | Seattle, WA  98104-7036 |
|   | Telephone: (206) 883-2500 |
|   | Facsimile: (206) 883-2699 |
|   | Email:  gwatts@wsgr.com |
|   |   |
|   | Ty W. Callahan, CA Bar #312548 (*pro hac vice*) |
|   | **WILSON SONSINI GOODRICH & ROSATI** |
|   | Professional Corporation |
|   | 633 West Fifth Street, Suite 1550 |
|   | Los Angeles, CA 90017-2027 |
|   | Telephone: (323) 210-2900 |
|   | Facsimile: (866) 974-7329 |
|   | Email:  tcallahan@wsgr.com |

**JOINT STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR

- 2 -

**SHORE CHAN DEPUMPO LLP**
901 MAIN STREET
DALLAS, TX 75202
TELEPHONE: (214) 593-9110

*Attorneys for Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: 2/20/2021                            /s/*Carmen E. Bremer*
                                            Carmen E. Bremer

**JOINT STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR
- 3 -
SHORE CHAN DEPUMPO LLP
901 MAIN STREET
DALLAS, TX 75202
TELEPHONE: (214) 593-9110