1

THE HONORABLE JAMES L. ROBART

2

3

4

5

6              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
7                     AT SEATTLE

8

9    CYWEE GROUP LTD.,                          CASE NO.:  2:17-cv-00932-JLR

10            Plaintiff,
         v.                                     JURY TRIAL DEMANDED
11
     HTC CORPORATION; and HTC AMERICA,
12   INC.,                                      **90-DAY JOINT STATUS REPORT**

13            Defendants.

14   _____

15   HTC CORPORATION, and HTC AMERICA,
     INC.,
16
              Third-Party Plaintiffs,
17       v.

18   CYWEE MOTION GROUP LTD.,

19            Third-Party Defendant.

20

21

22

23

24

25

26

27

**JOINT STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR

**BREMER LAW GROUP PLLC**
1700 SEVENTH AVE., SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8442

Pursuant to the Court's August 19, 2019, Order (ECF No. 146), Plaintiff CyWee Group Ltd. ("CyWee Group"), Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc., and Third-Party Defendant CyWee Motion Group Ltd. respectfully submit the following joint status report:

**The Google IPRs**:

On January 9, 2020, the PTAB held the following claims invalid in the two IPR proceedings filed by Google (the "Google IPRs"):

| Asserted Patent | IPR Case No. | Original Claims Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2018-01258 | 1, 3–5 | 20, 21 |
| 8,552,978 | IPR2018-01257 | 10, 12 | 19, 20 |

CyWee appealed the PTAB's final written decisions in the Google IPRs. The Federal Circuit Court of Appeals affirmed those decisions. On April 4, 2021, CyWee filed petitions for *en banc* review. The Federal Circuit denied those petitions on June 3, 2021. Mandates issued on June 10, 2021. On September 23, 2021 ("September 23 Order"), per CyWee's request, the Federal Circuit recalled the mandates, reinstated the appeals, and remanded the Google IPRs to allow CyWee the opportunity to request Director rehearing. On October 24, CyWee filed requests for *de novo* review by the Director in the Google IPRs. On January 7, 2022, the Commissioner for Patents denied review. On January 21, 2022, CyWee notified the Federal Circuit of that denial, and on April 21, 2022, CyWee filed its opening brief in the appeal. The appeal is pending.

**The ZTE IPR**:

On February 17, 2021, the PTAB held all challenged claims invalid in an *inter partes* review proceeding filed by ZTE and joined by LGE (the "ZTE IPR"):

| Asserted Patent | IPR Case No. | Original Claims Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2019-00143 IPR2019-01203 | 1, 4, 5, 14–17, 19 | 20-24 |

JOINT 90-DAY STATUS REPORT
CASE NO. 2:17-cv-00932-JLR

BREMER LAW GROUP PLLC
1700 SEVENTH AVE., SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8442

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

CyWee appealed the PTAB's final written decision in the ZTE IPR on April 8, 2021. On June 30, 2021, CyWee filed a motion requesting that the Federal Circuit dismiss its appeal of the ZTE IPR and remand the matter to the USPTO for further proceedings in light of the Supreme Court's recent decision in *United States v. Arthrex, Inc.*, No. 19-1434, 2021 WL 2519433 (June 21, 2021) holding that "the unreviewable authority wielded by APJs during *inter partes* review is incompatible with their appointment by the Secretary to an inferior office." On July 14, 2021, the Federal Circuit issued an order (1) certifying CyWee's constitutional challenge to the Attorney General, (2) directing the Attorney General to inform the Court within 30 days whether the United States intends to intervene and if so to file any response to CyWee's motion to remand, (3) ordering appellee to file any response within that 30-day timeframe, and (4) staying the briefing schedule in the appeal. On August 13, 2021, the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office informed the Federal Circuit of its intention to intervene and filed a response. On September 24, 2021 ("September 24 Order"), per CyWee's request, the Federal Circuit remanded the ZTE IPR to allow CyWee the opportunity to request Director rehearing. On October 25, CyWee filed a request for *de novo* review by the Director in the ZTE IPR. On January 7, 2022, the Commissioner for Patents denied review.  On January 21, 2022, CyWee notified the Federal Circuit of that denial. On March 28, 2022, the Federal Circuit ordered that CyWee's brief is due no later than 60 days from the date of filing of the updated certified list, and on July 15, 2022, CyWee filed its opening brief in the appeal. The appeal is pending.

Because the matters described above may affect claims in this case, neither party requests lifting the stay at this time.

Dated January 31, 2023                    Respectfully submitted,

                                          /s/ Carmen E. Bremer

**JOINT 90-DAY STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR

**BREMER LAW GROUP PLLC**
1700 SEVENTH AVE., SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8442

| | |
|---|---|
| 1 | Carmen E. Bremer, WSBA 47,565 |
| 2 | Carmen.bremer@bremerlawgroup.com<br>BREMER LAW GROUP PLLC |
| 3 | 1700 Seventh Avenue, Suite 2100<br>Seattle, WA  98101 |
| 4 | T: (206) 357-8442<br>F: (206) 858-9730 |
| 5 | |
| 6 | Michael W. Shore* (mshore@shorefirm.com)<br>Chijioke E. Offor* (coffor@shorefirm.com) |
| 7 | Halima Shukri Ndai* (sndai@shorefirm.com)<br>THE SHORE FIRM |
| 8 | 901 Main Street, Suite 3300<br>Dallas, Texas 75202 |
| 9 | T: (214) 593-9110<br>F: (214) 593-9111 |
| 10 | *Admitted pro hac vice |
| 11 | |
| 12 | *Attorneys for Plaintiff CyWee Group Ltd. and<br>Third-Party Defendant CyWee Motion Group Ltd.* |
| 13 | |
| 14 | Dated: January 31, 2023 |

/s/ Jamie Y. Otto

James C. Yoon, CA Bar #177155 (*pro hac vice*)
Ryan R. Smith, CA Bar #229323 (*pro hac vice*)
Jamie Y. Otto, CA Bar #295099 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com, rsmith@wsgr.com
         jotto@wsgr.com

Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

JOINT 90-DAY STATUS REPORT
CASE NO. 2:17-cv-00932-JLR

BREMER LAW GROUP PLLC
1700 SEVENTH AVE., SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8442

Ty W. Callahan, CA Bar #312548 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90017-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: tcallahan@wsgr.com

*Attorneys for Defendants and Third-Party Plaintiffs*
*HTC Corporation and HTC America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: January 31, 2023                  /s/*Carmen E. Bremer*
                                          Carmen E. Bremer

**JOINT 90-DAY STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR

**BREMER LAW GROUP PLLC**
1700 SEVENTH AVE., SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8442