THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br> v. <br><br> HTC CORPORATION; and HTC AMERICA, INC., <br><br> Defendants. | CASE NO.: 2:17-cv-00932-JLR <br><br> JURY TRIAL DEMANDED <br><br> **90-DAY JOINT STATUS REPORT** |
| HTC CORPORATION, and HTC AMERICA, INC., <br><br> Third-Party Plaintiffs, <br> v. <br><br> CYWEE MOTION GROUP LTD., <br><br> Third-Party Defendant. | |

JOINT STATUS REPORT
CASE NO. 2:17-cv-00932-JLR

BREWER LAW GROUP PLLC
1700 SEVENTH AVE., SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8442

Pursuant to the Court's August 19, 2019, Order (ECF No. 146), Plaintiff CyWee Group Ltd. ("CyWee Group"), Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc., and Third-Party Defendant CyWee Motion Group Ltd. respectfully submit the following joint status report:

**The IPRs**:

On January 9, 2020, the Patent Trial and Appeal Board ("PTAB") held the following claims invalid in the two IPR proceedings filed by Google (the "Google IPRs"):

| Asserted Patent | IPR Case No. | Original Claims Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2018-01258 | 1, 3–5 | 20, 21 |
| 8,552,978 | IPR2018-01257 | 10, 12 | 19, 20 |

On February 17, 2021, the PTAB held all challenged claims invalid in an *inter partes* review proceeding filed by ZTE and joined by LGE (the "ZTE IPR"):

| Asserted Patent | IPR Case No. | Original Claims Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2019-00143<br>IPR2019-01203 | 1, 4, 5, 14–17, 19 | 20-24 |

The Federal Circuit affirmed PTAB's ruling for these proceedings. The time for further appeals has passed. Accordingly, all asserted claims of the asserted patents in this case have been found to be invalid by the PTAB, and those decisions are final.

The parties request a further stay of 30 days so that the parties may discuss and decide how to proceed with the case.

*CyWee's Statement:*  CyWee Group has obtained additional continuation patents of the patent-in-suit and others that it believes are infringed. All of the prior art cited in the IPRs was cited in those patents' prosecution and overcome. Whether to seek leave to amend the complaint to add those new patents is being evaluated, as is the status of the non-patent claims in the case.

**JOINT 90-DAY STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR

BREWER LAW GROUP PLLC
1700 SEVENTH AVE., SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8442

Subject to the Court's approval, the parties shall submit a further status report in 30 days instead of 90 that should definitively address these issues.

Dated: May 20, 2024
Respectfully submitted,

*/s/ Carmen E. Bremer*
Carmen E. Bremer, WSBA 47,565
Carmen.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 357-8442
F: (206) 858-9730

Michael W. Shore* (mshore@shorefirm.com)
Chijioke E. Offor* (coffor@shorefirm.com)
Halima Shukri Ndai* (hndai@shorefirm.com)
THE SHORE FIRM LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
T: (214) 593-9110
F: (214) 593-9111
*Admitted pro hac vice

*Attorneys for Plaintiff CyWee Group Ltd. and Third-Party Defendant CyWee Motion Group Ltd.*

Dated: May 20, 2024
*/s/ Gregory L. Watts*
James C. Yoon, CA Bar #177155 (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com,

Gregory L. Watts, WSBA #43995
Ryan R. Smith, WSBA #57331
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699

**JOINT 90-DAY STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR

BREWER LAW GROUP PLLC
1700 SEVENTH AVE., SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8442

Email: gwatts@wsgr.com, rsmith@wsgr.com

Jamie Y. Otto, CA Bar #295099 (*pro hac vice*)
Ty W. Callahan, CA Bar #312548 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90017-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: jotto@wsgr.com, tcallahan@wsgr.com

*Attorneys for Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Gregory L. Watts*
Gregory L. Watts

**JOINT 90-DAY STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR

**BREWER LAW GROUP PLLC**
1700 SEVENTH AVE., SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8442