THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD.,<br><br>        Plaintiff,<br>    v.<br><br>HTC CORPORATION; and HTC AMERICA, INC.,<br><br>        Defendants.<br>_____<br>HTC CORPORATION, and HTC AMERICA, INC.,<br><br>        Third-Party Plaintiffs,<br>    v.<br><br>CYWEE MOTION GROUP LTD.,<br><br>        Third-Party Defendant. | CASE NO.:  2:17-cv-00932-JLR<br><br>JURY TRIAL DEMANDED<br><br>**JOINT STATUS REPORT** |

BREWER LAW GROUP PLLC
1700 SEVENTH AVE., SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8442

Pursuant to the Court's August 19, 2019, Order (ECF No. 146), Plaintiff CyWee Group Ltd. ("CyWee Group") and the parties' most recent 90-Day Joint Status Report (ECF No. 179), Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc., and Third-Party Defendant CyWee Motion Group Ltd. respectfully submit the following joint status report:

### The Google IPRs:

On January 9, 2020, the PTAB held the following claims invalid in the two IPR proceedings filed by Google (the "Google IPRs"):

| Asserted Patent | IPR Case No. | Original Claims Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2018-01258 | 1, 3–5 | 20, 21 |
| 8,552,978 | IPR2018-01257 | 10, 12 | 19, 20 |

CyWee appealed the PTAB's final written decisions in the Google IPRs. On February 8, 2023, the Federal Circuit finally affirmed PTAB's ruling.

### The ZTE IPR:

On February 17, 2021, the PTAB held all challenged claims invalid in an *inter partes* review proceeding filed by ZTE and joined by LGE (the "ZTE IPR"):

| Asserted Patent | IPR Case No. | Original Claims Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2019-00143 IPR2019-01203 | 1, 4, 5, 14–17, 19 | 20-24 |

CyWee appealed the PTAB's final written decision in the ZTE IPR on April 8, 2021. On January 18, 2024, the Federal Circuit finally affirmed PTAB's ruling.

On May 20, 2024, the parties submitted a Joint Status Report in which the parties agreed to request a further stay of 30 days so that the parties may discuss and decide how to proceed with the case and to submit a further status report in 30 days instead of 90 days.

JOINT STATUS REPORT
CASE NO. 2:17-cv-00932-JLR

BREWER LAW GROUP PLLC
1700 SEVENTH AVE., SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8442

After careful consideration, CyWee will ask the Court to dismiss the patent infringement claims invalidated in the IPRs. The IPR proceedings have mooted the proceedings for patent infringement of the '438 and '978 patents. CyWee is investigating whether any of the approximately four dozen patents granted since the case was stayed are infringed by the Defendant. That analysis should be complete by August 15, 2024.

As to the non-patent claims, CyWee contends that they should not be dismissed because the IPR results do not impact those claims. CyWee further contends that a new scheduling order should be entered requiring CyWee to file a motion to amend the complaint on or before August 15, 2024. Defendants oppose CyWee's attempts to bring new patents or new claims into this case—rather, any such patents or claims should be litigated in a separate action. After the Court resolves this issue, the parties request that a new Scheduling Order be entered based upon any remaining claims and defenses asserted in this action.

Dated: June 20, 2024                    Respectfully submitted,

                                        _/s/ Carmen E. Bremer_____
                                        Carmen E. Bremer, WSBA 47,565
                                        Carmen.bremer@bremerlawgroup.com
                                        BREMER LAW GROUP PLLC
                                        1700 Seventh Avenue, Suite 2100
                                        Seattle, WA  98101
                                        T: (206) 357-8442
                                        F: (206) 858-9730

                                        Michael W. Shore* (mshore@shorefirm.com)
                                        THE SHORE FIRM LLP
                                        901 Main Street, Suite 3300
                                        Dallas, Texas 75202
                                        T: (214) 593-9110
                                        F: (214) 593-9111
                                        *Admitted pro hac vice

                                        *Attorneys for Plaintiff CyWee Group Ltd. and
                                        Third-Party Defendant CyWee Motion Group Ltd.*

JOINT STATUS REPORT
CASE NO. 2:17-cv-00932-JLR

BREWER LAW GROUP PLLC
1700 SEVENTH AVE., SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8442

Dated: June 20, 2024

/s/ Ryan R. Smith
James C. Yoon, CA Bar #177155 (*pro hac vice*)
Ryan R. Smith, WSBA #57331
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com, rsmith@wsgr.com

Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email:  gwatts@wsgr.com

Jamie Y. Otto, CA Bar #295099 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90017-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: jotto@wsgr.com

*Attorneys for Defendants and Third-Party Plaintiffs*
*HTC Corporation and HTC America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Ryan R. Smith
Ryan R. Smith

**JOINT STATUS REPORT**
CASE NO. 2:17-cv-00932-JLR

**BREWER LAW GROUP PLLC**
1700 SEVENTH AVE., SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8442