UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD.,<br><br>                Plaintiff,<br><br>   v.<br><br>HTC CORPORATION, et al.,<br><br>                Defendants. | CASE NO. C17-0932JLR<br><br>MINUTE ORDER |

       The following minute order is made by the direction of the court, the Honorable James L. Robart:

       Before the court is the parties' June 20, 2024 status report. (6/20/24 SR (Dkt. # 180); *see also* 8/19/19 Order (Dkt. # 146 (sealed)) (staying the case pending the outcome of *inter partes* review ("IPR") proceedings and ordering the parties to submit a joint status report every 90 days).) The parties represent that the IPR proceedings are now complete and that Plaintiff CyWee Group Ltd. ("CyWee") "will ask the Court to dismiss the patent infringement claims invalidated in the IPRs" and is "investigating

MINUTE ORDER - 1

whether any of the approximately four dozen patents granted since the case was stayed are infringed by" Defendants HTC Corporation and HTC America, Inc. ("Defendants"). (6/20/24 SR at 3.)  The parties also represent that "CyWee further contends that a new scheduling order should be entered requiring CyWee to file a motion to amend the complaint on or before August 15, 2024." (*Id.*)  Defendants oppose any "attempts to bring new patents or new claims in this case" and insist that "any such patents or claims should be litigated in a separate action." (*Id.*)

The court GRANTS CyWee's request and ORDERS that CyWee shall file its motion to amend its complaint, if any, on or before **August 15, 2024**.  The motion shall be noted as a 21-day motion in accordance with Local Rules W.D. Wash. LCR 7(d)(3). The court takes no position at this time regarding whether CyWee may bring new patents or new claims in this case; rather, the parties are DIRECTED to address this issue in their briefing on the motion to amend.

Filed and entered this 20th day of June, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2