UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP, LTD.,<br><br>               Plaintiff,<br><br>   v.<br><br>HTC CORPORATION, et al.,<br><br>               Defendants. | CASE NO. C17-0932JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On June 20, 2024, the court issued a minute order in which it granted Plaintiff CyWee Group Ltd. ("CyWee") leave to file a motion to amend its complaint by no later than August 15, 2024. (6/20/24 Order (Dkt. # 181).) CyWee, however, did not file a motion to amend before that deadline expired. (*See* Dkt.) Accordingly, because it has been five years since the court granted the parties' motion to stay this matter pending the completion of *inter partes* review (*see* 8/20/19 Order (Dkt. # 146 (sealed))), the court

MINUTE ORDER - 1

1 | DIRECTS the Clerk to issue an initial scheduling order setting deadlines for a renewed

2 | Federal Rule of Civil Procedure 26(f) conference, initial disclosures, and combined joint

3 | status report and discovery plan.

4 |     Filed and entered this 27th day of August, 2024.

                                         RAVI SUBRAMANIAN
                                         Clerk of Court

                                         s/ Ashleigh Drecktrah
                                         Deputy Clerk

MINUTE ORDER - 2