THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

### SEATTLE DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., *Plaintiff,* v. HTC CORPORATION and HTC AMERICA, INC., *Defendants.* HTC CORPORATION and HTC AMERICA, INC. *Third-Party Plaintiffs,* v. STMICROELECTRONICS, N.V., STMICROELECTRONICS, INC., and CYWEE MOTION GROUP LTD., *Third-Party Defendants* | CASE NO. 2:17-cv-00932-JLR<br><br>JURY TRIAL DEMANDED<br><br>**CYWEE GROUP LTD. AND CYWEE MOTION GROUP LTD'S UNOPPOSED MOTION TO LIFT STAY, DISMISS PATENT CLAIMS AND SET A SCHEDULE TO ADJUDICATE NON-PATENT CLAIMS** |

CYWEE GROUP LTD. AND CYWEE MOTION GROUP LTD'S UNOPPOSED MOTION TO LIFT STAY, DISMISS PATENT CLAIMS AND SET A SCHEDULE TO ADJUDICATE NON-PATENT CLAIMS, 2:17-CV-00932-JLR – Page 1

Plaintiff CyWee Group, Ltd. and Third-Party Defendant CyWee Motion Group, Ltd. (collectively "CyWee") move the Court to lift the stay under Federal Rules of Civil Procedure 62 and 35 U.S.C § 315 and to dismiss as moot CyWee Group, Ltd's claims asserting U.S. Patent Numbers 8,552,978 ("'978 patent") and 8,441,438 ("'438 patent") (collectively "asserted patents") against Defendants HTC Corporation and HTC America, Inc. (collectively "Defendants") as moot.

The Court granted the parties' Agreed Motion to Stay on June 13, 2019, until the conclusion of the *inter partes* review ("IPR") proceedings attacking the validity of the asserted patents (Dkt. 133). The Patent Trial and Appeal Board has held all asserted claims of both patents unpatentable in final written decisions. The Federal Circuit affirmed those decisions. *See CyWee Grp. Ltd. v. Google LLC*, 59 F.4th 1263 (Fed. Cir. 2023) (affirming decisions invalidating asserted claims of the '438 and '978 patents); *CyWee Grp. Ltd. v. ZTE (USA), Inc.*, 90 F.4th 1358 (Fed. Cir. 2024) (affirming decision invalidating asserted claims of '438 patent).

CyWee's claims against Defendants for conversion, replevin, unjust enrichment, constructive trust, and declaratory judgment ("Non-Patent Claims") are not impacted by the IPR results or the dismissal of the Patent Claims (Dkt 104). Defendants continue to utilize CyWee's software without a license or authority to do so. The Court acknowledged these cross-claims as unrelated to the Patent Claims. *See* Dkt. 133 at 19.

CyWee has complied with this Court's order and now respectfully requests that this Court lift the stay, dismiss the Patent Claims with prejudice, Defendants' counterclaims related to the Patent Claims without prejudice and thereby permit CyWee to proceed on the Non-Patent Claims under a new scheduling order.

CYWEE GROUP LTD. AND CYWEE MOTION GROUP LTD'S UNOPPOSED MOTION TO LIFT STAY, DISMISS PATENT CLAIMS AND SET A SCHEDULE TO ADJUDICATE NON-PATENT CLAIMS, 2:17-CV-00932-JLR – Page 2

Dated August 27, 2024.                    Respectfully submitted,

/s/ Carmen E. Bremer
Carmen E. Bremer, WSBA 47,565
carmen.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 357-8442
F: (206) 858-9730

Michael W. Shore* (mshore@shorefirm.com)
THE SHORE FIRM LLP
5646 Milton Street, Suite 423
Dallas, Texas 75206
T: (214) 593-9110
F: (214) 593-9111

* Admitted *pro hac vice*

*Attorneys for Plaintiff CyWee Group Ltd and Third-Party Defendant and Counter-Plaintiff CyWee Motion Group Ltd.*

**CERTIFICATE OF CONFERENCE**

I certify that on August 26, 2024, I conferred with Counsel for HTC Corporation, Jamie Otto of Wilson Sonsini, and she was not opposed to the requests set forth in CyWee's Motion.

/s/ *Michael W. Shore*
Michael W. Shore

CYWEE GROUP LTD. AND CYWEE MOTION GROUP LTD'S UNOPPOSED MOTION TO LIFT STAY, DISMISS PATENT CLAIMS AND SET A SCHEDULE TO ADJUDICATE NON-PATENT CLAIMS, 2:17-CV-00932-JLR – Page 3

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2024, I presented the foregoing Motion to Lift Stay, Dismiss Patent Claims and Set Schedule to Adjudicate Non-Patent Claims to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: August 27, 2024           /s/ Carmen E. Bremer
                                 Carmen E. Bremer