1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  CYWEE GROUP, LTD.,                    CASE NO. C17-0932JLR

11              Plaintiff,                ORDER

12       v.

13  HTC CORPORATION, et al.,

14              Defendants.

15      Before the court is Plaintiff CyWee Group, Ltd. and Third-Party Defendant

16  CyWee Motion Group, Ltd.'s (together, "CyWee") unopposed motion to lift the stay in

17  this case, dismiss CyWee's patent claims as moot, and set a schedule to adjudicate the

18  remaining non-patent claims.  (Mot. (Dkt. # 183).)  CyWee also asks the court to dismiss

19  Defendants / Third-Party Plaintiffs HTC Corporation and HTC America, Inc.'s (together,

20  "HTC") counterclaims that are related to CyWee's patent claims.  (*Id.* at 2.)  Counsel for

21  CyWee certifies that he conferred with counsel for HTC, who "was not opposed to the

22

ORDER - 1

requests set forth in CyWee's motion." (*Id.* at 3.) Counsel for HTC did not, however, sign CyWee's motion. (*See id.*)

The court declines to enter an order that dismisses HTC's counterclaims absent a motion signed by HTC's counsel. Therefore, the court DENIES CyWee's motion (Dkt. # 183) without prejudice to the parties filing a stipulated motion to lift the stay and dismiss the patent-related claims that is signed by counsel for both CyWee and HTC.

Dated this 28th day of August, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2