UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, et al., <br><br> Defendants. | CASE NO. C17-0932JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the parties' September 27, 2024 joint status report. (JSR (Dkt. # 190).) In that report, CyWee Group Ltd. ("CyWee") proposes a trial date and pretrial schedule. (*Id.* at 6-7.) Defendants HTC Corporation and HTC America, Inc. (together, "HTC"), however, urge the court to stay discovery and entry of a case schedule until the court "issues an order resolving the parties' standing dispute[.]" (*Id.* at 7, 15; *see also id.* at 10 (asserting that CyWee's claims should be dismissed because "CyWee does not own

MINUTE ORDER - 1

the software at issue and does not have standing to sue").)  Although nearly a month has passed since the parties filed their joint status report, HTC has not moved to dismiss CyWee's claims for lack of standing.  (*See generally* Dkt.)

The court agrees with HTC that it is appropriate to delay setting a trial date and pretrial schedule until the jurisdictional issue of standing is resolved.  The court will not, however, wait indefinitely for HTC to file a motion challenging CyWee's standing to pursue its claims in this court.  Therefore, the court ORDERS HTC to file its motion to dismiss CyWee's claims for lack of standing, if any, by no later than **November 21, 2024**.  The motion, if any, shall be noted and briefed as a 28-day motion pursuant to Local Civil Rules 7(d)(4) and 7(e)(4).  *See* Local Rules W.D. Wash. LCR 7(d)(4), 7(e)(4).  The court STAYS entry of a pretrial schedule pending its resolution of HTC's motion to dismiss.  If HTC does not timely file a motion to dismiss in accordance with this order, the court will enter a pretrial schedule on or after November 22, 2024.

Filed and entered this 21st day of October, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2