UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP, LTD., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br> HTC CORPORATION, et al., <br><br>　　　　　Defendants. | CASE NO. C17-0932JLR <br><br> ORDER |
| HTC CORPORATION, et al., <br><br>　　　　Third-Party Plaintiffs, <br><br>　v. <br><br> CYWEE MOTION GROUP LTD., <br><br>　　　　Third-Party Defendant. | |

On February 11, 2025, the court granted Defendants / Third-Party Plaintiffs HTC Corporation and HTC America, Inc.'s (together, "HTC") motion to dismiss and denied Third-Party Defendant CyWee Motion Group Ltd.'s ("CyWee Motion Group") motion for leave to amend. (2/11/25 Order (Dkt. # 197).) The court ordered the parties to

ORDER - 1

(1) show cause why the court should not dismiss Plaintiff CyWee Group, Ltd.'s ("CyWee Group") patent infringement claims and HTC's invalidity counterclaims following *inter partes* review and (2) file a joint statement indicating whether the February 11, 2025 order should be redacted. (*Id.* at 12-13.)

The parties responded to the court's order on February 25, 2025. First, CyWee Group and HTC filed a stipulated motion to dismiss all claims and counterclaims related to the patents at issue in this case. (Stip. (Dkt. # 199); *see* 2/26/25 Order (Dkt. # 200) (granting the motion).) As a result, only HTC's third-party claims against CyWee Motion Group for contribution and for violations of the Washington Consumer Protection Act are still in dispute. (*See* 3d Party Compl. (Dkt. # 43) ¶¶ 51-61; *see also* 6/1/2018 Order (Dkt. # 94) (dismissing HTC's third-party claims against former Third-Party Defendants STMicroelectronics N.V. and STMicroelectronics, Inc.).) Second, the parties filed a joint statement in which they represent that no redactions to the February 11, 2025 order are necessary. (Statement (Dkt. # 198).)

In light of the foregoing, the court (1) ORDERS HTC and CyWee Motion Group to file, by no later than **March 12, 2025**, an amended joint status report and discovery plan that reflects the current scope of this case, and (2) DIRECTS the Clerk to unseal the February 11, 2025 order (Dkt. # 197).

DATED this 26th day of February, 2025.

JAMES L. ROBART
United States District Judge