THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br> v. <br><br> HTC CORPORATION; and HTC AMERICA, INC., <br><br> Defendants. <br><br> HTC CORPORATION, and HTC AMERICA, INC., <br><br> Third-Party Plaintiffs, <br> v. <br><br> CYWEE MOTION GROUP LTD., <br><br> Third-Party Defendant. | CASE NO.: 2:17-cv-00932-JLR <br><br> JURY TRIAL DEMANDED <br><br> **STIPULATED DISMISSAL OF HTC'S CLAIMS** |

1   WHEREAS, the Court has dismissed all claims against STM (Dkt. No. 79), dismissed all of CyWee Motion Group Ltd.'s cross-counterclaims (Dkt No. 197), granted stipulated dismissal of all patent-related claims (Dkt. No. 200); and

WHEREAS, the only remaining claims in this action are HTC's third-party claims against CyWee Motion Group Ltd. for contribution and violations of the Washington Consumer Protection Act.

NOW, THEREFORE, the parties, by and though their undersigned counsel, hereby stipulate to dismissal without prejudice of HTC's third-party claims for contribution and violations of the Washington Consumer Protection Act against CyWee Motion Group Ltd. The parties respectfully request that the Court direct the Clerk to close the case.

Dated: March 12, 2025                    Respectfully submitted,

/s/ Ryan R. Smith
James C. Yoon, CA Bar #177155 (*pro hac vice*)
Ryan R. Smith, WSBA #57331
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com, rsmith@wsgr.com

Jamie Y. Otto, CA Bar #295099 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90017-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: jotto@wsgr.com

*Attorneys for Defendants and Third-Party Plaintiffs HTC Corporation and HTC America, Inc.*

Dated: March 12, 2025

Respectfully submitted,

*/s/ Joshua King*
Josh King, WSBA
jking@king-iplaw.com
King IP Law PLLC
P.O Box 50205
Bellevue, WA 98015
T: (425) 922-4290
F: (206) 642-8111

Michael W. Shore*
Zachary Della Porta*
mshore@shorefirm.com
zdellaporta@shorefirm.com
SHORE FIRM LLP
5646 Milton Street, Suite 423
Dallas, Texas 75206
T: (214) 593-9110
*Admitted *pro hac vice*

*Attorneys for Plaintiff CyWee Group Ltd. and Third-Party Defendant CyWee Motion Group Ltd.*

.

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Ryan R. Smith*
Ryan R. Smith